**Xiao-I Corporation (AIXI)**                                                                                          **Yunfan Fan**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 3/9/2023 | 44,117 | $6.8000 |
| Purchase/Acquisition | 3/15/2023 | 500 | $5.4296 |
| Purchase/Acquisition | 3/15/2023 | 500 | $5.4200 |
| Purchase/Acquisition | 3/15/2023 | 500 | $5.4176 |
| Purchase/Acquisition | 3/15/2023 | 500 | $5.4176 |
| Purchase/Acquisition | 8/15/2023 | 13,141 | $4.9470 |
| Purchase/Acquisition | 8/15/2023 | 34 | $4.8300 |
| Purchase/Acquisition | 6/17/2024 | 500 | $0.7550 |
| Purchase/Acquisition | 6/17/2024 | 100 | $0.8080 |
| Purchase/Acquisition | 6/18/2024 | 1 | $0.8125 |
| Purchase/Acquisition | 6/25/2024 | 2,000 | $0.7500 |
| Purchase/Acquisition | 6/25/2024 | 500 | $0.7820 |
| Purchase/Acquisition | 6/25/2024 | 1,500 | $0.7824 |
| Purchase/Acquisition | 6/26/2024 | 1,000 | $0.7000 |
| Purchase/Acquisition | 7/2/2024 | 1,000 | $0.6000 |
| Purchase/Acquisition | 7/15/2024 | 500 | $0.6600 |
| Sale | 7/31/2023 | (6,117) | $7.7200 |
| Sale | 6/3/2024 | (100) | $0.9990 |
| Sale | 6/3/2024 | (1,000) | $0.9031 |
| Sale | 6/4/2024 | (500) | $0.9500 |
| Sale | 6/6/2024 | (1,000) | $0.8620 |
| Sale | 6/11/2024 | (500) | $0.8710 |
| Sale | 6/18/2024 | (1,000) | $0.7900 |
| Sale | 6/18/2024 | (1,000) | $0.7840 |
| Sale | 6/18/2024 | (1) | $0.8100 |
| Sale | 6/18/2024 | (1) | $0.8000 |
| Sale | 6/18/2024 | (200) | $0.7995 |
| Sale | 6/18/2024 | (3,000) | $0.8200 |
| Sale | 8/19/2024 | (1,000) | $0.2560 |
| Sale | 8/19/2024 | (1,000) | $0.2650 |
| Sale | 8/19/2024 | (2,000) | $0.2600 |
| Sale | 8/19/2024 | (3,000) | $0.2500 |
| Sale | 8/19/2024 | (5,000) | $0.2400 |
| Sale | 8/19/2024 | (1,000) | $0.2408 |
| Sale | 8/19/2024 | (3,000) | $0.2690 |
| Sale | 8/19/2024 | (3,000) | $0.2650 |
| Sale | 8/19/2024 | (3,000) | $0.2550 |
| Sale | 8/19/2024 | (3,000) | $0.2600 |
| Sale | 8/19/2024 | (10,000) | $0.2650 |
| Sale | 8/19/2024 | (1,000) | $0.2600 |
| Sale | 8/19/2024 | (1,000) | $0.2590 |
| Sale | 8/19/2024 | (4,000) | $0.2630 |
| Sale | 8/20/2024 | (1,000) | $0.3255 |
| Sale | 8/20/2024 | (1,000) | $0.3100 |
| Sale | 8/20/2024 | (9) | $0.3260 |
| Sale | 8/20/2024 | (2,974) | $0.3200 |
| Sale | 8/20/2024 | (72) | $0.3500 |
| Sale | 8/20/2024 | (2,000) | $0.3560 |
| Sale | 8/20/2024 | (3,919) | $0.3816 |