

faegredrinker.com

**Andrew L. Van Houter**
Partner
andrew.vanhouter@faegredrinker.com
+1 973 549 7018 direct

**Faegre Drinker Biddle & Reath LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

March 27, 2025

<u>**VIA ECF**</u>

Hon. Gregory H. Woods (U.S.D.J.)
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York  10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  3/27/2025

## MEMORANDUM ENDORSED

**Re:     Qiano Shiyao v. Xiao-i Corporation, et al., Case No. 1:24-cv-07837-GHW**

Dear Judge Woods:

I write on behalf of Defendant Prime Number Capital LLC ("PNC") regarding the above-referenced matter.  PNC is in the process of retaining this firm to defend it in this matter.  PNC's current deadline to respond to the complaint is Monday, March 31, 2025.  I write to respectfully request that PNC's deadline to respond be extended to April 30, 2025 to allow PNC time to complete its retention of counsel and to allow counsel time to familiarize themselves with this case.  Plaintiff consents to this request, which is PNC's first request for an extension of time to respond to the complaint.

Respectfully submitted,

*/s/ Andrew L. Van Houter*

Andrew L. Van Houter

cc:     All Counsel of Record (Via ECF)

Application granted in part.  The deadline for Defendant Prime Number Capital LLC to answer or otherwise respond to the amended complaint is extended to April 22, 2025.  The Court directs Defendant Prime Number Capital LLC to the stipulated schedule at Dkt. No. 35.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.

SO ORDERED.

Dated:  March 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge