UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QIANO SHIYAO, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>  -against-<br><br>XIAO-I CORPORATION, HUI YUAN, WEI WENG, WENJING CHEN, XIAOMEI WU, JUN XU, ZHONG LIN, H. DAVID SHERMAN, GREGORY K. LEE, GKL CORPORATE/SEARCH, INC., AC SUNSHINE SECURITIES LLC, SBI CHINA CAPITAL FINANCIAL SERVICES LIMITED, PRIME NUMBER CAPITAL LLC and GUOTAI JUNAN SECURITIES (HONG KONG) LIMITED,<br><br>              Defendants. | Case No. 1:24-cv-07837-GHW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Joanna A. Diakos of K&L Gates LLP, hereby enters her appearance in this action as counsel of record for Defendant AC Sunshine Securities LLC and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:  New York, NY
          April 8, 2025

Respectfully submitted,

K&L GATES LLP

By:  */s/ Joanna A. Diakos*
      Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022
Email:  joanna.diakoskordalis@klgates.com
Phone: (212) 536-3900
Fax: (212) 536-3901

*Counsel for Defendant AC Sunshine Securities LLC*