**K&L GATES**

April 9, 2025

Joanna A Diakos
Partner
joanna.diakoskordalis@klgates.com

T +1 212 536 4807
F +1 212 536 3901

**Via ECF**

The Honorable Gregory H. Woods
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re:    *Shiyao v. Xiao-I Corporation et al.*,**
        **<u>Case No. 1:24-cv-07837-GHW</u>**

Dear Judge Woods:

My firm was recently retained to represent Defendant AC Sunshine Securities LLC ("AC Sunshine") in the referenced action.

On March 5, 2025, Lead Plaintiff filed an Amended Class Action Complaint, naming AC Sunshine as an additional defendant in this action. AC Sunshine's deadline to respond to the Amended Complaint is currently April 17, 2025.

On April 7, the Court so-ordered a scheduling stipulation negotiated between the Plaintiff and ten (10) of the other defendants, which provides for a coordinated schedule for those defendants to respond to the Amended Complaint. *See* ECF No. 48. Specifically, on or before May 7, 2025, Defendants will file a request for a pre-motion conference for their motions to dismiss the Amended Complaint. *Id.* at ¶ 1. Defendants will thereafter file their motions to dismiss by June 9, or such other date set by the Court. *Id.* at ¶ 3.

We have conferred with counsel for Lead Plaintiff and they consent to AC Sunshine adopting the so-ordered coordinated schedule set forth in ECF No. 48. As such, on or before May 7, 2025, and pursuant to Rule 2(E)(i) of this Court's Individual Rules of

Practice in Civil Cases, Defendant AC Sunshine will file a request for a pre-motion conference for its motion to dismiss the Amended Complaint.

Respectfully submitted,

*/s/ Joanna A. Diakos*

Joanna A. Diakos

April 9, 2025