

**Brenda Szydlo**
Partner

May 5, 2025

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** *Shiyao v. Xiao-I Corporation et al.*, **No. 1:24-cv-07837-GHW**

Dear Judge Woods:

  We represent Lead Plaintiff Qiao Shiyao ("Plaintiff") in the above-referenced securities class action. On May 7, 2025, Defendants Xiao-I Corporation, Hui Yuan, Wei Weng, Wenjing Chen, Xiaomei Wu, Jun Xu, Zhong Lin, David Sherman, SBI China Capital Financial Services Limited, Prime Number Capital LLC, Guotai Junan Securities (Hong Kong) Limited, AC Sunshine Securities LLC, GKL Corporate/Search, Inc., and Gregory K. Lee will file their pre-motion conference letters. It is our understanding that a total of three letters will be filed. For the Court's convenience, Plaintiff seeks permission to submit a 9-page letter in response to the submissions by Defendants, in lieu of separate responsive letters of three pages each.

  We have conferred with Counsel for these Defendants, and they take no position to Plaintiff's request.

       Respectfully submitted,

       Brenda Szydlo

cc: All Counsel of Record (via ECF)