# POMERANTZ LLP

**Brenda Szydlo**
Partner

May 5, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    5/6/2025

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Shiyao v. Xiao-I Corporation et al.*, No. 1:24-cv-07837-GHW

Dear Judge Woods:

We represent Lead Plaintiff Qiao Shiyao ("Plaintiff") in the above-referenced securities class action. On May 7, 2025, Defendants Xiao-I Corporation, Hui Yuan, Wei Weng, Wenjing Chen, Xiaomei Wu, Jun Xu, Zhong Lin, David Sherman, SBI China Capital Financial Services Limited, Prime Number Capital LLC, Guotai Junan Securities (Hong Kong) Limited, AC Sunshine Securities LLC, GKL Corporate/Search, Inc., and Gregory K. Lee will file their pre-motion conference letters. It is our understanding that a total of three letters will be filed. For the Court's convenience, Plaintiff seeks permission to submit a 9-page letter in response to the submissions by Defendants, in lieu of separate responsive letters of three pages each.

We have conferred with Counsel for these Defendants, and they take no position to Plaintiff's request.

Respectfully submitted,

*Brenda Szydlo*

Brenda Szydlo

cc:  All Counsel of Record (via ECF)

Application granted.  Plaintiff is granted leave to file a consolidated response of nine pages to Defendants' anticipated pre-motion submissions.

SO ORDERED.

Dated: May 6, 2025
New York, New York    _____
GREGORY H. WOODS
United States District Judge

bszydlo@pomlaw.com
600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9996
www.pomlaw.com