```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                             :
QIAO SHIYAO,                   :
                             :
                 Plaintiff,      :         1:24-cv-7837-GHW
                             :
          -v-               :         <u>ORDER</u>
                             :
XIAO-I CORPORATION, *et al.*,   :
                             :
               Defendants.   :
                             :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated May 7, 2025, Defendants requested a pre-motion conference, pursuant to Rule 2(E)(i) of the Court's Individual Rules, to discuss proposed motions to dismiss. Dkt. Nos. 55, 56, 57. Defendants' applications are granted. The Court will hold a conference on May 16, 2025 at 2:00 p.m. to discuss the proposed motions to dismiss. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which can be found on the Court's website. Specifically, Rule 2(C) contains the dial-in information and other relevant instructions for the conference.

      SO ORDERED.

Dated: May 12, 2025

                                                 GREGORY H. WOODS
                                              United States District Judge