USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2025

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

# MEMORANDUM ENDORSED

|  |  |
|---|---|
| QIAO SHIYAO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>XIAO-I CORPORATION, HUI YUAN, WEI WENG, WENJING CHEN, XIAOMEI WU, JUN XU, ZHONG LIN, H. DAVID SHERMAN, GREGORY K. LEE, GKL CORPORATE/SEARCH, INC., AC SUNSHINE SECURITIES LLC, SBI CHINA CAPITAL FINANCIAL SERVICES LIMITED, PRIME NUMBER CAPITAL LLC, and GUOTAI JUNAN SECURITIES (HONG KONG) LIMITED,<br><br>     Defendants. | No. 1:24-cv-07837-GHW<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO
DEFENDANTS GREGORY K. LEE AND GKL CORPORATE/SEARCH, INC.**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Shiyao v. Xiao-I Corporation*, *et al.*, 1:24-cv-07837-GHW, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Qiao Shiyao, hereby voluntarily dismisses this Action, without prejudice, solely as to defendants Gregory K. Lee and GKL Corporate/Search, Inc.

Dated: June 2, 2025

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brenda Szydlo*
Jeremy A. Lieberman
Brenda Szydlo

1

Dean P. Ferrogari
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
*jalieberman@pomlaw.com*
*bszydlo@pomlaw.com*
*dferrogari@pomlaw.com*

*Counsel for Lead Plaintiff and the Proposed Classes*

Lead Plaintiff has voluntarily dismissed the claims against Defendants Gregory K. Lee and GKL Corporate/Search, Inc. under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to remove the name of Defendants Gregory K. Lee and GKL Corporate/Search, Inc. from the caption of this case.

SO ORDERED.

Dated:  June 2, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge