# STINSON

Richard J.L. Lomuscio
**PARTNER**
DIRECT: 646.883.7675
OFFICE: 646.883.7471

richard.lomuscio@stinson.com

June 4, 2025

**BY ECF FILING**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:    6/4/2025

The Honorable Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**MEMORANDUM ENDORSED**

> Re:    ***Shiyao v. Xiao-I Corporation* et al, 1:24-cv-07837-GHW**

Dear Judge Woods:

We represent Defendants Hui Yuan ("Yuan"), Wei Weng ("Weng"), Wenjing Chen, Xiaomei Wu, Jun Xu, Zhong Lin, H. David Sherman, and Xiao-I Corporation ("Xiao-I") (collectively, the "Corporate Defendants') in the above-referenced action. We write on behalf of all parties pursuant to Local Civil Rule 7.1(c) and Rule 1.A. of this Court's Individual Rules of Practice in Civil Cases to respectfully request a page limit modification for the consolidated briefing of motions to dismiss in this action.

By way of background, Defendants in this action are the Corporate Defendants, AC Sunshine Securities LLC, Guotai Junan Securities (Hong Kong) Limited, Prime Number Capital LLC, and SBI China Capital Financial Services Limited (excluding the Corporate Defendants, the "Underwriter Defendants") (collectively, "Defendants").[1] Lead Plaintiff Qiao Shiyao's ("Plaintiff") amended complaint asserts claims for violations of Sections 11 and 15 of the Securities Act (15 U.S.C. §§ 77k, 77o) against Defendants, as well as Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b), 78t(a)), and Rule 10b-5 (17 C.F.R. § 240.10b-5) against Xiao-I, Yuan, and Weng. (ECF No. 37.)

On May 16, 2025, this Court granted leave to Defendants to file their motion to dismiss, as previewed by the parties at the pre-motion conference on May 16, 2025. (ECF No. 62.) Defendants' motions are due no later than June 9, 2025; Plaintiff's filings in opposition are due no later than July 28, 2025; and, Defendants' reply filings are due no later than August 28, 2025. (ECF No. 62.)

To streamline that motion practice and for purposes of judicial efficiency, the parties respectfully propose that the Defendants are permitted to file a joint notice of their motion to dismiss

---

[1]    On June 2, 2025, prior defendants Gregory K. Lee and GKL Corporate/Search, Inc. were voluntarily dismissed from this action. (ECF No. 64.)

June 4, 2025
Page 2

and a consolidated supporting memorandum of law that would be limited to 35 pages, with Plaintiff's opposition subject to the same limit, and Defendants' reply limited to 15 pages.

Defendants are available at the Court's convenience to discuss the foregoing. We thank the Court for its consideration of this proposal.

Respectfully submitted,

Richard J.L. Lomuscio

cc: All Counsel of Record (via ECF)

Application granted. Defendants are granted leave to file a consolidated memorandum of law in support of their motions to dismiss that is 35 pages in length. Plaintiff's memorandum of law in opposition may also be 35 pages in length. Defendants' reply brief may be 15 pages in length.

SO ORDERED.
Dated: June 4, 2025

_____
GREGORY H. WOODS
United States District Judge