**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QIAO SHIYAO, Individually and on Behalf of All Others Similarly Situated, | Case No. 24-cv-7837 (GHW) |
| Plaintiff, | |
| v. | |
| XIAO-I CORPORATION, HUI YUAN, WEI WENG, WENJING CHEN, XIAOMEI WU, JUN XU, ZHONG LIN, H. DAVID SHERMAN, GREGORY K. LEE, GKL CORPORATE/SEARCH, INC., AC SUNSHINE SECURITIES LLC, SBI CHINA CAPITAL FINANCIAL SERVICES LIMITED, PRIME NUMBER CAPITAL LLC and GUOTAI JUNAN SECURITIES (HONG KONG) LIMITED, | |
| Defendants. | |

**DECLARATION OF RICHARD J.L. LOMUSCIO**

I, RICHARD J.L. LOMUSCIO, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am and a Partner with the law firm Stinson LLP, counsel for Defendants Xiao-I Corporation ("Xiao-I"), Hui Yuan, Wei Weng, Wenjing Chen, Xiaomei Wu, Jun Xu, Zhong Lin, and H. David Sherman in the above-referenced action.

2.    I respectfully submit this declaration in support of Defendants' joint Motion to Dismiss[1] for the purpose of providing the Court with certain documents referenced in the Motion.

---

[1] All moving defendants include:  Xiao-I Corporation, Hui Yuan, Wei Weng, Wenjing Chen, Xiaomei Wu, Jun Xu, Zhong Lin, H. David Sherman, AC Sunshine Securities LLC, Guotai Junan Securities (Hong Kong) Limited, Prime Number Capital LLC, and SBI China Capital Financial Services Limited.  The Court granted Defendants leave to file a consolidated Motion on June 5, 2022. (ECF No. 66.)

3.      Attached hereto as **Exhibit A** is a true and correct copy of excerpted portions of Xiao-I's Registration Statement filed on December 20, 2022 and declared effective by the SEC on March 8, 2023.[2]

4.      Attached hereto as **Exhibit B** is a true and correct copy of excerpted portions of Xiao-I's 2022 Annual Report on Form 20-F filed on April 28, 2023.[3]

5.      Attached hereto as **Exhibit C** is a true and correct copy of Xiao-I's Response Letter to the SEC, dated August 10, 2023.

6.      Attached hereto as **Exhibit D** is a true and correct copy of excerpted portions of Xiao-I's Amended 2022 Annual Report on Form 20-F filed on August 10, 2023.[4]

7.      Attached hereto as **Exhibit E** is a true and correct copy of Xiao-I's Form 6-k and press release filed on September 25, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 9, 2025
        New York, New York

_____
Richard J.L. Lomuscio

---

[2] A full copy of which is available at
https://www.sec.gov/Archives/edgar/data/1935172/000121390022081122/ff12022_xiaoicorp.htm.

[3] A full copy of which is available at
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001935172/000121390023033683/f20f2022_xiaoicorp.htm.

[4] A full copy of which is available at
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001935172/000121390023065338/f20f2022a1_xiaoicorp.htm.