# EXHIBIT A

**As filed with the Securities and Exchange Commission on December 19, 2022**

Registration No. 333-

---

### UNITED STATES
### SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

---

**FORM F-1**
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

---



# XIAO-I CORPORATION

(Exact name of Registrant as specified in its charter)

---

**Not Applicable**

(Translation of Registrant's name into English)

---

| **Cayman Islands** | **7372** | **Not Applicable** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

7th floor, Building 398, No. 1555 West
Jinshajiang Rd
Shanghai, China 201803
Tel: +86 021-39512112

(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

---

**GKL Corporate/Search, Inc.**
**One Capitol Mall, Suite 660**
**Sacramento, CA 95814**
**Phone: (800) 446-5455**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

---

*Copies to:*

| | | |
|---|---|---|
| **Charlotte Westfall, Esq.** | **Francis Li, Esq.** | **Arila Zhou, Esq.** |
| **Fred A. Summer, Esq.** | **Squire Patton Boggs** | **Anna Jinhua Wang, Esq.** |
| **Squire Patton Boggs (US) LLP** | **29th Floor, Edinburgh Tower** | **Robinson & Cole LLP** |
| **475 Sansome Street, 16th Floor** | **The Landmark,** | **666 Third Avenue, 20th Floor** |
| **San Francisco, California 94111** | **15 Queen's Road Central** | **New York, New York 10017** |
| **Phone: (415) 954-0200** | **Central, Hong Kong** | **Phone: (212) 451-2900** |
| | **Phone: + (852) 2103 0368** | |

---

**Approximate date of commencement of proposed sale to the public:**
**as soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to such Section 8(a), may determine.**

Table of Contents

- **Further strengthen the leading position in the metaverse related products.**  It began to design and produce a virtual human in 2016. Its first mover advantage in the metaverse will help it continue to succeed in this field.

- **Expand its customer base and make full use of existing customers through market segmentation and personalization.**  It will gradually expand its target customers from the previous major customers to small and medium-sized customers, to provide services for a wider range of customer groups.

- **Increase hardware products.**  As a company mainly engaged in software sales and services, it will increase integrated software and hardware products in the future.

- **Further expand its global footprint strategically.**  The goal of the company is to become a global artificial intelligence enterprise. After the completion of this offering, it is committed to internationalizing its products and services and providing high-quality products and services to customers around the world.

**Consolidation**

Xiao-I conducts substantially all of its business in China through Shanghai Xiao-i, the VIE, due to PRC legal restrictions of foreign ownership in certain sectors. Substantially all of Xiao-I's revenues, costs and net income in China are directly or indirectly generated through the VIE. Xiao-I, through its indirect wholly owned subsidiary, Zhizhen Technology, has signed various agreements with the VIE and shareholders of the VIE to allow the transfer of economic benefits from the VIE to Zhizhen Technology and to direct the activities of the VIE. Total assets and liabilities presented on Xiao-I's consolidated balance sheets and revenue, expense, net income presented on consolidated statement of operations and comprehensive income as well as the cash flow from operating, investing and financing activities presented on the consolidated statement of cash flows are the financial position, operation and cash flow of the PRC operating entities (excluding non-controlling interests). The Company has not provided any financial support to the PRC operating entities for the fiscal years ended at December 31, 2020, 2021 and for the six months ended June 30, 2022, and the variable interest entities accounted for an aggregate of 100%, 100%, and 95% of the Company's total assets and total liabilities, respectively. As of December 31, 2020, 2021 and June 30, 2022, $697,798 and $1,254,528 and $1,472,555 of cash, cash equivalents and restricted cash were denominated in RMB, respectively.

Xiao-I and its directly and indirectly wholly owned subsidiaries, AI Plus, Xiao-i Technology and Zhizhen Technology do not have any substantial assets or liabilities or result of operations. The following table sets forth the assets, liabilities, results of operations and changes in cash, cash equivalents of the PRC operating entities, which were included in the Company's consolidated balance sheets and statements of comprehensive income and statements of cash flows with intercompany transactions eliminated:

| Condensed Consolidating Schedule of Financial Position | As of December 31, 2020 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | (in U.S. dollars) | | | | | |
| **Assets** | | | | | | |
| **Current assets:** | | | | | | |
| Cash and cash equivalents | 1,105 | 365,756 | — | 4 | — | 366,865 |
| Restricted cash | — | 460,164 | — | — | — | 460,164 |
| Accounts receivable, net | — | 8,052,564 | — | — | — | 8,052,564 |
| Amounts due from related parties | — | 23,072 | — | — | — | 23,072 |
| Inventories, net | — | 273,364 | — | — | — | 273,364 |
| Contract costs | — | 1,067,289 | — | — | — | 1,067,289 |
| Prepaid expenses and other current assets, net | 4 | 1,848,404 | — | — | — | 1,848,408 |
| **Total current assets** | **1,109** | **12,090,613** | **—** | **4** | **—** | **12,091,726** |

Table of Contents

|  | | As of December 31, 2020 | | | | |
| Condensed Consolidating Schedule of Financial Position | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| --- | --- | --- | --- | --- | --- | --- |
|  | | | (in U.S. dollars) | | | |
| **Non-current assets:** | | | | | | |
| Property and equipment, net | — | 236,499 | — | — | — | 236,499 |
| Intangible assets, net | — | 886,479 | — | — | — | 886,479 |
| Long-term investment | — | 482,463 | — | — | — | 482,463 |
| Right of use assets | — | 2,250,351 | — | — | — | 2,250,351 |
| Deferred tax assets, net | — | 5,320,284 | — | — | — | 5,320,284 |
| Prepaid expenses and other, non-current assets | — | 3,909,726 | — | — | — | 3,909,726 |
| **Total non-current assets** | — | **13,085,802** | — | — | — | **13,085,802** |
| **TOTAL ASSETS** | **1,109** | **25,176,415** | **—** | **4** | **—** | **25,177,528** |
|  | | | | | | |
| **Liabilities** | | | | | | |
| **Current liabilities:** | | | | | | |
| Short-term borrowings | — | 13,923,372 | — | — | — | 13,923,372 |
| Accounts payable | — | 2,187,810 | — | — | — | 2,187,810 |
| Amount due to related parties-current | — | 540,778 | — | — | — | 540,778 |
| Deferred revenue | — | 1,926,373 | — | — | — | 1,926,373 |
| Accrued liabilities and other current liabilities | — | 5,872,347 | — | 4 | — | 5,872,351 |
| Lease liabilities, current | — | 1,310,634 | — | — | — | 1,310,634 |
| Deficit of VIE and VIE's subsidiaries absorbed by WFOE | — | — | 3,808,481 | — | (3,808,481) | — |
| Investment deficit in subsidiaries | 3,808,481 | — | — | — | (3,808,481) | — |
| **Total current liabilities** | **3,808,481** | **25,761,314** | **3,808,481** | **4** | **(7,616,962)** | **25,761,318** |
|  | | | | | | |
| **Non-current liabilities:** | | | | | | |
| Accrued liabilities, non-current | — | 5,038,643 | — | — | — | 5,038,643 |
| Lease liabilities, non-current | — | 1,007,939 | — | — | — | 1,007,939 |
| **Total non-current liabilities** | — | **6,046,582** | — | — | — | **6,046,582** |
| **TOTAL LIABILITIES** | **3,808,481** | **31,807,896** | **3,808,481** | **4** | **(7,616,962)** | **31,807,900** |
|  | | | | | | |
| **Shareholders' deficit** | | | | | | |
| Ordinary shares | 1,106 | — | — | — | — | 1,106 |
| Additional paid-in capital | 75,621,294 | 75,621,294 | — | — | (75,621,294) | 75,621,294 |
| Statutory reserve | 237,486 | 237,486 | — | — | (237,486) | 237,486 |
| Accumulated deficit | (76,262,434) | (76,262,434) | (3,808,481) | — | 80,070,915 | (76,262,434) |
| Accumulated other comprehensive loss | (3,404,824) | (3,404,827) | — | — | 3,404,827 | (3,404,824) |
| **XIAO-I CORPORATION shareholders' deficit** | **(3,807,372)** | **(3,808,481)** | **(3,808,481)** | **—** | **7,616,962** | **(3,807,372)** |
| Non-controlling interests | — | (2,823,000) | — | — | — | (2,823,000) |
| **Total shareholders' deficit** | **(3,807,372)** | **(6,631,481)** | **(3,808,481)** | **—** | **7,616,962** | **(6,630,372)** |
| **TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT** | **1,109** | **25,176,415** | **—** | **4** | **—** | **25,177,528** |

Table of Contents

| Condensed Consolidating Schedule of Results of Operations | For the year ended December 31, 2020 | | | | | |
|---|---|---|---|---|---|---|
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | (in U.S. dollars) | | | | |
| Net revenues | — | 13,856,734 | — | — | — | 13,856,734 |
| Cost of revenues | — | (7,228,046) | — | — | — | (7,228,046) |
| **Gross profit** | **—** | **6,628,688** | **—** | **—** | **—** | **6,628,688** |
| Operating expenses | — | (14,498,268) | — | — | — | (14,498,268) |
| Loss of VIE and VIE's subsidiaries absorbed by WFOE | — | — | (6,808,365) | — | 6,808,365 | — |
| Share of loss in subsidiaries | (6,808,365) | — | — | — | 6,808,365 | — |
| **Total operating expenses** | **(6,808,365)** | **(14,498,268)** | **(6,808,365)** | **—** | **13,616,730** | **(14,498,268)** |
| **Loss from operations** | **(6,808,365)** | **(7,869,580)** | **(6,808,365)** | **—** | **13,616,730** | **(7,869,580)** |
| Other income | — | 577,684 | — | — | — | 577,684 |
| Income tax benefits | — | 235,854 | — | — | — | 235,854 |
| **Net loss** | **(6,808,365)** | **(7,056,042)** | **(6,808,365)** | **—** | **13,616,730** | **(7,056,042)** |
| Net loss attributable to non-controlling interests | — | (247,677) | — | — | — | (247,677) |
| Net loss attributable to XIAO-I CORPORATION shareholders | (6,808,365) | (6,808,365) | (6,808,365) | — | 13,616,730 | (6,808,365) |

| Condensed Consolidating Schedule of Cash Flows | For the year ended December 31, 2020 | | | | | |
|---|---|---|---|---|---|---|
| | Parent | VIEs and their consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | (in U.S. dollars) | | | | |
| Net cash used in operating activities | — | (3,463,094) | — | — | — | (3,463,094) |
| Net cash used in investing activities | — | (25,825) | — | — | — | (25,825) |
| Net cash provided by financing activities | — | 1,792,682 | — | — | — | 1,792,682 |
| Effect of exchange rate changes | — | (797,954) | — | — | — | (797,954) |
| Net change in cash, cash equivalents and restricted cash | — | (2,494,191) | — | — | — | (2,494,191) |
| Cash, cash equivalents and restricted cash, at beginning of year | 1,105 | 3,320,111 | — | 4 | — | 3,321,220 |
| Cash, cash equivalents and restricted cash, at end of year | 1,105 | 825,920 | — | 4 | — | 827,029 |

20

Table of Contents

| Condensed Consolidating Schedule of Financial Position | As of December 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| **Assets** | | | | | | |
| **Current assets:** | | | | | | |
| Cash and cash equivalents | 1,105 | 1,310,737 | — | 4 | — | 1,311,846 |
| Accounts receivable, net | — | 31,184,779 | — | — | — | 31,184,779 |
| Amounts due from related parties | — | 391,919 | — | — | — | 391,919 |
| Inventories, net | — | 768,762 | — | — | — | 768,762 |
| Contract costs | — | 1,669,519 | — | — | — | 1,669,519 |
| Prepaid expenses and other current assets, net | 4 | 479,194 | — | — | — | 479,198 |
| **Total current assets** | **1,109** | **35,804,910** | **—** | **4** | **—** | **35,806,023** |
| | | | | | | |
| **Non-current assets:** | | | | | | |
| Property and equipment, net | — | 207,989 | — | — | — | 207,989 |
| Intangible assets, net | — | 798,459 | — | — | — | 798,459 |
| Long-term investment | — | 335,448 | — | — | — | 335,448 |
| Right of use assets | — | 1,194,859 | — | — | — | 1,194,859 |
| Deferred tax assets, net | — | 4,906,287 | — | — | — | 4,906,287 |
| Prepaid expenses and other, non-current assets | — | 3,941,346 | — | — | — | 3,941,346 |
| **Total non-current assets** | **—** | **11,384,388** | **—** | **—** | **—** | **11,384,388** |
| **TOTAL ASSETS** | **1,109** | **47,189,298** | **—** | **4** | **—** | **47,190,411** |
| | | | | | | |
| **Liabilities** | | | | | | |
| **Current liabilities:** | | | | | | |
| Short-term borrowings | — | 9,117,158 | — | — | — | 9,117,158 |
| Accounts payable | — | 5,581,879 | — | — | — | 5,581,879 |
| Amount due to related parties-current | — | 1,558,642 | — | — | — | 1,558,642 |
| Deferred revenue | — | 2,953,238 | — | — | — | 2,953,238 |
| Convertible loans | — | 5,717,737 | — | — | — | 5,717,737 |
| Accrued liabilities and other current liabilities | — | 10,316,428 | — | 4 | — | 10,316,432 |
| Lease liabilities, current | — | 800,658 | — | — | — | 800,658 |
| Income tax payable | — | 17,904 | — | — | — | 17,904 |
| Deficit of VIE and VIE's subsidiaries absorbed by WFOE | — | — | 190,267 | — | (190,267) | — |
| Investment deficit in subsidiaries | 190,267 | — | — | — | (190,267) | — |
| **Total current liabilities** | **190,267** | **36,063,644** | **190,267** | **4** | **(380,534)** | **36,063,648** |
| | | | | | | |
| **Non-current liabilities:** | | | | | | |
| Amount due to related parties-non current | — | 8,905,313 | — | — | — | 8,905,313 |
| Accrued liabilities, non-current | — | 5,157,971 | — | — | — | 5,157,971 |
| Lease liabilities, non-current | — | 446,140 | — | — | — | 446,140 |
| **Total non-current liabilities** | **—** | **14,509,424** | **—** | **—** | **—** | **14,509,424** |
| **TOTAL LIABILITIES** | **190,267** | **50,573,068** | **190,267** | **4** | **(380,534)** | **50,573,072** |

21

Table of Contents

| Condensed Consolidating Schedule of Financial Position | As of December 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | (in U.S. dollars) | | | | | |
| **Shareholders' deficit** | | | | | | |
| Ordinary shares | 1,106 | — | — | — | — | 1,106 |
| Additional paid-in capital | 75,621,294 | 75,621,294 | — | — | (75,621,294) | 75,621,294 |
| Statutory reserve | 237,486 | 237,486 | — | — | (237,486) | 237,486 |
| Accumulated deficit | (72,584,621) | (72,584,621) | (190,267) | — | 72,774,888 | (72,584,621) |
| Accumulated other comprehensive loss | (3,464,423) | (3,464,426) | — | — | 3,464,426 | (3,464,423) |
| **XIAO-I CORPORATION shareholders' deficit** | **(189,158)** | **(190,267)** | **(190,267)** | **—** | **380,534** | **(189,158)** |
| Non-controlling interests | — | (3,193,503) | — | — | — | (3,193,503) |
| **Total shareholders' deficit** | **(189,158)** | **(3,383,770)** | **(190,267)** | **—** | **380,534** | **(3,382,661)** |
| **TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT** | **1,109** | **47,189,298** | **—** | **4** | **—** | **47,190,411** |

| Condensed Consolidating Schedule of Results of Operations | For the year ended December 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | (in U.S. dollars) | | | | | |
| Net revenues | — | 32,524,013 | — | — | — | 32,524,013 |
| Cost of revenues | — | (10,885,731) | — | — | — | (10,885,731) |
| **Gross profit** | **—** | **21,638,282** | **—** | **—** | **—** | **21,638,282** |
| Operating expenses | — | (16,641,273) | — | — | — | (16,641,273) |
| Income of VIE and VIE's subsidiaries absorbed by WFOE | — | — | 3,677,813 | — | (3,677,813) | — |
| Share of income in subsidiaries | 3,677,813 | — | — | — | (3,677,813) | — |
| **Total operating expenses** | **3,677,813** | **(16,641,273)** | **3,677,813** | **—** | **(7,355,626)** | **(16,641,273)** |
| **Income from operations** | **3,677,813** | **4,997,009** | **3,677,813** | **—** | **(7,355,626)** | **4,997,009** |
| Other loss | — | (1,079,652) | — | — | — | (1,079,652) |
| Income tax expenses | — | (552,355) | — | — | — | (552,355) |
| **Net income** | **3,677,813** | **3,365,002** | **3,677,813** | **—** | **(7,355,626)** | **3,365,002** |
| Net loss attributable to non-controlling interests | — | (312,811) | — | — | — | (312,811) |
| Net income attributable to XIAO-I CORPORATION shareholders | 3,677,813 | 3,677,813 | 3,677,813 | — | (7,355,626) | 3,677,813 |

22

Table of Contents

| Condensed Consolidating Schedule of Cash Flows | Parent | VIEs and their consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
|---|---|---|---|---|---|---|
| | | | For the year ended December 31, 2021 | | | |
| | | | (in U.S. dollars) | | | |
| Net cash used in operating activities | — | (11,887,122) | — | — | — | (11,887,122) |
| Net cash provided by investing activities | — | 77,259 | — | — | — | 77,259 |
| Net cash provided by financing activities | — | 12,192,952 | — | — | — | 12,192,952 |
| Effect of exchange rate changes | — | 101,728 | — | — | — | 101,728 |
| Net change in cash, cash equivalents and restricted cash | — | 484,817 | — | — | — | 484,817 |
| Cash, cash equivalents and restricted cash, at beginning of year | 1,105 | 825,920 | — | 4 | — | 827,029 |
| Cash, cash equivalents and restricted cash, at end of year | 1,105 | 1,310,737 | — | 4 | — | 1,311,846 |

| Condensed Consolidating Schedule of Results of Operations | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
|---|---|---|---|---|---|---|
| | | | For the six months ended June 30, 2021 | | | |
| | | | (in U.S. dollars) | | | |
| Net revenues | — | 8,874,070 | — | — | — | 8,874,070 |
| Cost of revenues | — | (3,598,319) | — | — | — | (3,598,319) |
| **Gross profit** | **—** | **5,275,751** | **—** | **—** | **—** | **5,275,751** |
| Operating expenses | — | (8,496,553) | — | — | — | (8,496,553) |
| Loss of VIE and VIE's subsidiaries absorbed by WFOE | — | — | (2,826,857) | — | 2,826,857 | — |
| Share of loss in subsidiaries | (2,826,857) | — | — | — | 2,826,857 | — |
| **Total operating expenses** | **(2,826,857)** | **(8,496,553)** | **(2,826,857)** | **—** | **5,653,714** | **(8,496,553)** |
| **Loss from operations** | **(2,826,857)** | **(3,220,802)** | **(2,826,857)** | **—** | **5,653,714** | **(3,220,802)** |
| Other loss | — | (333,455) | — | — | — | (333,455) |
| Income tax benefits | — | 568,713 | — | — | — | 568,713 |
| **Net loss** | **(2,826,857)** | **(2,985,544)** | **(2,826,857)** | **—** | **5,653,714** | **(2,985,544)** |
| Net loss attributable to non-controlling interests | — | (158,687) | — | — | — | (158,687) |
| Net loss attributable to XIAO-I CORPORATION shareholders | (2,826,857) | (2,826,857) | (2,826,857) | — | 5,653,714 | (2,826,857) |

23

Table of Contents

| | | For the six months ended June 30, 2021 | | | | |
| Condensed Consolidating Schedule of Cash Flows | Parent | VIEs and their consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
|---|---|---|---|---|---|---|
| | | | (in U.S. dollars) | | | |
| Net cash used in operating activities | — | (7,649,508) | — | — | — | (7,649,508) |
| Net cash used in investing activities | — | 92,988 | — | — | — | 92,988 |
| Net cash provided by financing activities | — | 8,020,758 | — | — | — | 8,020,758 |
| Effect of exchange rate changes | — | (97,414) | — | — | — | (97,414) |
| Net change in cash, cash equivalents and restricted cash | — | 366,824 | — | — | — | 366,824 |
| Cash, cash equivalents and restricted cash, at beginning of period | 1,105 | 825,920 | — | 4 | — | 827,029 |
| Cash, cash equivalents and restricted cash, at end of period | 1,105 | 1,192,744 | — | 4 | — | 1,193,853 |

| | | As of June 30, 2022 | | | | |
| Condensed Consolidating Schedule of Financial Position | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
|---|---|---|---|---|---|---|
| | | | (in U.S. dollars) | | | |
| **Assets** | | | | | | |
| **Current assets:** | | | | | | |
| Cash and cash equivalents | 1,105 | 1,522,921 | — | 4 | — | 1,524,030 |
| Accounts receivable, net | — | 35,498,955 | — | — | — | 35,498,955 |
| Amounts due from related parties | — | 374,367 | — | — | — | 374,367 |
| Inventories, net | — | 270,065 | — | — | — | 270,065 |
| Contract costs | — | 2,589,487 | — | — | — | 2,589,487 |
| Advance to suppliers | — | 3,108,139 | — | — | — | 3,108,139 |
| Deferred offering costs | — | 514,182 | — | — | — | 514,182 |
| Prepaid expenses and other current assets, net | 4 | 303,292 | — | — | — | 303,296 |
| Income of VIE and VIE's subsidiaries absorbed by WFOE | — | — | 420,512 | — | (420,512) | — |
| Investment income in subsidiaries | 420,512 | — | — | — | (420,512) | — |
| **Total current assets** | **421,621** | **44,181,408** | **420,512** | **4** | **(841,024)** | **44,182,521** |
| | | | | | | |
| **Non-current assets:** | | | | | | |
| Property and equipment, net | — | 170,994 | — | — | — | 170,994 |
| Intangible assets, net | — | 707,701 | — | — | — | 707,701 |
| Long-term investment | — | 254,346 | 2,709,137 | — | — | 2,963,483 |
| Right of use assets | — | 988,803 | — | — | — | 988,803 |
| Deferred tax assets, net | — | 4,881,462 | — | — | — | 4,881,462 |
| Prepaid expenses and other, non-current assets | — | 3,740,001 | — | — | — | 3,740,001 |
| **Total non-current assets** | **—** | **10,743,307** | **2,709,137** | **—** | **—** | **13,452,444** |
| **TOTAL ASSETS** | **421,621** | **54,924,715** | **3,129,649** | **4** | **(841,024)** | **57,634,965** |

Table of Contents

| Condensed Consolidating Schedule of Financial Position | As of June 30, 2022 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| **Liabilities** | | | | | | |
| **Current liabilities:** | | | | | | |
| Short-term borrowings | — | 15,709,376 | — | — | — | 15,709,376 |
| Accounts payable | — | 3,039,985 | — | — | — | 3,039,985 |
| Amount due to related parties-current | — | 732,957 | — | — | — | 732,957 |
| Deferred revenue | — | 5,010,410 | — | — | — | 5,010,410 |
| Convertible loans | — | 5,473,774 | — | — | — | 5,473,774 |
| Accrued expenses and other current liabilities | — | 12,729,285 | 33 | 4 | — | 12,729,322 |
| Lease liabilities, current | — | 689,837 | — | — | — | 689,837 |
| **Total current liabilities** | **—** | **43,385,624** | **33** | **4** | **—** | **43,385,661** |
| | | | | | | |
| **Non-current liabilities:** | | | | | | |
| Amount due to related parties-non current | — | 8,836,834 | — | — | — | 8,836,834 |
| Accrued liabilities, non-current | — | 4,909,821 | 2,761,977 | — | — | 7,671,798 |
| Lease liabilities, non-current | — | 387,705 | — | — | — | 387,705 |
| **Total non-current liabilities** | **—** | **14,134,360** | **2,761,977** | **—** | **—** | **16,896,337** |
| | | | | | | |
| **TOTAL LIABILITIES** | **—** | **57,519,984** | **2,762,010** | **4** | **—** | **60,281,998** |
| | | | | | | |
| **Shareholders' deficit** | | | | | | |
| Ordinary shares | 1,106 | — | — | — | — | 1,106 |
| Additional paid-in capital | 75,621,294 | 75,621,294 | — | — | (75,621,294) | 75,621,294 |
| Statutory reserve | 237,486 | 237,486 | — | — | (237,486) | 237,486 |
| Accumulated (deficit)/income | (71,991,448) | (71,936,791) | 365,855 | — | 71,570,936 | (71,991,448) |
| Accumulated other comprehensive (loss)/income | (3,446,817) | (3,448,604) | 1,784 | — | 3,446,820 | (3,446,817) |
| **XIAO-I CORPORATION shareholders' equity** | **421,621** | **473,385** | **367,639** | **—** | **(841,024)** | **421,621** |
| Non-controlling interests | — | (3,068,654) | — | — | — | (3,068,654) |
| **Total shareholders' equity/(deficit)** | **421,621** | **(2,595,269)** | **367,639** | **—** | **(841,024)** | **(2,647,033)** |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | **421,621** | **54,924,715** | **3,129,649** | **4** | **(841,024)** | **57,634,965** |

25

Table of Contents

| | | For the six months ended June 30, 2022 | | | | |
|---|---|---|---|---|---|---|
| Condensed Consolidating Schedule of Results of Operations | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net revenues | — | 12,859,481 | — | — | — | 12,859,481 |
| Cost of revenues | — | (3,720,705) | — | — | — | (3,720,705) |
| **Gross profit** | **—** | **9,138,776** | **—** | **—** | **—** | **9,138,776** |
| Operating expenses | — | (7,489,248) | — | — | — | (7,489,248) |
| Income of VIE and VIE's subsidiaries absorbed by WFOE | — | — | 593,173 | — | (593,173) | — |
| Share of income in subsidiaries | 593,173 | — | — | — | (593,173) | — |
| **Total operating income (expenses)** | **593,173** | **(7,489,248)** | **593,173** | **—** | **(1,186,346)** | **(7,489,248)** |
| **Income from operations** | **593,173** | **1,649,528** | **593,173** | **—** | **(1,186,346)** | **1,649,528** |
| Other loss | — | (1,225,192) | (54,657) | — | — | (1,279,849) |
| Income tax benefits | — | 220,820 | — | — | — | 220,820 |
| **Net income** | **593,173** | **645,156** | **538,516** | **—** | **(1,186,346)** | **590,499** |
| Net loss attributable to non-controlling interests | — | (2,674) | — | — | — | (2,674) |
| Net income attributable to XIAO-I CORPORATION shareholders | 647,830 | 647,830 | 538,516 | — | (1,241,003) | 593,173 |

| | | For the six months ended June 30, 2022 | | | | |
|---|---|---|---|---|---|---|
| Condensed Consolidating Schedule of Cash Flows | Parent | VIEs and their consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net cash used in operating activities | — | (6,826,343) | — | — | — | (6,826,343) |
| Net cash provided by/(used in) investing activities | — | 2,238 | (2,855,335) | — | — | (2,853,097) |
| Net cash provided by financing activities | — | 7,085,478 | 2,855,335 | — | — | 9,940,813 |
| Effect of exchange rate changes | — | (49,189) | — | — | — | (49,189) |
| Net change in cash, cash equivalents and restricted cash | — | 212,184 | — | — | — | 212,184 |
| Cash, cash equivalents and restricted cash, at beginning of period | 1,105 | 1,310,737 | — | 4 | — | 1,311,846 |
| Cash, cash equivalents and restricted cash, at end of period | 1,105 | 1,522,921 | — | 4 | — | 1,524,030 |

**Transfers of Cash to and from the VIE**

Xiao-I is a holding company with no operations of its own. It conducts its operations in China primarily through the PRC operating entities in China. As a result, although other means are available for it to obtain financing at the holding company level, Xiao-I's ability to pay dividends to its shareholders and to service any debt it may incur may depend upon dividends paid by Xiao-I's PRC subsidiaries, which relies on dividends and other distributions paid by the PRC operating entities pursuant to the VIE Agreements. If any of Xiao-I's subsidiaries incurs debt on its own in the future, the instruments governing such debt may restrict its ability to pay dividends to Xiao-I. In addition, dividends and distributions from Xiao-I's subsidiaries and the VIE are subject to regulations and restrictions on dividends and payment to parties outside of China. Applicable PRC law permits payment of dividends to Xiao-I by

Table of Contents

### SUMMARY CONSOLIDATED FINANCIAL AND OPERATING DATA

**In the following summary of consolidated financial and operating data "we," "us", or "our" refer to Xiao-I and its subsidiaries and the PRC operating entities on a consolidated basis.**

The following summary consolidated statements of net (loss)/income for the years ended December 31, 2020 and 2021 and summary consolidated balance sheet data as of December 31, 2020 and 2021 have been derived from our audited consolidated financial statements included elsewhere in this prospectus. The following summary consolidated statements of net (loss)/income for the six months ended June 30, 2021 and 2022 and summary consolidated balance sheet data as of June 30, 2022 have been derived from our unaudited consolidated financial statements included elsewhere in this prospectus. You should read this "Summary Consolidated Financial Data and Operating Data" section together with our consolidated financial statements and the related notes and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included elsewhere in this prospectus. Our consolidated financial statements are prepared and presented in accordance with accounting principles generally accepted in the United States, or U.S. GAAP. Our historical results are not necessarily indicative of results expected for future periods.

|  | For the year ended December 31, | | For the six months ended June 30, | |
|---|---|---|---|---|
|  | **2020** | **2021** | **2021** | **2022** |
|  | **(Restated)** | **(Restated)** | **(Unaudited)** | **(Unaudited)** |
| **Selected Consolidated Statements of Operations and Comprehensive Loss Data:** |  |  |  |  |
| Net revenues | $ 13,856,734 | $ 32,524,013 | $ 8,874,070 | $ 12,859,481 |
| Cost of revenues | (7,228,046) | (10,885,731) | (3,598,319) | (3,720,705) |
| **Gross profit** | **6,628,688** | **21,638,282** | **5,275,751** | **9,138,776** |
|  |  |  |  |  |
| Operating expenses: |  |  |  |  |
| Selling expenses | (4,566,760) | (4,620,113) | (2,205,736) | (2,094,124) |
| General and administrative expenses | (5,694,785) | (6,657,251) | (3,598,496) | (1,725,928) |
| Research and development expenses | (4,236,723) | (5,363,909) | (2,692,321) | (3,669,196) |
| **Total operating expenses** | **(14,498,268)** | **(16,641,273)** | **(8,496,553)** | **(7,489,248)** |
|  |  |  |  |  |
| **(Loss)/income from operations** | **(7,869,580)** | **4,997,009** | **(3,220,802)** | **1,649,528** |
|  |  |  |  |  |
| Other income/(loss): |  |  |  |  |
| Investment losses | (207,497) | (156,630) | (97,841) | (121,618) |
| Interest expenses | (1,026,636) | (1,866,831) | (739,401) | (1,202,391) |
| Foreign currency exchange gain/(loss) | 41,592 | 11,252 | 4,954 | (38,375) |
| Other income and expense, net | 1,770,225 | 932,557 | 498,833 | 82,535 |
| **Total other income/(loss)** | **577,684** | **(1,079,652)** | **(333,455)** | **(1,279,849)** |
|  |  |  |  |  |
| (Loss)/Income before income tax expense | (7,291,896) | 3,917,357 | (3,554,257) | 369,679 |
| Income tax benefits/(expenses) | 235,854 | (552,355) | 568,713 | 220,820 |
| **Net (loss)/income** | **$ (7,056,042)** | **$ 3,365,002** | **$ (2,985,544)** | **$ 590,499** |

Table of Contents

|  | As of December 31, | | As of June 30, |
|  | 2020 | 2021 | 2022 |
| --- | --- | --- | --- |
|  | (Restated) | (Restated) | (Unaudited) |
| **Selected Consolidated Balance Sheets Data:** | | | |
| Cash and cash equivalents | $ 366,865 | $ 1,311,846 | $ 1,524,030 |
| Restricted cash | 460,164 | — | — |
| Accounts receivable, net | 8,052,564 | 31,184,779 | 35,498,955 |
| Contract costs | 1,067,289 | 1,669,519 | 2,589,487 |
| **Total Assets** | 25,177,528 | 47,190,411 | 57,634,965 |
| Short-term borrowings | 13,923,372 | 9,117,158 | 15,709,376 |
| Deferred revenue | 1,926,373 | 2,953,238 | 5,010,410 |
| **Total Liabilities** | 31,807,900 | 50,573,072 | 60,281,998 |
| **Total shareholders' deficit** | (6,630,372) | (3,382,661) | (2,647,033) |

|  | As of December 31, | | As of June 30, |
|  | 2020 | 2021 | 2022 |
| --- | --- | --- | --- |
|  | (Restated) | (Restated) | (Unaudited) |
| **Selected Consolidated Balance Sheets Data:** | | | |
| Cash and cash equivalents | $ 366,865 | $ 1,311,846 | $ 1,524,030 |
| Restricted cash | 460,164 | — | — |
| Accounts receivable, net | 8,052,564 | 31,184,779 | 35,498,955 |
| Contract costs | 1,067,289 | 1,669,519 | 2,589,487 |
| **Total Assets** | 25,177,528 | 47,190,411 | 57,634,965 |
| Short-term borrowings | 13,923,372 | 9,117,158 | 15,709,376 |
| Deferred revenue | 1,926,373 | 2,953,238 | 5,010,410 |
| **Total Liabilities** | 31,807,900 | 50,573,072 | 60,281,998 |
| **Total shareholders' deficit** | (6,630,372) | (3,382,661) | (2,647,033) |

38

Table of Contents

Under PRC laws and regulations, our WFOE, which is a wholly foreign-owned enterprise in China, may pay dividends only out of its accumulated profits as determined in accordance with PRC accounting standards and regulations. In addition, a wholly foreign-owned enterprise is required to set aside at least 10% of its accumulated after-tax profits each year, if any, to fund a certain statutory reserve fund, until the aggregate amount of such fund reaches 50% of its registered capital.

Our WFOE generates primarily all of its revenue in Renminbi, which is not freely convertible into other currencies. As a result, any restriction on currency exchange may limit the ability of our WFOE to use its Renminbi revenues to pay dividends to us. The PRC government may continue to strengthen its capital controls, and more restrictions and substantial vetting process may be put forward by State Administration of Foreign Exchange (the "SAFE") for cross-border transactions falling under both the current account and the capital account. Any limitation on the ability of our WFOE to pay dividends or make other kinds of payments to us could materially and adversely limit our ability to grow, make investments or acquisitions that could be beneficial to our business, pay dividends, or otherwise fund and conduct our business.

In addition, the Enterprise Income Tax Law and its implementation rules provide that a withholding tax rate of up to 10% will be applicable to dividends payable by Chinese companies to non-PRC-resident enterprises unless otherwise exempted or reduced according to treaties or arrangements between the PRC central government and governments of other countries or regions where the non-PRC resident enterprises are incorporated. Any limitation on the ability of our PRC subsidiary to pay dividends or make other distributions to us could materially and adversely limit our ability to grow, make investments or acquisitions that could be beneficial to our business, pay dividends, or otherwise fund and conduct our business.

***If the chops of our PRC subsidiary, the VIE, is not kept safely, is stolen or are used by unauthorized persons or for unauthorized purposes, the corporate governance of these entities could be severely and adversely compromised.***

In China, a company chop or seal serves as the legal representation of the company towards third parties even when unaccompanied by a signature. Each legally registered company in China is required to maintain a company chop, which must be registered with the local Public Security Bureau. In addition to this mandatory company chop, companies may have several other chops which can be used for specific purposes. The chops of our PRC subsidiary, the VIE and its subsidiaries generally held securely by personnel designated or approved by us in accordance with our internal control procedures. To the extent those chops are not kept safe, are stolen or are used by unauthorized persons or for unauthorized purposes, the corporate governance of these entities could be severely and adversely compromised and those corporate entities may be bound to abide by the terms of any documents so chopped, even if they were chopped by an individual who lacked the requisite power and authority to do so.

***We may lose the ability to use and enjoy assets held by the VIE that are critical to the operation of our business if the VIE declares bankruptcy or become subject to a dissolution or liquidation proceeding.***

The VIE holds certain assets that may be critical to the operation of our business, including permits, domain names and most of our intellectual property rights. If the shareholders of the VIE breach the contractual arrangements and voluntarily liquidate the VIE or its subsidiaries, or if the VIE or its subsidiaries declare bankruptcy and all or part of their assets become subject to liens or rights of third-party creditors or are otherwise disposed of without our consent, we may be unable to continue some or all of our business activities, which could materially and adversely affect our business, financial condition and results of operations. In addition, if the VIE or its subsidiaries undergo an involuntary liquidation proceeding, third-party creditors may claim rights to some or all of their assets, thereby hindering our ability to operate our business, which could materially or adversely affect our business, financial condition and results of operations.

***Substantial uncertainties exist with respect to the interpretation and implementation of the newly enacted PRC Foreign Investment Law and how it may impact the viability of our current corporate structure and business operations.***

The National People's Congress approved the Foreign Investment Law (the "FIL") on March 15, 2019 and the State Council approved the Regulation on Implementing the Foreign Investment Law (the "Implementation Regulations") on December 12, 2019, effective from January 1, 2020, which replaced the trio of existing laws regulating foreign investment in China, namely, the Sino-foreign Equity Joint Venture Enterprise Law, the Sino-foreign Cooperative Joint Venture Enterprise Law and the Wholly Foreign-invested Enterprise Law, together with their implementation

Table of Contents

rules and ancillary regulations. The Supreme People's Court of China issued a judicial interpretation on the Foreign Investment Law on December 26, 2019, effective from January 1, 2020, to ensure fair and efficient implementation of the Foreign Investment Law. According to this judicial interpretation, courts in China shall not, among other things, support contracted parties to claim foreign investment contracts in sectors not on the Special Administrative Measures for Access to Foreign Investment (Negative List) (2021) (the "Negative List (2021)"), as void because the contracts have not been approved or registered by administrative authorities. The Foreign Investment Law grants national treatment to foreign invested enterprises, except for those operating in "restricted" or "prohibited" industries in the "negative list", where if a foreign invested enterprise proposes to conduct business in an industry subject to foreign investment "restrictions" in the "negative list," the foreign invested enterprise must go through a MOFCOM pre-approval process. The internet content service, internet audio-visual program services and online culture activities that we conduct through the VIE, is subject to foreign investment restrictions set forth in the Negative List (2021). The Foreign Investment Law and Implementation Regulations embody an expected PRC regulatory trend to rationalize its foreign investment regulatory regime in line with prevailing international practice and the legislative efforts to unify the corporate legal requirements for both foreign and domestic investments.

However, since these rules are relatively new, uncertainties still exist in relation to their interpretation. For instance, under the Foreign Investment Law, "foreign investment" refers to the investment activities directly or indirectly conducted by foreign individuals, enterprises or other entities in China. Though it does not explicitly classify contractual arrangements as a form of foreign investment, there is no assurance that foreign investment via contractual arrangement would not be interpreted as a type of indirect foreign investment activities under the definition in the future. In addition, the definition contains a catch-all provision which includes investments made by foreign investors through means stipulated in laws or administrative regulations or other methods prescribed by the State Council. Therefore, it still leaves leeway for future laws, administrative regulations or provisions promulgated by the State Council to provide for contractual arrangements as a form of foreign investment. In any of these cases, it will be uncertain whether the contractual arrangements with the VIE will be deemed to be in violation of the market access requirements for foreign investment under the PRC laws and regulations. Furthermore, if future laws, administrative regulations or provisions prescribed by the State Council mandate further actions to be taken by companies with respect to existing contractual arrangements, we may face substantial uncertainties as to whether we can complete such actions in a timely manner, or at all. Failure to take timely and appropriate measures to cope with any of these or similar regulatory compliance challenges could materially and adversely affect our current corporate structure, corporate governance and business operations.

***Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents, and as a result, the shareholders may be subject to penalties if we are not able to remediate the non-compliance.***

In July 2014, the State Administration of Foreign Exchange promulgated the Circular on Issues Concerning Foreign Exchange Administration over the Overseas Investment and Financing and Roundtrip Investment by Domestic Residents via Special Purpose Vehicles ("Circular 37"). According to Circular 37, prior registration with the local SAFE branch is required for Chinese residents to contribute domestic assets or interests to offshore companies, known as SPVs. Circular 37 further requires amendment to a PRC resident's registration in the event of any significant changes with respect to the SPV, such as an increase or decrease in the capital contributed by PRC individuals, share transfer or exchange, merger, division, or other material event. Further, foreign investment enterprises established by way of round-tripping shall complete the relevant foreign exchange registration formalities pursuant to the prevailing foreign exchange control provisions for direct investments by foreign investors, and disclose the relevant information such as actual controlling party of the shareholders truthfully.

Currently, most of our shareholders have completed Circular 37 Registration and are in compliance. Some of our beneficial owners, who are PRC residents, have not completed the Circular 37 Registration. All our significant shareholders, directors and officers have completed Circular 37 Registration. We have asked our shareholders who are Chinese residents to make the necessary applications and filings as required by Circular 37. We attempt to comply and attempt to ensure that our shareholders who are subject to these rules comply, with the relevant requirements. We cannot, however, provide any assurances that all of our and future shareholders who are Chinese residents will comply with our request to make or obtain any applicable registration or comply with other requirements required by Circular 37 or other related rules. The Chinese resident shareholders' failure to comply with Circular 37 registration may result in restrictions being imposed on part of foreign exchange activities of the offshore special purpose vehicles, including restrictions on its ability to receive registered capital as well as additional capital from Chinese resident

Table of Contents

shareholders who fail to complete Circular 37 registration; and repatriation of profits and dividends derived from special purpose vehicles to China, by the Chinese resident shareholders who fail to complete Circular 37 registration, are also illegal. In addition, the failure of the Chinese resident shareholders to complete Circular 37 registration may subject each of the shareholders to fines less than RMB50,000. We cannot assure you that each of our Chinese resident shareholders will in the future complete the registration process as required by Circular 37.

**Risks Relating to Doing Business in China**

**In the following discussion of risks relating to doing business in China "we," "us," or "our" refer to the PRC operating entities.**

***China's economic, political and social conditions, as well as changes in any government policies, laws and regulations may be quick with little advance notice and, could have a material adverse effect on our business and the value of Xiao-I's ADSs.***

Our principal offices are based in China. Accordingly, our operating results, financial condition and prospects are influenced by economic, political and legal developments in China. Economic reforms begun in the late 1970s have resulted in significant economic growth. However, any economic reform policies or measures in China may from time to time be modified or revised. China's economy differs from the economies of most developed countries in many respects, including with respect to the amount of government involvement, level of development, growth rate, control of foreign exchange and allocation of resources. While the PRC economy has experienced significant growth in the past 30 years, growth has been uneven across different regions and among different economic sectors. In addition, the rate of growth has been slowing since 2012, and the impact of COVID-19 on the Chinese and global economies in 2021 and 2022 is likely to be severe.

The PRC government exercises significant control over China's economic growth through strategically allocating resources, controlling the payment of foreign currency-denominated obligations, setting monetary policy and providing preferential treatment to particular industries or companies. Although the Chinese economy has grown significantly in the past decade, that growth may not continue, as evidenced by the slowing of the growth of the Chinese economy in recent years. Any adverse changes in economic conditions in China, in the policies of the Chinese government or in the laws and regulations in China could have a material adverse effect on the overall economic growth of China. Such developments could adversely affect our business and operating results, lead to reduction in demand for our services and adversely affect our competitive position.

***Uncertainties in the interpretation and enforcement of PRC laws and regulations could limit the legal protections available to you and us.***

The PRC legal system is based on written statutes and court decisions have limited precedential value. The PRC legal system evolves rapidly, and the interpretations of many laws, regulations and rules may contain inconsistencies and enforcement of these laws, regulations and rules involves uncertainties.

From time to time, we may have to resort to administrative and court proceedings to enforce our legal rights. However, since PRC judicial and administrative authorities have significant discretion in interpreting and implementing statutory and contractual terms, it may be more difficult to predict the outcome of a judicial or administrative proceeding than in more developed legal systems. Furthermore, the PRC legal system is based, in part, on government policies and internal rules, some of which are not published in a timely manner but which may have retroactive effect. As a result, we may not always be aware of any potential violation of these policies and rules. Such unpredictability towards our contractual, property (including intellectual property) and procedural rights could adversely affect our business and impede our ability to continue our operations.

***Content posted or displayed on our platform may be found objectionable by PRC regulatory authorities and may subject us to penalties and other severe consequences.***

The PRC government has adopted regulations governing internet and wireless access and the distribution of information over the internet and wireless telecommunication networks. Under these regulations, internet content providers and internet publishers are prohibited from posting or displaying over the internet or wireless networks content that, among other things, violates PRC laws and regulations, impairs the public interest, or is obscene, superstitious, fraudulent or defamatory. Furthermore, internet content providers are also prohibited from displaying content that may be deemed

Table of Contents

***China's M&A Rules and certain other PRC regulations establish complex procedures for some acquisitions of Chinese companies by foreign investors, which could make it more difficult for us to pursue growth through acquisitions in China.***

The Regulations on Mergers and Acquisitions of Domestic Enterprises by Foreign Investors, or the M&A Rules, and other recently adopted regulations and rules concerning mergers and acquisitions established additional procedures and requirements that could make merger and acquisition activities by foreign investors more time consuming and complex. For example, the M&A Rules require that MOFCOM be notified in advance of any change-of-control transaction in which a foreign investor takes control of a PRC domestic enterprise, if (1) any important industry is concerned, (2) such transaction involves factors that impact or may impact national economic security, or (3) such transaction will lead to a change in control of a domestic enterprise which holds a famous trademark or PRC time-honored brand. Moreover, the Anti-Monopoly Law promulgated by the SCNPC in August 2007 and effective in August 2008 requires that transactions which are deemed concentrations and involve parties with specified turnover thresholds (i.e., during the previous fiscal year, (1) the total global turnover of all operators participating in the transaction exceeds RMB10 billion and at least two of these operators each had a turnover of more than RMB400 million within China, or (2) the total turnover within China of all the operators participating in the concentration exceeded RMB2 billion, and at least two of these operators each had a turnover of more than RMB400 million within China) must be cleared by MOFCOM before they can be completed. In addition, in February 2011, the General Office of the State Council promulgated a Notice on Establishing the Security Review System for Mergers and Acquisitions of Domestic Enterprises by Foreign Investors, or the Circular 6, which officially established a security review system for mergers and acquisitions of domestic enterprises by foreign investors. Further, in August 2011, MOFCOM promulgated the Regulations on Implementation of Security Review System for the Merger and Acquisition of Domestic Enterprises by Foreign Investors, or the MOFCOM Security Review Regulations, to implement the Circular 6. Under Circular 6, a security review is required for mergers and acquisitions by foreign investors having "national defense and security" concerns and mergers and acquisitions by which foreign investors may acquire the "*de facto* control" of domestic enterprises with "national security" concerns. Under the MOFCOM Security Review Regulations, MOFCOM will focus on the substance and actual impact of the transaction when deciding whether a specific merger or acquisition is subject to security review. If MOFCOM decides that a specific merger or acquisition is subject to security review, it will submit it to the Inter-Ministerial Panel, an authority established under the Circular 6 led by the National Development and Reform Commission, or NDRC, and MOFCOM under the leadership of the State Council, to carry out security review. The regulations prohibit foreign investors from bypassing the security review by structuring transactions through trusts, indirect investments, leases, loans, control through contractual arrangements or offshore transactions. There is no explicit provision or official interpretation stating that the merging or acquisition of a company engaged in the internet information services, online games, online audio-visual program services and related businesses requires security review, and there is no requirement that acquisitions completed prior to the promulgation of the Security Review Circular are subject to MOFCOM review.

In the future, we may grow our business by acquiring complementary businesses. Complying with the requirements of the above-mentioned regulations and other relevant rules to complete such transactions could be time consuming, and any required approval processes, including obtaining approval from the MOFCOM or its local counterparts may delay or inhibit our ability to complete such transactions. It is unclear whether our business would be deemed to be in an industry that raises "national defense and security" or "national security" concerns. However, MOFCOM or other government agencies may publish explanations in the future determining that our business is in an industry subject to the security review, in which case our future acquisitions in the PRC, including those by way of entering into contractual control arrangements with target entities, may be closely scrutinized or prohibited.

***PRC regulations relating to offshore investment activities by PRC residents may limit our PRC subsidiary's ability to increase its registered capital or distribute profits to us or otherwise expose us to liability and penalties under PRC law.***

In July 2014, the SAFE promulgated the Circular on Relevant Issues Relating to Domestic Resident's Investment and Financing and Roundtrip Investment through Special Purpose Vehicles, or SAFE Circular 37, which replaced the Relevant Issues Concerning Foreign Exchange Control on Domestic Residents' Corporate Financing and Roundtrip Investment through Offshore Special Purpose Vehicles, or Circular 75. Circular 37 requires PRC residents or entities to register with SAFE or its local branch in connection with their establishment or control of an offshore entity established for the purpose of overseas investment or financing. In addition, such PRC residents or entities must update their SAFE registrations when the offshore special purpose vehicle undergoes material events relating to

Table of Contents

any change of basic information (including change of such PRC citizens or residents, name and operation term), increases or decreases in investment amount, transfers or exchanges of shares, or mergers or divisions. According to the Notice on Further Simplifying and Improving Policies for the Foreign Exchange Administration of Direct Investment released on February 13, 2015 by the SAFE, as amended in 2019, local banks will examine and handle foreign exchange registration for overseas direct investment, including the initial foreign exchange registration and amendment registration, under SAFE Circular 37 from June 1, 2015.

If our shareholders who are PRC residents or entities do not complete their registration with the local SAFE branches, our PRC subsidiary may be prohibited from distributing its profits and proceeds from any reduction in capital, share transfer or liquidation to us, and we may be restricted in our ability to contribute additional capital to our PRC subsidiary. Moreover, failure to comply with the SAFE registration described above could result in liability under PRC laws for evasion of applicable foreign exchange restrictions.

***Failure to comply with PRC regulations regarding the registration requirements for employee stock ownership plans or share option plans may subject the PRC plan participants or us to fines and other legal or administrative sanctions.***

Pursuant to SAFE Circular 37, PRC residents who participate in share incentive plans in overseas non-publicly-listed companies due to their position as director, senior management or employees of the PRC subsidiaries of the overseas companies may submit applications to SAFE or its local branches for the foreign exchange registration with respect to offshore special purpose companies. Our directors, executive officers and other employees who are PRC residents and who have been granted options may follow SAFE Circular 37 to apply for the foreign exchange registration before our company becomes an overseas listed company. In February 2012, SAFE promulgated the Notices on Issues Concerning the Foreign Exchange Administration for Domestic Individuals Participating in Stock Incentive Plans of Overseas Publicly-Listed Companies, or the Stock Option Rules. Under the Stock Option Rules and other relevant rules and regulations, PRC residents who participate in stock incentive plan in an overseas publicly-listed company are required to register with SAFE or its local branches and complete certain other procedures. Participants of a stock incentive plan who are PRC residents must retain a qualified PRC agent, which could be a PRC subsidiary of such overseas publicly listed company or another qualified institution selected by such PRC subsidiary, to conduct the SAFE registration and other procedures with respect to the stock incentive plan on behalf of its participants. Such participants must also retain an overseas entrusted institution to handle matters in connection with their exercise of stock options, the purchase and sale of corresponding stocks or interests and fund transfers. In addition, the PRC agent is required to amend the SAFE registration with respect to the stock incentive plan if there is any material change to the stock incentive plan, the PRC agent or the overseas entrusted institution or other material changes. The PRC operating entities and their PRC employees who have been granted stock options are subject to these regulations. The VIE has completed such SAFE registrations for its PRC stock option holder employees in March 2019. However, we cannot assure you that the VIE will be able to complete the relevant registration for new employees who participate in such stock incentive plan in the future in a timely manner or at all. Failure of the VIE's PRC stock option holders to complete their SAFE registrations may subject these PRC residents to fines and legal sanctions and may also limit our ability to contribute additional capital into our PRC subsidiary, limit our PRC subsidiary's ability to distribute dividends to us, or otherwise materially adversely affect our business.

***PRC regulation of loans to, and direct investment in, PRC entities by offshore holding companies and governmental control of currency conversion may delay us from using the proceeds of this offering to make loans to our PRC subsidiary and consolidated affiliated entities, or to make additional capital contributions to our PRC subsidiary, which could materially and adversely affect our liquidity and our ability to fund and expand the business of our PRC subsidiary and consolidated affiliated entities.***

We are an offshore holding company conducting our operations in China through our PRC subsidiary and consolidated affiliated entities. We may make loans to our PRC subsidiary and consolidated affiliated entities, or we may make additional capital contributions to our PRC subsidiary, or we may establish new PRC subsidiaries and make capital contributions to these new PRC subsidiaries, or we may acquire offshore entities with business operations in China in an offshore transaction.

Most of these ways are subject to PRC regulations and approvals. For example, loans by us to our wholly owned PRC subsidiary to finance its activities cannot exceed statutory limits and must be registered with the local counterpart of SAFE. If we decide to finance our wholly owned PRC subsidiary by means of capital contributions, these capital

68

Table of Contents

**Impact of Foreign Exchange Fluctuation**

As we derive our revenue in RMB, foreign exchange rate fluctuations may adversely affect our business and performance. The exchange rates between US$ and RMB are subject to continuous movements affected by international political and economic conditions and changes in the PRC government's economic and monetary policies. Any appreciation of RMB, which is our reporting currency, against US$ will decrease our profit margin. On the other hand, any depreciation of RMB against US$ will adversely affect our ability to pay for foreign currency obligations.

**RESULTS OF OPERATIONS**

The following table sets forth a summary of our consolidated results of operations for the periods indicated. This information should be read together with our consolidated financial statements and related notes included elsewhere in this prospectus. The operating results in any period are not necessarily indicative of the results that may be expected for any future period.

| | For the Years Ended December 31, | | Change | | For the Six Months Ended June 30, | | Change | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2020 | 2021 | Amount | % | 2021 | 2022 | Amount | % |
| | | | | | (Unaudited) | (Unaudited) | | |
| Net revenue | $13,856,734 | $ 32,524,013 | $18,667,279 | 134.7% | $ 8,874,070 | $12,859,481 | $3,985,411 | 44.9% |
| Cost of revenues | (7,228,046) | (10,885,731) | (3,657,685) | 50.6% | (3,598,319) | (3,720,705) | (122,386) | 3.4% |
| Gross profit | 6,628,688 | 21,638,282 | 15,009,594 | 226.4% | 5,275,751 | 9,138,776 | 3,863,025 | 73.2% |
| Selling expenses | (4,566,760) | (4,620,113) | (53,353) | 1.2% | (2,205,736) | (2,094,124) | 111,612 | (5.1)% |
| General and administrative expenses | (5,694,785) | (6,657,251) | (962,466) | 16.9% | (3,598,496) | (1,725,928) | 1,872,568 | (52.0)% |
| Research and development expenses | (4,236,723) | (5,363,909) | (1,127,186) | 26.6% | (2,692,321) | (3,669,196) | (976,875) | 36.3% |
| Other income/(loss), net | 577,684 | (1,079,652) | (1,657,336) | (286.9)% | (333,455) | (1,279,849) | (946,394) | 283.8% |
| (Loss)/Income before tax | (7,291,896) | 3,917,357 | 11,209,253 | (153.7)% | (3,554,257) | 369,679 | 3,923,936 | (110.4)% |
| Income tax benefits/(expenses) | 235,854 | (552,355) | (788,209) | (334.2)% | 568,713 | 220,820 | (347,893) | (61.2)% |
| Net (loss)/income | $ (7,056,042) | $ 3,365,002 | $10,421,044 | (147.7)% | $(2,985,544) | $ 590,499 | $3,576,043 | (119.8)% |

**KEY COMPONENTS OF RESULTS OF OPERATIONS**

*Net revenues*

We generate revenue primarily from the (i) sale of software products and service, (ii) M&S service, and (iii) sale of cloud platform products. For the years ended December 31, 2020, 2021 and for the six months ended June 30, 2022, our total revenue was US$13.86 million, US$32.52 million and US$12.86 million, respectively.

The following table sets forth our revenue by sales type for the periods indicated.

| | For the Years Ended December 31, | | Change | | For the Six Months Ended June 30, | | Change | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2020 | 2021 | Amount | % | 2021 | 2022 | Amount | % |
| | | | | | (Unaudited) | (Unaudited) | | |
| Sale of software products and service | $ 11,500,331 | $ 24,140,541 | $ 12,640,210 | 109.9% | $ 4,875,236 | $ 7,694,840 | $ 2,819,604 | 57.8% |
| Sale of cloud platform products | — | 5,532,917 | 5,532,917 | >100% | 2,525,007 | 3,648,339 | 1,123,332 | 44.5% |
| M&S service | 1,940,187 | 2,775,472 | 835,285 | 43.1% | 1,431,805 | 1,497,871 | 66,066 | 4.6% |
| Sale of hardware products | 416,216 | 75,083 | (341,133) | (82.0)% | 42,022 | 18,431 | (23,591) | (56.1)% |
| Total | $ 13,856,734 | $ 32,524,013 | $ 18,667,279 | 134.7% | $ 8,874,070 | $ 12,859,481 | $ 3,985,411 | 44.9% |

*Cost of revenues*

Our cost of revenues primarily consists of the following components: (i) staff costs (salaries and employee benefits), (ii) cloud hosting service fees, (iii) cost of materials, which primarily includes software and hardware purchased, and (iv) overhead costs relating to consumables and office expenses used for production.

Table of Contents

The following table sets forth our cost of revenues by components for the periods indicated.

| | For the Years Ended December 31, | | Change | | For the Six Months Ended June 30, | | Change | |
|---|---|---|---|---|---|---|---|---|
| | 2020 | 2021 | Amount | % | 2021 | 2022 | Amount | % |
| | | | | | (Unaudited) | (Unaudited) | | |
| Staff costs | $ 5,405,015 | $ 5,636,003 | $ 230,988 | 4.3% | $ 1,213,231 | $ 2,423,326 | $ 1,210,095 | 99.7% |
| Cloud hosting service fees | — | 3,671,322 | 3,671,322 | >100% | 1,830,161 | 576,918 | (1,253,243) | (68.5)% |
| Cost of materials | 1,498,661 | 1,353,687 | (144,974) | (9.7)% | 360,404 | 471,690 | 111,286 | 30.9% |
| Others | 324,370 | 224,719 | (99,651) | (30.7)% | 194,523 | 248,771 | 54,248 | 27.9% |
| Total | $ 7,228,046 | $ 10,885,731 | $ 3,657,685 | 50.6% | $ 3,598,319 | $ 3,720,705 | $ 122,386 | 3.4% |

### Selling expenses

Selling expenses primarily consist of: (i) salaries and benefits for our sales and marketing personnel; (ii) advertising costs and market promotion expenses; (iii) traveling expenses incurred by our sales and marketing personnel for business purposes; and (iv) others, which primarily include entertainment expenses related to selling and marketing functions, office expenses and consulting expenses.

### General and administrative expenses

General and administrative expenses primarily consist of: (i) salaries and benefits for our administrative personnel; (ii) rental expenses relating to our leased properties used for administrative purposes and utilities which is primarily represented by water, electricity charges for administrative purposes; (iii) professional fees, which primarily represented fees we paid for legal services, audit services and consultation in the ordinary course of our business; (v) bad debt expenses, which primarily represented the bad debt loss of accounts receivable and prepaid expenses and other current assets, and (vi) others, which primarily include depreciation and amortization expenses, office expenses for office supplies and consumables, and other miscellaneous expenses for administrative purposes.

### Research and development expenses

Research and development expenses primarily include: (i) salaries and benefits for research and development personnel; (ii) professional fees, which primarily represent fees paid for professional services in research and development activities; (iii) patent registration related expenses and patent litigation expenses; (iv) amortization, which represents amortization expenses for our intangible assets; and (v) others, which primarily include rental expenses, consumables, traveling expenses, utilities and miscellaneous expenses.

### Income Tax Expenses

#### Cayman Islands

Our company was incorporated in the Cayman Islands as an exempted company with limited liability under the Companies Act and accordingly is not subject to income tax from business carried in Cayman Islands.

#### Hong Kong

In accordance with the relevant tax laws and regulations of Hong Kong, a company registered in Hong Kong is subject to income taxes within Hong Kong at the applicable tax rate on taxable income. In March 2018, the Hong Kong Government introduced a two-tiered profit tax rate regime by enacting the Inland Revenue (Amendment) (No.3) Ordinance 2018 (the "Ordinance"). Under the two-tiered profits tax rate regime, the first HK dollar 2 million of assessable profits of qualifying corporations is taxed at 8.25% and the remaining assessable profits at 16.5%. The Ordinance is effective from the year of assessment 2018-2019. According to the policy, if no election has been made, the whole of the taxpaying entity's assessable profits will be chargeable to Profits Tax at the rate of 16.5% or 15%, as applicable. Because the preferential tax treatment is not elected by us, our subsidiaries registered in Hong Kong are subject to income tax at a rate of 16.5%. Payments of dividends by the subsidiary to us are not subject to withholding tax in Hong Kong.

Table of Contents

*PRC*

Generally, our PRC subsidiaries are subject to enterprise income tax on their taxable income in China at a statutory rate of 25%, except for our certain PRC subsidiaries that are qualified as high and new technology enterprises under the PRC Enterprise Income Tax Law and are eligible for a preferential enterprise income tax rate of 15%. The enterprise income tax is calculated based on the entity's global income as determined under PRC tax laws and accounting standards.

In accordance with the implementation rules of EIT Laws, a qualified "High and New Technology Enterprise" ("HNTE") is eligible for a preferential tax rate of 15%. The HNTE certificate is effective for a period of three years. An entity could re-apply for the HNTE certificate when the prior certificate expires. Our subsidiary, Shanghai Xiao-i, is eligible to enjoy a preferential tax rate of 15% from 2020 to 2022 to the extent it has taxable income under the EIT Law.

Our subsidiary, Guizhou Xiao-i was qualified as an eligible software enterprise before the income tax year-end final settlement in 2017. As a result of this qualification, it is entitled to a tax holiday of a full exemption for the years ended December 31, 2017 and 2018, in which its taxable income is greater than zero, followed by a three-year 50% exemption. In 2022, the tax holiday has expired and Guizhou Xiao-i applied qualification of HNTE, which allows Guizhou Xiao-i to enjoy a preferential tax rate of 15% from 2022 to 2024.

**Comparison of Six Months Ended June 30, 2021 and 2022**

***Net revenues***

*Sale of software products and service*

Our software products sold to customers comprising customized software products for specific needs and are recognized at the point-in-time. The revenue from sales of software products increased by 57.8% from US$4.88 million for the six months ended June 30, 2021 to US$7.69 million for the six months ended June 30, 2022, primarily due to two major contracts.

We entered into an Intelligent Drawing Review Platform License Agreement (the "License Agreement") between us, as licensor, and China Construction Third Engineering Bureau Group Limited, a government owned enterprise, as licensee ("China Construction"). Pursuant to the terms of the License Agreement, we agreed to provide China Construction with an intelligent drawing review platform (the "Drawing Platform"). The Drawing Platform was delivered, installed and commissioned in accordance with the License Agreement in 2021. In connection with the License Agreement, China Construction entered into an Operation and Technical Service Agreement of Intelligent Plan Review Platform Agreement (the "Support Agreement") with us, pursuant to which we have agreed to provide technical support and co-operation of the Drawing Platform for a term of three years. During the term of the Support Agreement, China Construction, with the consent of us, may license the use of the Drawing Platform to third parties. In such event, we shall be entitled to receive 30% of the license fee paid to China Construction by any third party. As the technical services for Drawing Platform were for specific software upgrades and customers can only receive the benefits when they accept upgrade specifications, the revenue was recognized at point-in-time. The revenue recognized of technical services for the Drawing Platform was US$3.37 million for the six months ended June 30, 2022. Copies of the License Agreement and the Support Agreement are included as exhibits to the registration statement of which this prospectus is a part.

We entered into a Procurement Contract for Software Products of Artificial Intelligence and Big Data Basic Service Platform Project with China Construction Third Engineering Bureau Installation Engineering Co., Ltd. ("CCTEI"), a government owned enterprise in February 16, 2022. Pursuant to which, we agreed to provide a series of artificial intelligence software and management platform. The revenue recognized of the contract was US$1.19 million for the six months ended June 30, 2022.

*Sale of cloud platform products*

Our cloud platform products consist of software products uploaded to our cloud platform are recognized at over time. The revenue from sales of cloud platform products increased by 44.5% from US$2.53 million for the six months ended June 30, 2021 to US$3.65 million for the six months ended June 30, 2022, primarily due to increased number of customers attracted by the flexibility and mobility of cloud platform products.

98

Table of Contents

*M&S service*

We provide M&S services for software products contracts which consist of future software updates, upgrades, and enhancements as well as technical product support services, and the provision of updates and upgrades on a when-and-if-available basis. Maintenance represents stand-ready obligations for which revenue is recognized rateably over the term of the arrangement. The revenue from sales of M&S service increased by 4.6% from US$1.43 million for the six months ended June 30, 2021 to US$1.50 million for the six months ended June 30, 2022, primarily due to a slight increase of price per service provided to customers in 2022.

*Cost of revenues*

Our cost of revenues increased by 3.4% from US$3.60 million for the six months ended June 30, 2021 to US$3.72 million for the six months ended June 30, 2022, which was primarily attributable to the increased staff costs, and partially offset by the decreased cloud hosting services fees. Staff costs increased by 99.7% from US$1.21 million for the six months ended June 30, 2021 to US$2.42 million for the six months ended June 30, 2022, primarily due to the fact that we provided more labour investment to support increased sale of cloud platform products and the continuing services provided to maintain the operation of Drawing Platform. Cost of materials increased by 30.9% from US$0.36 million for the six months ended June 30, 2021 to US$0.47 million for the six months ended June 30, 2022, primarily due to software products upgrade demand from customers. Cost of cloud hosting service fees decreased by 68.5% from US$1.83 million for the six months ended June 30, 2021 to US$0.58 million for the six months ended June 30, 2022, primarily due to our improved utilization of the cloud hosting services to reduce idle cost.

*Gross Profit and Gross Profit Margin*

We have different types of products and services with different profit margins. For the six months ended June 30, 2021 and 2022, our gross profit was US$5.28 million and US$9.14 million, respectively, and our gross profit margins were 59.5% and 71.1%, respectively.

Gross profit for sales increased by 73.2%, primarily due to the major contract with CCTEI, which incurred minor cost of revenues and the overall reduction of idle cloud platform server costs. In general, our technology accumulation has reached a milestone and sale of software products and service required less cost for further update and customization, resulting in higher profit margin.

*Selling expenses*

Our selling expenses decreased by 5.1% from US$2.21 million for the six months ended June 30, 2021 to US$2.09 million for the six months ended June 30, 2022. The lock-down of Shanghai from March to May, 2022 led to decreased travel and entertainment expenses incurred by sales and marketing personnel.

*General and administrative expenses*

Our general and administrative expenses decreased by 52.0% from US$3.60 million for the six months ended June 30, 2021 to US$1.73 million for the six months ended June 30, 2022, which was primarily attributable to (i) a decrease in bad debt expenses of US$1.26 million, primarily due to our recognition of bad debt expenses related to receivables from third parties of US$1.38 million for the six months ended June 30, 2021, which wrote off in 2022, (ii) decreased professional services fees of US$0.43 million as we recorded Initial Public Offering related professional service fees into deferred offering costs, and (iii) decreased rental expenses of US$0.25 million, primarily due to one of Hong Kong offices termination of the lease.

*Research and development expenses*

Our research and development expenses increased by 36.3% from US$2.69 million for the six months ended June 30, 2021 to US$3.67 million for the six months ended June 30, 2022. The increase was primarily attributable to increased server hosting fee of US$1.61 million, which driven by increased need of research and development activities for cloud platform products, partially offset by decreased staff costs of US$0.46 million.

*Other income/(loss), net*

Other income primarily consists of: (i) government grants, which primarily include government support for project development; (ii) interest expense of borrowings from banks and third parties; and (iii) investment loss, which represent losses from long-term equity investment.

Table of Contents

The other loss was US$0.33 million for the six months ended June 30, 2021, compared with the other loss was US$1.28 million for the six months ended June 30, 2022. The fluctuation was mainly due to the decrease of the government grants and the increase of interest expenses. We recognized government grants for scientific research in the amount of US$0.42 million and US$ 0.04 million for the six months ended June 30, 2021 and 2022, respectively. Interest expenses increased by 62.6% from US$0.74 million to US$1.20 million for the comparative period, primarily due to increased short-term borrowings and convertible loans.

### Income tax benefits

Income tax benefits were US$0.57 million and US$0.22 million for the six months ended June 30, 2021 and 2022, respectively. The fluctuation was primarily due to the increase in income before income tax.

### Net (loss)/income

As a result of the foregoing, we earned net income of US$0.59 million for the six months ended June 30, 2022, compared with a net loss of US$2.99 million for the six months ended June 30, 2021.

### Comparison of Years Ended December 31, 2020 and 2021

### Net revenues

#### Sale of software products

Our software products sold to customers comprising customized software products for specific needs. The revenue from sales of software products increased by 109.9% from US$11.50 million for the year ended December 31, 2020 to US$24.14 million for the year ended December 31, 2021, primarily due to two major contracts signed in 2021, providing smart graphic review software products amounted to US$11.88 million and technical services amounted to US$1.51 million, respectively.

One of the major contracts was the License Agreement which was described under "Net revenues of Comparison of Six Months Ended June 30, 2021 and 2022" immediately above. Pursuant to the terms of the License Agreement, we agreed to provide China Construction with the Drawing Platform. The Drawing Platform was delivered, installed and commissioned in accordance with the License Agreement in 2021. The revenue recognized for license of the Drawing Platform was US$11.88 million in 2021.

In connection with the License Agreement, China Construction entered into the Support Agreement with us, which was described under "Net revenues of Comparison of Six Months Ended June 30, 2021 and 2022" immediately above. Pursuant to the terms of the Support Agreement, we have agreed to provide technical support and co-operation of the Drawing Platform for a term of three years. During the term of the Support Agreement, China Construction, with the consent of us, may license the use of the Drawing Platform to third parties. In such event, we shall be entitled to receive 30% of the license fee paid to China Construction by any third party. The revenue recognized of technical services for the Drawing Platform was US$1.51 million in 2021.

#### Sale of cloud platform products

Our cloud platform products, which is a newly established revenue stream in 2021, consist of standardized software products uploaded to our cloud platform. The revenue from sales of cloud platform products increased from nil for the year ended December 31, 2020 to US$5.53 million for the year ended December 31, 2021.

#### M&S service

We provide M&S services for software products contracts which consist of future software updates, upgrades, and enhancements as well as technical product support services, and the provision of updates and upgrades on a when-and-if-available basis. The revenue from sales of M&S service increased by 43.1% from US$1.94 million for the year ended December 31, 2020 to US$2.78 million for the year ended December 31, 2021, primarily due to more residence service provided to customers in 2021.

100

Table of Contents

***Cost of revenues***

Our cost of revenues increased by 50.6% from US$7.23 million for the year ended December 31, 2020 to US$10.89 million for the year ended December 31, 2021, which was primarily attributable to the increased cost of US$3.67 million in cloud hosting services fees for the new revenue stream. Staff costs increased by 4.3% from US$5.41 million for the year ended December 31, 2020 to US$5.64 million for the year ended December 31, 2021, primarily due to increased salaries of technical personnel. Cost of materials decreased by 9.7% from US$1.50 million for the year ended December 31, 2020 to US$1.35 million for the year ended December 31, 2021, primarily due to decreased demand of hardware products.

***Gross Profit and Gross Profit Margin***

Gross profit represents our revenue less cost of sales. Our gross profit margin represents our gross profit as a percentage of our revenue. We have different types of products and services that have different profit margins. For the years ended December 31, 2020 and 2021, our gross profit was US$6.63 million and US$21.64 million, respectively, and our gross profit margins were 47.8% and 66.5%, respectively.

Gross profit for sales increased by 226.4%, primarily due to the major contract of smart graphic review software products sales incurred less cost of revenues. For this major contract, our technology accumulation has reached a milestone and the software products required minimal cost to update or customize, resulting in high profit margin.

***Selling expenses***

Our selling expenses increased by 1.2% from US$4.57 million for the year ended December 31, 2020 to US$4.62 million for the year ended December 31, 2021, which remained relatively stable. We have accumulated customer resources for years and signed several major contracts in 2021.

***General and administrative expenses***

Our general and administrative expenses increased by 16.9% from US$5.69 million for the year ended December 31, 2020 to US$6.66 million for the year ended December 31, 2021, which was primarily attributable to (i) an increase in bad debt expenses related to receivables from third parties of US$1.38 million, which lent to former business partners of us prior to fiscal year of 2019, and (ii) increased professional services fees of US$0.53 million, partially offset by (i) decreased bad debt expenses related to customer receivables of US$0.49 million due to amount received from customers, (ii) decreased rental expenses of US$0.36 million, and (iii) decreased staff salaries and benefits of US$0.16 million in 2021.

***Research and development expenses***

Our research and development expenses increased by 26.6% from US$4.24 million for the year ended December 31, 2020 to US$5.36 million for the year ended December 31, 2021, which was primarily attributable to the increase of salaries for research staff of US$0.69 million and professional service fee of US$0.31 million.

***Other income/(loss), net***

Other income primarily consists of: (i) government grants, which primarily include government support for project development; (ii) interest expense of borrowings from banks and third parties; (iii) investment gain/(loss), which represent gain or losses from long-term equity investment; and (iv) non-operating expenses, which primarily includes the loss of disposal of non-current assets.

The other income was US$0.58 million for the year ended December 31, 2020, compared with the other loss was US$1.08 million for the year ended December 31, 2021. The fluctuation was mainly due to the decrease of the government grants and the increase of interest expenses. We recognized government subsidies for scientific research in the amount of US$1.70 million and US$0.85 million for the years ended December 31, 2020 and 2021, respectively. In addition, we recognized interest expenses of US$1.03 million and US$1.87 million for the years ended December 31, 2020 and 2021, respectively.

Table of Contents

*Income tax benefits/(expenses)*

Income tax expense was US$0.43 million in 2021, compared with income tax benefit was US$0.24 million in 2020. The fluctuation was primarily due to the increase in income.

*Net income*

As a result of the foregoing, we earned net income of US$3.37 million in 2021, compared with a net loss of US$7.06 million in 2020.

**B.    Liquidity and Capital Resources**

As of December 31, 2021 and June 30, 2022, we had US$1.31 million and US$1.52 million in cash and cash equivalents, respectively. Our cash and cash equivalents primarily consist of cash on hand and time deposits. As of June 30, 2022, the VIE had total expected cash payment of US$6.08 million of convertible loans, including principal and interests. The VIE intends to settle the remaining balance of the convertible loans by cash through cash flow from operations, bank borrowings and other financing sources including financial support from related parties. In August 2022, the VIE repaid principal and interest on a convertible loan in the amount of US$1.51 million, leaving the unpaid balance of the convertible loans of US$4.57 million. The VIE is in active negotiation with holders to extend maturity date and intends to pay the remaining balance of the convertible loans in full by December 2023.

We may decide to enhance our liquidity position or increase our cash reserve for future operations and investments through additional financing. The issuance and sale of additional equity would result in further dilution to our shareholders. The occurrence of indebtedness would result in increasing fixed obligations and could result in operating covenants that would restrict our operations. We cannot assure you that financing will be available in amounts or on terms acceptable to us, if at all.

For the six months ended June 30, 2021 and 2022, we incurred negative operating flows of $7.6 million and $6.8 million, respectively. As of June 30, 2022, we had an accumulated deficit of $72.0 million. We concluded that there is substantial doubt about our ability to continue as a going concern for a period of one year from the date that these unaudited interim consolidated financial statements are issued.

To meet the cash requirements for the next 12 months from the issuance date of this report, we are undertaking a combination of below remediation plans:

(a)    We are in the progress of negotiation of liabilities extension including borrowings, convertible loans and loans from third parties.

(b)    We are working to secure new bank financing and will use commercially reasonable best efforts to raise additional funds to support daily operations.

(c)    We are focusing on the improvement of operation efficiency, implementation of strict cost control and budget and enhancement of internal controls to create a synergy of resources.

The management plan cannot alleviate the substantial doubt of our ability to continue as a going concern. There can be no assurance that we will be successful in achieving strategic plans, that our future capital raises will be sufficient to support its ongoing operations, or that any additional financing will be available in a timely manner or on acceptable terms, if at all. If we are unable to raise sufficient financing or events or circumstances occur such that we do not successful execute strategic plans, we will be required to reduce certain discretionary spending, alter or scale back vehicle development programs, or be unable to fund capital expenditures, which would have a material adverse effect on our financial position, results of operations, cash flows, and ability to achieve intended business objectives.

Xiao-I is a holding company with no operations of its own. Xiao-I conducts its operations in China primarily through the PRC operating entities in China. As a result, although other means are available for us to obtain financing at the holding company level, Xiao-I's ability to pay dividends and other distributions to its shareholders and to service any debt it may incur may depend upon dividends and other distributions paid by Xiao-I's PRC subsidiaries, which relies on dividends and other distributions paid by the PRC operating entities pursuant to the VIE Agreements. If any of these entities incurs debt on its own in the future, the instruments governing such debt may restrict its ability to pay dividends and other distributions to Xiao-I.

Table of Contents

In addition, dividends and distributions from WFOE and the VIE are subject to regulations and restrictions on dividends and payment to parties outside of China. Applicable PRC law permits payment of dividends to Xiao-I by WFOE only out of net income, if any, determined in accordance with PRC accounting standards and regulations. A PRC company is not permitted to distribute any profits until any losses from prior fiscal years have been offset by general reserve fund and profits (if general reserve fund is not enough). Profits retained from prior fiscal years may be distributed together with distributable profits from the current fiscal year. In addition, registered share capital and capital reserve accounts are also restricted from withdrawal in the PRC, up to the amount of net assets held in each operating subsidiary. In contrast, there is presently no foreign exchange control or restrictions on capital flows into and out of Hong Kong. Hence, Xiao-I's Hong Kong subsidiary is able to transfer cash without any limitation to the Cayman Islands under normal circumstances.

Further, the PRC government also imposes controls on the conversion of RMB into foreign currencies and the remittance of currencies out of the PRC. Xiao-I's WFOE generates primarily all of its revenue in Renminbi, which is not freely convertible into other currencies. As a result, any restriction on currency exchange may limit the ability of Xiao-I's WFOE to use its Renminbi revenues to pay dividends to Xiao-I. The PRC government may continue to strengthen its capital controls, and more restrictions and substantial vetting process may be put forward by State Administration of Foreign Exchange (the "SAFE") for cross-border transactions falling under both the current account and the capital account. Any limitation on the ability of Xiao-I's WFOE to pay dividends or make other kinds of payments to Xiao-I could materially and adversely limit its ability to grow, make investments or acquisitions that could be beneficial to our business, pay dividends, or otherwise fund and conduct our business.

Additionally, the transfer of funds among the PRC operating entities are subject to the Provisions on Private Lending Cases, which was implemented on January 1, 2021 to regulate the financing activities between natural persons, legal persons and unincorporated organizations. As advised by Xiao-I's PRC counsel, Jingtian & Gongcheng, the Provisions on Private Lending Cases does not prohibit using cash generated from one PRC operating entity to fund another affiliated PRC operating entity's operations. Xiao-I or the PRC operating entities have not been notified of any other restriction which could limit the PRC operating entities' ability to transfer cash among each other. In the future, cash proceeds from overseas financing activities, including this offering, may be transferred by Xiao-I to AI Plus, and then transferred to Xiao-i Technology, and then transferred to WFOE via capital contribution or shareholder loans, as the case may be. Cash proceeds may flow to Shanghai Xiao-i from WFOE pursuant to certain contractual arrangements between WFOE and Shanghai Xiao-i a s permitted by the applicable PRC regulations. As a result of these PRC laws and regulations, the PRC operating entities are restricted in their ability to transfer a portion of their net assets to the Company.

As of December 31, 2020, 2021 and June 30, 2022, US$697,798, US$1,254,528 and US$1,472,555 of cash, cash equivalents and restricted cash were denominated in RMB, US$96,164, US$15,170 and US$5,003 of cash and cash equivalents were denominated in US dollars, US$33,067, US$42,148 and US$46,472 of cash and cash equivalents were denominated in Hong Kong dollars, respectively.

**Cash Flows**

The following table sets forth a summary of our cash flows for the periods indicated:

| | For the Years Ended December 31, | | Change | | For the Six Months Ended June 30, | | Change | |
|---|---|---|---|---|---|---|---|---|
| | 2020 | 2021 | Amount | % | 2021 | 2022 | Amount | % |
| | | | | | (Unaudited) | (Unaudited) | | |
| Net cash used in operating activities | $(3,463,094) | $(11,887,122) | $(8,424,028) | 243.3% | $(7,649,508) | $(6,826,343) | $ 823,165 | (10.8)% |
| Net cash (used in)/provided by investing activities | (25,825) | 77,259 | 103,084 | (399.2)% | 92,988 | (2,853,097) | (2,946,085) | (3,168.2)% |
| Net cash provided by financing activities | 1,792,682 | 12,192,952 | 10,400,270 | 580.2% | 8,020,758 | 9,940,813 | 1,920,055 | 23.9% |
| Effects of exchange rate changes on cash and cash equivalents and restricted cash | (797,954) | 101,728 | 899,682 | (112.7)% | (97,414) | (49,189) | 48,225 | (49.5)% |
| Net (decrease)/increase in cash, cash equivalents and restricted cash | (2,494,191) | 484,817 | 2,979,008 | (119.4)% | 366,824 | 212,184 | (154,640) | (42.2)% |
| Cash, cash equivalents and restricted cash at the beginning of the year | 3,321,220 | 827,029 | (2,494,191) | (75.1)% | 827,029 | 1,311,846 | 484,817 | 58.6% |
| Cash, cash equivalents and restricted cash at the end of the year | $ 827,029 | $ 1,311,846 | $ 484,817 | 58.6% | $ 1,193,853 | $ 1,524,030 | $ 427,591 | 39.0% |

103

Table of Contents

offshore entities and individuals; (ii) where a CIIO or a data processor which processes personal information of more than one million individuals provides personal information to offshore entities and individuals; (iii) where a data processor has provided personal information in the aggregate of more than 100,000 individuals or sensitive personal information of more than 10,000 individuals in total to offshore entities and individuals since January 1 of the previous year; or (iv) other circumstances prescribed by the CAC for which declaration for security assessment for cross-board transfer of data is required.

**Regulations Relating to Privacy Protection**

On December 28, 2012, the SCNPC promulgated the Decision of the SCNPC on Strengthening Online Information Protection with immediate effect. The Decision provides that, among others, internet service providers shall abide by the principles of legality, legitimacy and necessity, clearly state the purpose, method and scope of the collection and use of information, obtain the consent of the person whose information is being collected when collecting and using a citizen's personal information during business activities, and shall not violate the provisions of laws and regulations or the agreement between the parties when collecting and using information.

On August 22, 2019, the CAC issued the Regulation on Cyber Protection of Children's Personal Information, effective on October 1, 2019. Network operators are required to establish special policies and user agreements to protect children's personal information, and to appoint special personnel in charge of protecting children's personal information. Network operators who collect, use, transfer or disclose personal information of children are required to, in a prominent and clear way, notify and obtain consent from the children's guardians.

Pursuant to the Ninth Amendment to the PRC Criminal Law, issued by the SCNPC on August 29, 2015, and became effective on November 1, 2015, any internet service provider that fails to fulfill its obligations related to internet information security administration as required under applicable laws and refuses to rectify upon orders shall be subject to criminal penalty. In addition, Interpretations of the Supreme People's Court and the Supreme People's Procuratorate on Several Issues Concerning the Application of Law in the Handling of Criminal Cases Involving Infringement of Personal Information, issued on May 8, 2017, and effective as of June 1, 2017, clarified certain standards for the conviction and sentencing of the criminals in relation to personal information infringement. In addition, on May 28, 2020, the NPC adopted the PRC Civil Code, which came into effect on January 1, 2021. Pursuant to the PRC Civil Code, the personal information of a natural person shall be protected by the law. Any organization or individual shall legally obtain such personal information of others when necessary and ensure the safety of such information, and shall not illegally collect, use, process or transmit personal information of others, or illegally purchase or sell, provide or make public personal information of others.

On June 1, 2021, the Law of the PRC on the Protection of Minors (Revised in 2020), promulgated by the SCNPC, came into effect, which specifies stringent requirements for the protection of minors' information. On August 20, 2021, the SCNPC promulgated the PRC Personal Information Protection Law, who took effect on November 1, 2021. The PRC Personal Information Protection Law specifically specifies the rules for handling sensitive personal information, i.e., personal information that, once leaked or illegally used, may easily cause harm to the dignity of natural persons or grave harm to personal or property security, including information on biometric characteristics, financial accounts, individual location tracking, etc., as well as the personal information of minors under the age of 14. Personal information handlers shall bear responsibility for their personal information handling activities and adopt the necessary measures to safeguard the security of the personal information they handle. Otherwise, the personal information handlers will be ordered to correct or suspend or terminate the provision of services, confiscation of illegal income, fines or other penalties.

**Regulations in Relation to Foreign Exchange**

***Foreign Exchange***

The principal regulation governing foreign exchange in the PRC are the Foreign Exchange Administration Rules of the PRC which were issued by the State Council of the PRC on January 29, 1996, became effective on April 1, 1996 with the latest amendment on August 5, 2008. Under these rules, the current account incomes of foreign exchanges can be retained or sold to financial authorities which manage exchange settlement and sale and purchase of foreign exchange.

However, approval from the State Administration for Foreign Exchange of the PRC (the "SAFE") is required for the relevant capital account transactions of the foreign invested enterprises, such as the capital increase and decrease.

Table of Contents

Foreign invested enterprises may purchase foreign exchange without the approval of SAFE for trade and service related foreign exchange transactions by providing documents evidencing such transactions. In addition, foreign exchange transactions involving direct investment, loans and investment in securities outside the PRC are subject to limitations and require approvals from SAFE.

***Regulation on Foreign Exchange Registration of Overseas Investment by PRC Residents***

On July 4, 2014, the SAFE promulgated the Circular on Relevant Issues Concerning Foreign Exchange Administration of Overseas Investment and Financing and Return Investments Conducted by Domestic Residents Through Overseas Special Purpose Vehicles (the "SAFE Circular 37"), according to which, (i) "SPVs" is defined as "offshore enterprise directly established or indirectly controlled by domestic residents (including domestic institutions and individual residents) with their legally owned assets or equity of domestic enterprises, or legally owned offshore assets or equity, for the purpose of offshore investment and financing"; (ii) a domestic resident must register with the SAFE before he or she contributes assets or equity interests to SPVs; (iii) following the initial registration, any major changes such as change in the overseas SPV's domestic resident shareholders, names of the overseas SPVs and terms of operation or any increase or reduction of the overseas SPV, registered capital, share transfer or swap, merger or division, or similar development, shall be reported to the SAFE for registration in time, and failing to comply with the registration procedures as set out in SAFE Circular 37 may result in penalties.

On February 13, 2015, the SAFE promulgated the Notice of the State Administration of Taxation on Further Simplifying and Improving the Foreign Exchange Management Policies for Direct Investment (the "Circular 13"), according to which, the banks will, in accordance with the Notice of State Administration of Foreign Exchange on Further Improvements and Adjustments to Foreign Exchange Control Policies for Direct Investments, review and carry out foreign exchange registration under domestic direct investment as well as foreign exchange registration under overseas direct investment (collectively known as direct investment foreign exchange registration) directly, and the SAFE and its branches shall implement indirect supervision over foreign exchange registration of direct investment via the banks.

**Regulations Relating to Dividend Distribution**

The principal laws and regulations regulating the dividend distribution of dividends by foreign-invested enterprises in China include the PRC Company Law and the FIL. Under the current regulatory regime in the PRC, foreign-invested enterprises in China may pay dividends only out of their accumulated profit, if any, determined in accordance with PRC accounting standards and regulations. A PRC company is required to set aside as general reserves at least 10% of its after-tax profit, until the cumulative amount of such reserves reaches 50% of its registered capital. A PRC company shall not distribute any profits until any losses from prior fiscal years have been offset.

**M&A Rules and Overseas Listing**

In light of the Provisions on the Merger and Acquisition of Domestic Enterprises by Foreign Investors (the "M&A Rules") jointly adopted by MOFCOM, the SAFE and other four ministries on August 8, 2006, became effective on September 8, 2006 and amended on June 22, 2009, "mergers and acquisitions of domestic enterprises by foreign investors" refers to:

(i)   a foreign investor converts a non-foreign invested enterprise (domestic company) to a foreign invested enterprise by purchasing the equity interest from the shareholder of such domestic company or the increased capital of the domestic company; this is defined as "equity merger and acquisition"; or

(ii)  a foreign investor establishes a foreign invested enterprise to purchase the assets from a domestic enterprise by agreement and operates the assets therefrom; or

(iii) a foreign investor purchases the assets from a domestic enterprise by agreement and uses these assets to establish a foreign invested enterprise for the purpose of operating such assets; this is defined as "assets merger and acquisition".

On December 24, 2021, the CSRC released the Provisions of the State Council on the Administration of Overseas Securities Offering and Listing by Domestic Companies (Draft for Comments), which require that, among other things, domestic companies that seek to offer or list securities overseas, both directly and indirectly, should fulfill the filing procedure and report relevant information with the CSRC. If a domestic company fails to complete the filing procedure or conceals any material fact or falsifies any major content in its filing documents, such domestic company

140

Table of Contents

**TAXATION**

**In the following discussion of taxation, "we," "us" or "our" refer to Xiao-I.**

The following summary of material Cayman Islands, PRC and U.S. federal income tax consequences of an investment in ADSs or Ordinary Shares is based upon laws and relevant interpretations thereof in effect as of the date of this prospectus, all of which are subject to change. This summary does not deal with all possible tax consequences relating to an investment in ADSs or Ordinary Shares, such as the tax consequences under state, local and other tax laws.

**Cayman Islands Taxation**

The Cayman Islands currently levies no taxes on individuals or corporations based upon profits, income, gains or appreciation and there is no taxation in the nature of inheritance tax or estate duty. There are no other taxes likely to be material to investors levied by the government of the Cayman Islands except for stamp duties which may be applicable on instruments executed in, or, after execution, brought within the jurisdiction of the Cayman Islands. The Cayman Islands is a party to a double tax treaty entered with the United Kingdom in 2010 but is otherwise is not party to any double tax treaties which are applicable to any payments made to or by our company. There are no exchange control regulations or currency restrictions in the Cayman Islands.

Payments of dividends and capital in respect of Ordinary Shares (including Ordinary Shares represented by the ADSs) will not be subject to taxation in the Cayman Islands and no withholding will be required under Cayman Islands laws on the payment of a dividend or capital to any holder of Ordinary Shares (including Ordinary Shares represented by the ADSs), nor will gains derived from the disposal of ADSs or Ordinary Shares be subject to Cayman Islands income or corporation tax.

No stamp duty is payable in the Cayman Islands in respect of the issue of our ADSs or Ordinary Shares or on an instrument of transfer in respect of our ADSs or Ordinary Shares except those which hold interests in land in the Cayman Islands.

**People's Republic of China Taxation**

Under the PRC EIT Law and its implementation rules, an enterprise established outside the PRC with a "de facto management body" within the PRC is considered a resident enterprise and will be subject to the enterprise income tax at the rate of 25% on its global income. The implementation rules define the term "de facto management body" as the body that exercises full and substantial control over and overall management of the business, production, personnel, accounts and properties of an enterprise. In April 2009, the SAT issued the Circular of the SAT on Issues Relating to Identification of PRC-Controlled Overseas Registered Enterprises as Resident Enterprises in Accordance with the De Facto Standards of Organizational Management (the "SAT Circular 82"), which provides certain specific criteria for determining whether the "de facto management body" of a PRC-controlled enterprise that is incorporated offshore is located in China. Although this circular only applies to offshore enterprises controlled by PRC enterprises or PRC enterprise groups, not those controlled by PRC individuals or foreigners, the criteria set forth in the circular may reflect the SAT's general position on how the "de facto management body" test should be applied in determining the tax resident status of all offshore enterprises. According to SAT Circular 82, an offshore incorporated enterprise controlled by a PRC enterprise or a PRC enterprise group will be regarded as a PRC tax resident by virtue of having its "de facto management body" in the PRC only if all of the following conditions are met: (i) the primary location of the day-to-day operational management is in the PRC; (ii) decisions relating to the enterprise's financial and human resource matters are made or are subject to approval by organizations or personnel in the PRC; (iii) the enterprise's primary assets, accounting books and records, company seals, and board and shareholder resolutions, are located or maintained in the PRC; and (iv) at least 50% of voting board members or senior executives habitually reside in the PRC.

Further to SAT Circular 82, the SAT issued Announcement of the State Administration of Taxation on Printing and Distributing the Administrative Measures for Income Tax on Chinese-controlled Resident Enterprises Incorporated Overseas (Trial Implementation) (the "SAT Bulletin 45"), which took effect in September 2011, to provide more guidance on the implementation of SAT Circular 82. SAT Bulletin 45 provides for procedures and administration details of determination on resident status and administration on post-determination matters. Our company is a company incorporated outside the PRC. As a holding company, its key assets are its ownership interests in its subsidiaries, and its key assets are located, and its records (including the resolutions of its board of directors and the resolutions of its shareholders) are maintained, outside the PRC. For the same reasons, we believe our other entities outside of China

182

Table of Contents

are not PRC resident enterprises either. As such, we do not believe that our company meets all of the conditions above or is a PRC resident enterprise for PRC tax purposes. However, the tax resident status of an enterprise is subject to determination by the PRC tax authorities and uncertainties remain with respect to the interpretation of the term "de facto management body." There can be no assurance that the PRC government will ultimately take a view that is consistent with us. If the PRC tax authorities determine that our Cayman Islands holding company is a PRC resident enterprise for PRC enterprise income tax purposes, a number of unfavorable PRC tax consequences could follow. For example, Xiao-I Corporation may be subject to enterprise income tax at a rate of 25% with respect to its worldwide taxable income. Also, a 10% withholding tax would be imposed on dividends we pay to our non-PRC enterprise shareholders (including our ADS holders) and with respect to gains derived by our non-PRC enterprise shareholders (including our ADS holders) from transferring our Ordinary Shares or ADSs and potentially a 20% of withholding tax would be imposed on dividends we pay to our non-PRC individual shareholders (including our ADS holders) and with respect to gains derived by our non-PRC individual shareholders (including our ADS holders) from transferring our Ordinary Shares or ADSs. See "Risk Factors — Risks Relating to Doing Business in China — Under the PRC Enterprise Income Tax Law, we may be classified as a PRC "resident enterprise," which could result in unfavorable tax consequences to us and our shareholders or ADS holders and have a material adverse effect on our results of operations and the value of your investment" on page 65 of this prospectus.

The SAT and the Ministry of Finance issued the Notice of Ministry of Finance and State Administration of Taxation on Several Issues relating to Treatment of Corporate Income Tax Pertaining to Restructured Business Operations of Enterprises (the "SAT Circular 59") in April 2009, which took effect on January 1, 2008. On October 17, 2017, the SAT issued the Announcement of the State Administration of Taxation on Issues Relating to Withholding at Source of Income Tax of Non-resident Enterprises, which took effect on December 1, 2017 and was amended on June 15, 2018 (the "SAT Circular 37"). By promulgating and implementing the SAT Circular 59 and the SAT Circular 37, the PRC tax authorities have enhanced their scrutiny over the direct or indirect transfer of equity interests in a PRC resident enterprise by a non-PRC resident enterprise.

Pursuant to the Arrangement between the Mainland China and the Hong Kong Special Administrative Region for the Avoidance of Double Taxation and Tax Evasion on Income, or the Tax Arrangement, where a Hong Kong resident enterprise which is considered a non-PRC tax resident enterprise directly holds at least 25% of a PRC enterprise, the withholding tax rate in respect of the payment of dividends by such PRC enterprise to such Hong Kong resident enterprise is reduced to 5% from a standard rate of 10%, subject to approval of the PRC local tax authority.

Pursuant to the Circular of the State Administration of Taxation on the Issues concerning the Application of the Dividend Clauses of Tax Agreements ("Circular 81"), a resident enterprise of the counter-party to such Tax Arrangement should meet all of the following conditions, among others, in order to enjoy the reduced withholding tax under the Tax Arrangement: (i) it must take the form of a company; (ii) it must directly own the required percentage of equity interests and voting rights in such PRC resident enterprise; and (iii) it should directly own such percentage of capital in the PRC resident enterprise anytime in the 12 consecutive months prior to receiving the dividends. Furthermore, the Administrative Measures for Non-Resident Enterprises to Enjoy Treatments under Tax Treaties, or the Administrative Measures, which took effect in November 2015, requires that the non-resident taxpayer shall determine whether it may enjoy the treatments under relevant tax treaties and file the tax return or withholding declaration subject to further monitoring and oversight by the tax authorities. Accordingly, Xiao-I Corporation may be able to enjoy the 5% withholding tax rate for the dividends it receives from WFOE, if it satisfies the conditions prescribed under Circular 81 and other relevant tax rules and regulations. However, according to Circular 81, if the relevant tax authorities consider the transactions or arrangements we have are for the primary purpose of enjoying a favorable tax treatment, the relevant tax authorities may adjust the favorable withholding tax in the future.

Notwithstanding the foregoing, Shanghai Xiao-I and Guizhou Xiao-I enjoy preferential income tax rate of 15% until 2022 and 2024, respectively, due to their treatment as "National High-Tech Enterprises" in China.

**United States Federal Income Taxation Considerations**

The following is a summary of certain United States federal income tax considerations generally applicable to the ownership and disposition of our ADSs or Ordinary Shares by a U.S. holder (as defined below) that acquires our ADSs in this offering and holds our ADSs or Ordinary Shares as "capital assets" (generally, property held for investment).

Table of Contents

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE (LOSS)/INCOME**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | For the years ended December 31, | |
| --- | --- | --- |
| | 2020 Restated (Note 18) | 2021 Restated (Note 18) |
| Net revenues | $ 13,856,734 | $ 32,524,013 |
| Cost of revenues | (7,228,046) | (10,885,731) |
| **Gross profit** | **6,628,688** | **21,638,282** |
| | | |
| Operating expenses: | | |
| Selling expenses | (4,566,760) | (4,620,113) |
| General and administrative expenses | (5,694,785) | (6,657,251) |
| Research and development expenses | (4,236,723) | (5,363,909) |
| **Total operating expenses** | **(14,498,268)** | **(16,641,273)** |
| | | |
| **(Loss)/income from operations** | **(7,869,580)** | **4,997,009** |
| | | |
| Other income/(loss): | | |
| Investment losses | (207,497) | (156,630) |
| Interest expenses | (1,026,636) | (1,866,831) |
| Foreign currency exchange gain | 41,592 | 11,252 |
| Other income and expense, net | 1,770,225 | 932,557 |
| **Total other income/(loss)** | **577,684** | **(1,079,652)** |
| | | |
| (Loss)/income before income tax expense | (7,291,896) | 3,917,357 |
| Income tax benefits/(expenses) | 235,854 | (552,355) |
| **Net (loss)/income** | **$ (7,056,042)** | **$ 3,365,002** |
| Net loss attributable to non-controlling interests | (247,677) | (312,811) |
| Net (loss)/income attributable to XIAO-I CORPORATION shareholders | (6,808,365) | 3,677,813 |
| **Other comprehensive loss** | | |
| Foreign currency translation change, net of nil income taxes | (357,695) | (117,291) |
| Total other comprehensive loss | (357,695) | (117,291) |
| **Total comprehensive (loss)/income** | **$ (7,413,737)** | **$ 3,247,711** |
| Total comprehensive loss attributable to non-controlling interests | (386,914) | (370,503) |
| Total comprehensive (loss)/income attributable to XIAO-I CORPORATION shareholders | (7,026,823) | 3,618,214 |
| **(Loss)/earnings per ordinary share attributable to XIAO-I CORPORATION shareholders** | | |
| Basic* | (0.31) | 0.17 |
| Diluted | (0.31) | 0.16 |
| **Weighted average number of ordinary shares outstanding** | | |
| Basic* | 22,115,592 | 22,115,592 |
| Diluted | 22,115,592 | 22,362,552 |

_____

\* The shares and per share information are presented on a retroactive basis to reflect the reorganization completed on March 29, 2019.

The accompanying notes are an integral part of these consolidated financial statements.

Table of Contents

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | Ordinary shares* | | Additional paid-in capital | Statutory reserve | Accumulated deficit | Accumulated other comprehensive loss | Total shareholder's equity/(deficit) | Non-controlling interests | Total equity/(deficit) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Share | Amount | | | | | | | |
| **Balance as of December 31, 2019** | **22,115,592** | **$ 1,106** | **$75,621,294** | **$ 237,486** | **$(69,454,069)** | **$ (3,186,366)** | **$ 3,219,451** | **$(2,436,086)** | **$ 783,365** |
| Net loss | — | — | — | — | (6,808,365) | — | (6,808,365) | (247,677) | (7,056,042) |
| Foreign currency translation adjustment | — | — | — | — | — | (218,458) | (218,458) | (139,237) | (357,695) |
| **Balance as of December 31, 2020, as adjusted** | **22,115,592** | **1,106** | **75,621,294** | **237,486** | **(76,262,434)** | **(3,404,824)** | **(3,807,372)** | **(2,823,000)** | **(6,630,372)** |
| Net income/(loss) | — | — | — | — | 3,677,813 | — | 3,677,813 | (312,811) | 3,365,002 |
| Foreign currency translation adjustment | — | — | — | — | — | (59,599) | (59,599) | (57,692) | (117,291) |
| **Balance as of December 31, 2021, as adjusted** | **22,115,592** | **$ 1,106** | **$75,621,294** | **$ 237,486** | **$(72,584,621)** | **$ (3,464,423)** | **$ (189,158)** | **$(3,193,503)** | **$ (3,382,661)** |

———————

\*    The shares and per share information are presented on a retroactive basis to reflect the reorganization completed on March 29, 2019.

The accompanying notes are an integral part of these consolidated financial statements.

F-6

Table of Contents

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | For the years ended December 31, | |
|---|---|---|
| | 2020 | 2021 |
| | Restated (Note 18) | Restated (Note 18) |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net (loss)/income | $ (7,056,042) | $ 3,365,002 |
| Adjustments to reconcile net (loss)/income to net cash used in operating activities: | | |
| Allowance for accounts receivable | 758,019 | 270,649 |
| Allowance for prepaid expenses and other current assets | — | 1,380,331 |
| Depreciation and amortization | 168,795 | 173,055 |
| Gain from the disposal of property and equipment | (33,256) | (31,409) |
| Gain from the disposal of intangible assets | — | (22,636) |
| Loss from equity investment | 207,497 | 156,630 |
| Deferred tax (benefits)/expenses | (235,854) | 534,668 |
| Right-of-use assets amortization | 1,380,588 | 1,087,035 |
| | | |
| Changes in assets and liabilities | | |
| Accounts receivable | (701,260) | (23,393,437) |
| Inventories | 256,507 | (495,398) |
| Contract costs | 313,541 | (607,850) |
| Prepaid expenses and other current assets | 957,035 | (11,120) |
| Amount due from related parties | (4,332) | (368,847) |
| Accounts payable | (614,200) | 3,394,069 |
| Deferred revenue | (10,785) | 1,038,149 |
| Accrued expenses and other current liabilities | 1,019,524 | 2,693,914 |
| Amount due to related parties | 208,249 | (56,030) |
| Income tax payable | (16,399) | 17,904 |
| Lease payment liabilities | (1,312,365) | (1,071,775) |
| Prepaid expenses and other, non-current assets | (3,786,999) | 61,130 |
| Accrued liabilities, non-current | 5,038,643 | (1,156) |
| Net cash used in operating activities | **(3,463,094)** | **(11,887,122)** |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Purchase of property and equipment | (19,932) | (18,853) |
| Proceeds from disposal of property and equipment | 15,256 | 96,112 |
| Purchase of intangible assets | (21,149) | — |
| Net cash (used in)/provided by investing activities | **(25,825)** | **77,259** |

F-7

Table of Contents

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS — (Continued)**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | For the years ended December 31, | |
| --- | --- | --- |
| | **2020** | **2021** |
| | **Restated (Note 18)** | **Restated (Note 18)** |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Proceeds from short-term borrowings | 10,392,225 | 11,393,910 |
| Repayments of short-term borrowings | (11,005,324) | (16,470,788) |
| Proceeds from interests-free borrowings from related parties | 1,448 | 16,764,954 |
| Repayments of interests-free borrowings from related parties | — | (6,893,702) |
| Proceeds from borrowings from third-parties | 2,911,271 | 15,115,236 |
| Repayments of borrowings from third-parties | (506,938) | (7,716,658) |
| Net cash provided by financing activities | **1,792,682** | **12,192,952** |
| | | |
| Effect of exchange rate changes | (797,954) | 101,728 |
| | | |
| Net change in cash, cash equivalents and restricted cash | (2,494,191) | 484,817 |
| Cash, cash equivalents and restricted cash, at beginning of year | 3,321,220 | 827,029 |
| Cash, cash equivalents and restricted cash, at end of year | $ 827,029 | $ 1,311,846 |
| | | |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION:** | | |
| Interest paid | $ 747,529 | $ 121,666 |
| Income taxes paid/(refund) | 52,381 | (36,279) |
| **SUPPLEMENTAL DISCLOSURE OF NON-CASH FINANCING ACTIVITIES:** | | |
| Recognition of Right-of-use and Lease payment liability | $ 3,630,939 | $ — |

The accompanying notes are an integral part of these consolidated financial statements.

F-8

Table of Contents

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

*(h)*   *Contract costs*

Contract costs represented the costs directly related to a contract with a customer including labor costs and direct materials used in fulfilling the contract and other allocations of costs that relate directly to the contract or to contract activities. The contract costs are determined principally by the specific identification method, and recognize as cost of revenues on a systematic basis that is consistent with the transfer to the customer of the related services.

*(i)*   *Inventories, net*

Inventories, primarily consisting of robot, displayer, server and software, are stated at the lower of cost or net realizable value, with net realized value represented by estimated selling prices in the ordinary course of business, less reasonably predictable costs of disposal and transportation. Cost of inventory is determined using the specific identification method. Adjustments are recorded to write down the cost of inventory to the estimated net realizable value due to slow-moving merchandise and damaged products, which is dependent upon factors such as historical and forecasted consumer demand. There was no inventory write-down for the year ended December 31, 2020 and 2021.

*(j)*   *Property and equipment, net*

Property and equipment are stated at cost less accumulated depreciation and impairment, if any, and depreciated on a straight-line basis over the estimated useful lives of the assets. Cost represents the purchase price of the asset and other costs incurred to bring the asset into its intended use. Estimated useful lives are as follows:

| Category | Estimated useful lives |
|---|---|
| Electronic equipment | 5 years |
| Office equipment | 5 years |
| Leasehold improvement | Shorter of the lease term or the estimated useful life of the assets |

Repair and maintenance costs are charged to expenses as incurred, whereas the cost of renewals and betterment that extends the useful lives of property and equipment are capitalized as additions to the related assets. Retirements, sales and disposals of assets are recorded by removing the costs, accumulated depreciation and impairment with any resulting gain or loss recognized in the consolidated statements of (loss)/income.

*(k)*   *Intangible assets, net*

Intangible assets are carried at cost less accumulated amortization and any recorded impairment. Intangible assets are amortized using the straight-line approach over the estimated economic useful lives of the assets as follows:

| Category | Estimated useful lives |
|---|---|
| Software | 5 – 20 years |

*(l)*   *Impairment of long-lived assets*

The Group reviews its long-lived assets for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may no longer be recoverable. When these events occur, the Group measures impairment by comparing the carrying value of the long-lived assets to the estimated undiscounted future cash flows expected to result from the use of the assets and their eventual disposition. If the sum of the expected undiscounted cash flow is less than the carrying amount of the assets, the Group would recognize an impairment loss, which is the excess of carrying amount over the fair value of the assets, using the expected future discounted cash flows. There was no impairment of long-lived assets for the years ended December 31, 2020 and 2021.

F-16

Table of Contents

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

2.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

*(m)  Long-term investments*

For an investee over which the Group holds less than 20% voting interest and has no ability to exercise significant influence, the investments are accounted for under the cost method.

For an investee over which the Group has the ability to exercise significant influence, but does not own a majority equity interest or otherwise control, the Group accounted for those using the equity method. Significant influence is generally considered to exist when the Group has an ownership interest in the voting stock of the investee between 20% and 50%. Other factors, such as representation on the investee's board of directors, voting rights and the impact of commercial arrangements, are also considered in determining whether the equity method of accounting is appropriate. Under the equity method of accounting, the Group's share of the investee's results of operations is reported as share of losses of equity method investments in the consolidated statements of comprehensive loss.

The process of assessing and determining whether impairment on an investment is other than temporary requires a significant amount of judgment. To determine whether an impairment is other than temporary, management considers whether it has the ability and intent to hold the investment until recovery and whether evidence indicating the carrying value of the investment is recoverable outweighs evidence to the contrary. Evidence considered in this assessment includes the reasons for the impairment, the severity and duration of the decline in value, any change in value subsequent to the period end, and forecasted performance of the investee. As of December 31, 2020 and 2021, management believes no impairment charge is necessary.

*(n)  Fair value measurement*

Accounting guidance defines fair value as the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. When determining the fair value measurements for assets and liabilities required or permitted to be recorded at fair value, the Group considers the principal or most advantageous market in which it would transact and it considers assumptions that market participants would use when pricing the asset or liability.

Accounting guidance establishes a fair value hierarchy that requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. A financial instrument's categorization within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement. The three levels of inputs are:

(a)    Level 1 — Observable inputs that reflect quoted prices (unadjusted) for identical assets or liabilities in active markets.

(b)    Level 2 — Include other inputs that are directly or indirectly observable in the marketplace.

(c)    Level 3 — Unobservable inputs which are supported by little or no market activity.

Accounting guidance also describes three main approaches to measuring the fair value of assets and liabilities: (1) market approach; (2) income approach and (3) cost approach. The market approach uses prices and other relevant information generated from market transactions involving identical or comparable assets or liabilities. The income approach uses valuation techniques to convert future amounts to a single present value amount. The measurement is based on the value indicated by current market expectations about those future amounts. The cost approach is based on the amount that would currently be required to replace an asset.

Financial assets and liabilities of the Group primarily consist of cash, accounts receivable, amounts due from related parties, other receivables included in prepayments and other current assets, equity investment, short-term borrowings, accounts payable, amounts due to related parties, other payables included in accrued expenses and other current liabilities. The Group's non-financial assets, such as property and equipment as well as intangible assets, would be measured at fair value only if they were determined to be impaired.

F-17

Table of Contents

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

*(o)    Commitments and contingencies*

In the normal course of business, the Group is subject to commitments and contingencies, including operating lease commitments, legal proceedings and claims arising out of its business that relate to a wide range of matters, such as government investigations and tax matters. The Group recognizes a liability for such contingency if it determines it is probable that a loss has occurred and a reasonable estimate of the loss can be made. The Group may consider many factors in making these assessments on liability for contingencies, including historical and the specific facts and circumstances of each matter.

*(p)    Revenue recognition*

The Group's revenues are mainly generated from 1) sale of software products, 2) maintenance and support service, 3) sale of hardware products and 4) sale of cloud platform products, etc.

The Group recognizes revenue pursuant to ASC 606, *Revenue from Contracts with Customers* ("ASC 606"). In accordance with ASC 606, revenues from contracts with customers are recognized when control of the promised goods or services is transferred to the Group's customers, in an amount that reflects the consideration the Group expects to be entitled to in exchange for those goods or services, reduced by Value Added Tax ("VAT"). To achieve the core principle of this standard, we applied the following five steps:

1.    Identification of the contract, or contracts, with the customer;

2.    Identification of the performance obligations in the contract;

3.    Determination of the transaction price;

4.    Allocation of the transaction price to the performance obligations in the contract; and

5.    Recognition of the revenue when, or as, a performance obligation is satisfied.

The Group enters into two major kinds of revenue arrangements with customers. The first kind of contract can include various combinations of software products, hardware products and maintenance and support service which are generally distinct and accounted for as separate performance obligations. The other kind of contract is sale of cloud platform products, which include software products and cloud platform service as two separate performance obligations. As a result, the Group's contracts may contain multiple performance obligations. The Group determines whether arrangements are distinct based on whether the customer can benefit from the product or service on its own or together with other resources that are readily available and whether our commitment to transfer the product or service to the customer is separately identifiable from other obligations in the contract.

### *Sale of software products*

The Group's software products sold to customers comprising customized software products for specific needs. The software products sold by the Group are intended to provide the customer with full control of software, which means that revenues from the sale of such products are recognized at the point-in-time at which the control over the products is transferred to the customer upon the acceptance. Typically, the software delivery period is less than six months from the date of signing the contract. Payments are made by the customers in multiple instalments according to the payment schedule determined in the contract.

### *Sale of hardware products*

Hardware products sold to customers comprising the hardware designed for specific needs. Revenue is recognized at the point-in-time when the customer is able to use and benefit from the hardware products, which is generally upon delivery to the customer.

F-18

Table of Contents

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

2.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

*Maintenance and support service*

Maintenance and support ("M&S") service is provided for software products contracts and consists of unspecified future software updates, upgrades, and enhancements as well as technical product support services, and the provision of unspecified updates and upgrades on a when-and-if-available basis. Maintenance and support services are renewable, generally on an annual basis, at the option of the customer. Maintenance represents stand-ready obligations for which revenue is recognized rateably over the term of the arrangement.

*Sale of cloud platform products*

Cloud platform products sold to customers comprising software products uploaded in the cloud platform. The Group does not provide any cancellation and refund provisions to customers. Pursuant to contract terms, customers can benefit from the software products and cloud platform from each on its own, meanwhile the Group fulfils its promise by transferring software products and cloud platform services independently. Therefore, the software products and the cloud platform services are distinct performance obligations. The transaction prices for two performance obligations were determined separately in the contract, which also reflects their stand-alone selling price ("SSP") respectively. Since customers continuously consume the benefits from both software products and cloud platform, the Group recognizes revenue from sale of cloud platform products over time when the Group provides the customer a right to access the Group's intellectual property throughout the service period. The timing and pattern of transfer the right to access software products and cloud platform is the same. The service period is usually 1 year and customer made quarterly payment after usage.

*Contracts with multiple performance obligations*

Most contracts with customers contain multiple performance obligations that are distinct and are accounted for separately. The transaction price is allocated to the separate performance obligations on a relative SSP basis. The Group determines SSP for all performance obligations using observable inputs, such as standalone sales and historical contract pricing. SSP is consistent with the Group's overall pricing objectives, taking into consideration the type of software products, maintenance and support services, and professional services purchased by the customer. SSP also reflects the amount the Group would charge for that performance obligation if it were sold separately in a standalone sale, and the price the Group would sell to similar customers in similar circumstances.

The following table disaggregates the Group's revenue for the year ended December 31, 2020 and 2021:

| | | For the Year Ended December 31, | | |
| --- | --- | --- | --- | --- |
| | | **2020** | | **2021** |
| | | **Restated (Note 18)** | | **Restated (Note 18)** |
| **By revenue type** | | | | |
| Sale of software products | $ | 11,500,331 | $ | 24,140,541 |
| Sale of hardware products | | 416,216 | | 75,083 |
| M&S service | | 1,940,187 | | 2,775,472 |
| Sale of cloud platform products | | — | | 5,532,917 |
| Total | $ | 13,856,734 | $ | 32,524,013 |

*Remaining performance obligations*

Remaining performance obligations represent the transaction price of orders meeting the definition of a contract in the new revenue standard for which work has not been performed or has been partially performed and excludes unexercised contract options. The duration of the majority of our contracts, as defined by ASC Topic 606, is less

F-19

Table of Contents

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

2.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

than one year. The Company has elected to apply the practical expedient, which allows companies to exclude remaining performance obligations with an original expected duration of one year or less. The aggregate amount of the transaction price allocated to remaining performance obligations for such contracts with a duration of more than one year was approximately $106,927 at December 31, 2021. The Company expects to recognize revenue on approximately $97,423 and $9,504 of the remaining performance obligations over the next 12 and 24 months, respectively, with the remainder recognized thereafter.

*Contract balances*

When a revenue contract has performed, the Group presents the contract in the consolidated balance sheet as a contract asset or a contract liability, depending on the relationship between the Group's performance and the customer's payment. The contract assets consist of accounts receivable and contract costs. Accounts receivable represent revenue recognized for the amounts invoiced and/or prior to invoicing when the Group has satisfied its performance obligation and has unconditional right to the payment. Contract costs are deferred for the contract preparation and will be recognized as cost of revenues when goods or services are transferred to customers. During the years ended December 31, 2020 and 2021, the Group recognized $7,228,046 and $10,885,731 of contract costs as cost of revenues (Note 18).

The contract liabilities consist of deferred revenue, which represent the billings or cash received for services in advance of revenue recognition and is recognized as revenue when all of the Group's revenue recognition criteria are met. The Group's deferred revenue amounted to $1,926,373 and $2,953,238 as of December 31, 2020 and 2021, respectively. During the years ended December 31, 2020 and 2021, the Group recognized $1,201,576 and $900,686 revenue that was included in deferred revenue balance at January 1, 2020 and 2021, respectively. The Group expects to recognize this balance as revenue over the next 12 months.

(q)    *Cost of revenues*

Cost of revenues consists primarily of (i) purchased software, (ii) cloud hosting service fees, (iii) payroll, and (iv) depreciation and other costs related to the business operation.

(r)    *Research and development expenses*

Research and development expenses consist primarily of payroll and related expenses for research and development professionals, depreciation and rental related to technology and development functions. Research and development expenses are expensed as incurred.

(s)    *Selling and marketing expenses*

Selling and marketing expenses mainly consist of (i) advertising costs and market promotion expenses, and (ii) staff cost, rental and depreciation related to selling and marketing functions. Advertising costs, which consist primarily of online advertisements, are expensed as incurred.

(t)    *General and administrative expenses*

General and administrative expenses mainly consist of (i) staff cost, rental and depreciation related to general and administrative personnel, (ii) professional service fees; and (iii) other corporate expenses.

(u)    *Government grants*

Government grant is recognized when there is reasonable assurance that the Group will comply with the conditions attached to it and the grant will be received. Government grant for the purpose of giving immediate financial support to the Group with no future related costs or obligation is recognized in the Group's consolidated statements of comprehensive (loss)/income when the grant becomes receivable. The Group recognized government grants $1,699,231 and $853,011 in other income and expense, net for the years ended December 31, 2020 and 2021, respectively.

Table of Contents

**XIAO-I CORPORATION**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE**
**(LOSS)/INCOME**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | For the six months ended June 30, | |
| --- | --- | --- |
| | 2021 | 2022 |
| | (Unaudited) | (Unaudited) |
| Net revenues | $ 8,874,070 | $ 12,859,481 |
| Cost of revenues | (3,598,319) | (3,720,705) |
| **Gross profit** | **5,275,751** | **9,138,776** |
| | | |
| Operating expenses: | | |
| Selling expenses | (2,205,736) | (2,094,124) |
| General and administrative expenses | (3,598,496) | (1,725,928) |
| Research and development expenses | (2,692,321) | (3,669,196) |
| **Total operating expenses** | **(8,496,553)** | **(7,489,248)** |
| **(Loss)/income from operations** | **(3,220,802)** | **1,649,528** |
| | | |
| Other income/(loss): | | |
| Investment loss | (97,841) | (121,618) |
| Interest expense | (739,401) | (1,202,391) |
| Foreign currency exchange gain/(loss) | 4,954 | (38,375) |
| Other income, net | 498,833 | 82,535 |
| **Total other loss** | **(333,455)** | **(1,279,849)** |
| | | |
| (Loss)/Income before income tax expense | (3,554,257) | 369,679 |
| Income tax benefits | 568,713 | 220,820 |
| **Net (loss)/income** | **$ (2,985,544)** | **$ 590,499** |
| Net loss attributable to non-controlling interests | (158,687) | (2,674) |
| Net (loss)/income attributable to XIAO-I CORPORATION shareholders | (2,826,857) | 593,173 |
| **Other comprehensive (loss)/income** | | |
| Foreign currency translation change, net of nil income taxes | (76,542) | 145,129 |
| Total other comprehensive (loss)/income | (76,542) | 145,129 |
| **Total comprehensive (loss)/income** | **$ (3,062,086)** | **$ 735,628** |
| Total comprehensive (loss)/income attributable to non-controlling interests | (182,878) | 124,849 |
| Total comprehensive (loss)/income attributable to XIAO-I CORPORATION shareholders | (2,879,208) | 610,779 |
| **(Loss)/Income per ordinary share attributable to XIAO-I CORPORATION shareholders** | | |
| Basic | (0.13) | 0.03 |
| Diluted | (0.13) | 0.03 |
| **Weighted average number of ordinary shares outstanding** | | |
| Basic | 22,115,592 | 22,115,592 |
| Diluted | 22,115,592 | 22,362,552 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

F-44

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form F-1 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Shanghai, China on December 19, 2022.

**Xiao-I Corporation**

By: /s/ Hui Yuan

Name:  Hui Yuan

Title:  Chief Executive Officer

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Hui Yuan and Wei Weng, as his or her true and lawful attorneys-in-fact and agent, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead in any and all capacities, in connection with this registration statement, including to sign in the name and on behalf of the undersigned, this registration statement and any and all amendments thereto, including post-effective amendments and registrations filed pursuant to Rule 462 under the U.S. Securities Act of 1933, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the U.S. Securities and Exchange Commission, granting unto such attorneys-in-fact and agents full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or his substitute, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement has been signed by the following persons on December 19, 2022 in the capacities indicated:

| Signature | Title |
|---|---|
| /s/ Hui Yuan<br>Hui Yuan | Chairman of the Board of Directors and Chief Executive Officer (principal executive officer) |
| /s/ Wei Weng<br>Wei Weng | Chief Financial Officer (principal financial and accounting officer) |
| /s/ Wenjing Chen<br>Wenjing Chen | Director |

II-5
