# EXHIBIT D

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 20-F/A**
(Amendment No. 1)
**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2022

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report _____

Commission file number 001-41631



**XIAO-I CORPORATION**

(Exact Name of Registrant as Specified in Its Charter)

**Not Applicable**
(Translation of Registrant's Name Into English)

**Cayman Islands**
(Jurisdiction of Incorporation or Organization)

**7th floor, Building 398, No. 1555 West**
**Jinshajiang Rd**
**Shanghai, China 201803**
(Address of Principal Executive Offices)

**Hui Yuan, Chief Executive Officer**
**7th floor, Building 398, No. 1555 West**
**Jinshajiang Rd**
**Shanghai, China 201803**
**Tel: +86 021-39512112**
**Fax: +86 021-39518822**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Copies to:
**Charlotte Westfall, Esq.**
**Fred A. Summer, Esq.**
**Squire Patton Boggs (US) LLP**
**555 California Street, 5th Floor**
**San Francisco, California 94104**
**Phone: (415) 954-0200**

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on which Registered |
|---|---|---|
| American Depositary Shares, each representing one-third of an Ordinary Share, par value $0.00005 per share | AIXI | Nasdaq Global Market |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

Further, the PRC government also imposes controls on the conversion of RMB into foreign currencies and the remittance of currencies out of the PRC. Xiao-I's WFOE generates primarily all of its revenue in Renminbi, which is not freely convertible into other currencies. As a result, any restriction on currency exchange may limit the ability of Xiao-I's WFOE to use its Renminbi revenues to pay dividends to Xiao-I. The PRC government may continue to strengthen its capital controls, and more restrictions and substantial vetting process may be put forward by State Administration of Foreign Exchange (the "SAFE") for cross-border transactions falling under both the current account and the capital account. Any limitation on the ability of Xiao-I's WFOE to pay dividends or make other kinds of payments to Xiao-I could materially and adversely limit its ability to grow, make investments or acquisitions that could be beneficial to our business, pay dividends, or otherwise fund and conduct our business. Currently, seven of our shareholders did not register according to the registration procedures stipulated in Circular 37 Registration of the SAFE when they conducted their other external investment activities unrelated to us. As a result, these shareholders may be subject to penalties themselves, and WFOE may be unable to open a new capital account with relevant banks within China according to their internal control policies and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate the non-compliance. However, WFOE has successfully opened a new capital account with Bank of Ningbo recently. Apart from a small amount of the IPO proceeds reserved for overseas use, we were able to transfer the rest of the IPO proceeds from overseas to WFOE for VIE's product development and operations through both WFOE's new capital account with Bank of Ningbo and WFOE's pre-existing capital account with Agricultural Bank of China where WFOE has reserved foreign exchange quota. So long as there are no changes to PRC laws and regulations, or internal control policies of Bank of Ningbo, we are not aware of any substantial obstacles for WFOE to receive fund transfers to its capital account with Bank of Ningbo from overseas in the near future. However, should there be any changes to PRC laws and regulations or internal control policies of Bank of Ningbo in the future, WFOE then may be restricted from transferring funds from overseas to its capital account with Bank of Ningbo as a result.

Additionally, the transfer of funds among the PRC operating entities are subject to the Provisions on Private Lending Cases, which was implemented on January 1, 2021 to regulate the financing activities between natural persons, legal persons and unincorporated organizations. The Provisions on Private Lending Cases does not prohibit using cash generated from one PRC operating entity to fund another affiliated PRC operating entity's operations. Xiao-I or the PRC operating entities have not been notified of any other restriction which could limit the PRC operating entities' ability to transfer cash among each other. As of the date of this annual report, cash was transferred among the Company, WFOE, other subsidiaries of the Company, the VIE and its consolidated subsidiaries, in the following manners: (i) the Company provided a total of US$10,000,550 in cash to its other subsidiaries while other subsidiaries transferred US$4,500 to the Company; (ii) Other subsidiaries of the Company provided a total of US$10,000,000 in cash to WFOE; (iii) WFOE provided a total of US$9,859,073 (RMB68,000,000) to VIE and its subsidiaries while VIE and its subsidiaries transferred US$36,247 (RMB250,000) to WFOE; (iv) VIE and its subsidiaries transferred US$8,000 to other subsidiaries of the Company. The aforementioned cash transfers were generally for working capital purpose among the Company, WFOE, VIE and its consolidated subsidiaries, and other subsidiaries. Xiao-I intends to keep any future earnings to finance the expansion of its business, and it does not anticipate that any cash dividends will be paid in the foreseeable future. In the future, cash proceeds from overseas financing activities, including the IPO proceeds, may be transferred by Xiao-I to AI Plus, and then transferred to Xiao-i Technology, and then transferred to WFOE via capital contribution or shareholder loans, as the case may be. Cash proceeds may flow to Shanghai Xiao-i from WFOE pursuant to certain contractual arrangements between WFOE and Shanghai Xiao-i as permitted by the applicable PRC regulations. As a result of these PRC laws and regulations, the PRC operating entities are restricted in their ability to transfer a portion of their net assets to the Company. For details about the applicable PRC laws and regulations that limit transfer of funds from overseas to the PRC operating entities, see "Item 14. Material Modifications to the Rights of Security Holders and Use of Proceeds - Use of Proceeds", "Item 3. Key Information-D. Risk Factors -Risks Related to Our Corporate Structure- Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents. As a result, these shareholders may be subject to penalties themselves, and WFOE may be unable to open a new capital account with relevant banks within China according to their internal control policies and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate the non-compliance," and "Item 3. Key Information-D. Risk Factors -Risks Related to Doing Business in China-PRC regulation of loans to, and direct investment in, PRC entities by offshore holding companies and governmental control of currency conversion may delay us from using our available funds to make loans to our PRC subsidiary and consolidated affiliated entities, or to make additional capital contributions to our PRC subsidiary, which could materially and adversely affect our liquidity and our ability to fund and expand the business of our PRC subsidiary and consolidated affiliated entities."

As of December 31, 2021 and 2022, US$1,254,528 and US$908,614 of cash and cash equivalents were denominated in RMB, US$15,170 and US$11,224 of cash and cash equivalents were denominated in US dollars, US$42,148 and US$106,407 of cash and cash equivalents were denominated in Hong Kong dollars, respectively.

**PRESENTATION OF FINANCIAL INFORMATION**

The consolidated financial statements included in this Annual Report have been prepared in accordance with accounting principles generally accepted in the United States of America, or U.S. GAAP. The reporting currency is United States dollar. Unless otherwise indicated, all monetary amounts in this annual report are in U.S. dollars.

This Annual Report contains translations of certain foreign currency amounts into U.S. dollars for the convenience of the reader. Unless otherwise stated, all translations from Renminbi to U.S. dollars were made at RMB6.8972 to $1.00 on December 30, 2022, representing the noon buying rate in The City of New York for cable transfers of RMB as certified for customs purposes by the Federal Reserve Board. Xiao-I makes no representation that the Renminbi or U.S. dollar amounts referred to in this Annual Report could have been or could be converted into U.S. dollars or Renminbi, as the case may be, at any particular rate or at all.

**TRADEMARKS, SERVICE MARKS AND TRADE NAMES**

Solely for convenience, the trademarks, service marks, logos, copyrights and trade names referred to in this Annual Report are without the ® and ™ symbols. Such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the rights of the applicable licensors to these trademarks, service marks, logos, copyrights and trade names or that the applicable owner will not assert its rights to these trademarks, service marks, logos, copyrights and trade names. This Annual Report contains additional trademarks, service marks, logos, copyrights and trade names of others, which are the property of their respective owners. All trademarks, service marks, logos, copyrights and trade names appearing in this Annual Report are, to our knowledge, the property of their respective owners. We do not intend our use or display of other companies' trademarks, service marks, logos, copyrights or trade names to imply a relationship with, or endorsement or sponsorship of us by, any other companies.

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

This annual report contains statements that constitute forward-looking statements. Many of the forward-looking statements contained in this annual report can be identified by the use of forward-looking words such as "anticipate," "believe," "could," "expect," "should," "plan," "intend," "estimate" and "potential," among others.

Forward-looking statements appear in a number of places in this annual report and include, but are not limited to, statements regarding our intent, belief or current expectations. Forward-looking statements are based on our management's beliefs and assumptions and on information currently available to our management. Such statements are subject to risks and uncertainties, and actual results may differ materially from those expressed or implied in the forward-looking statements due to of various factors, including, but not limited to, those identified under the section entitled "Risk Factors" in this annual report. These risks and uncertainties include factors relating to:

- general economic, political, demographic and business conditions in China and globally;

- The PRC operating entities' ability to implement their growth strategy;

- the success of operating initiatives, including marketing and promotional efforts and new product and service development by us and the PRC operating entities' competitors;

- The PRC operating entities' ability to develop and apply their technologies to support and expand their product and service offerings;

- the availability of qualified personnel and the ability to retain such personnel;

- competition in the AI industries;

- changes in government policies and regulation;

- other factors that may affect our financial condition, liquidity and results of operations; and

- other risk factors discussed under "Risk Factors."

Forward-looking statements speak only as of the date they are made, and we do not undertake any obligation to update them in light of new information or future developments or to release publicly any revisions to these statements in order to reflect later events or circumstances or to reflect the occurrence of unanticipated events.

However, since these rules are relatively new, uncertainties still exist in relation to their interpretation. For instance, under the Foreign Investment Law, "foreign investment" refers to the investment activities directly or indirectly conducted by foreign individuals, enterprises or other entities in China. Though it does not explicitly classify contractual arrangements as a form of foreign investment, there is no assurance that foreign investment via contractual arrangement would not be interpreted as a type of indirect foreign investment activities under the definition in the future. In addition, the definition contains a catch-all provision which includes investments made by foreign investors through means stipulated in laws or administrative regulations or other methods prescribed by the State Council. Therefore, it still leaves leeway for future laws, administrative regulations or provisions promulgated by the State Council to provide for contractual arrangements as a form of foreign investment. In any of these cases, it will be uncertain whether the contractual arrangements with the VIE will be deemed to be in violation of the market access requirements for foreign investment under the PRC laws and regulations. Furthermore, if future laws, administrative regulations or provisions prescribed by the State Council mandate further actions to be taken by companies with respect to existing contractual arrangements, we may face substantial uncertainties as to whether we can complete such actions in a timely manner, or at all. Failure to take timely and appropriate measures to cope with any of these or similar regulatory compliance challenges could materially and adversely affect our current corporate structure, corporate governance and business operations.

***Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents. As a result, these shareholders may be subject to penalties themselves, and WFOE may be unable to open a new capital account with relevant banks within China according to their internal control policies and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate the non-compliance.***

In July 2014, the State Administration of Foreign Exchange promulgated the Circular on Issues Concerning Foreign Exchange Administration over the Overseas Investment and Financing and Roundtrip Investment by Domestic Residents via Special Purpose Vehicles ("Circular 37"). According to Circular 37, prior registration with the local SAFE branch is required for Chinese residents to contribute domestic assets or interests to offshore companies, known as SPVs. Circular 37 further requires amendment to a PRC resident's registration in the event of any significant changes with respect to the SPV, such as an increase or decrease in the capital contributed by PRC individuals, share transfer or exchange, merger, division, or other material event. Further, foreign investment enterprises established by way of round-tripping shall complete the relevant foreign exchange registration formalities pursuant to the prevailing foreign exchange control provisions for direct investments by foreign investors, and disclose the relevant information such as actual controlling party of the shareholders truthfully.

Currently, most of our shareholders have completed Circular 37 Registration and are in compliance. Some of our beneficial owners, who are PRC residents, have not completed the Circular 37 Registration. All our significant shareholders, directors and officers have completed Circular 37 Registration. We have asked our shareholders who are Chinese residents to make the necessary applications and filings as required by Circular 37. We attempt to comply and attempt to ensure that our shareholders who are subject to these rules comply, with the relevant requirements. We cannot, however, provide any assurances that all of our and future shareholders who are Chinese residents will comply with our request to make or obtain any applicable registration or comply with other requirements required by Circular 37 or other related rules. The Chinese resident shareholders' failure to comply with Circular 37 registration may result in restrictions being imposed on part of foreign exchange activities of the offshore special purpose vehicles, including restrictions on its ability to receive registered capital as well as additional capital from Chinese resident shareholders who fail to complete Circular 37 registration; and repatriation of profits and dividends derived from special purpose vehicles to China, by the Chinese resident shareholders who fail to complete Circular 37 registration, are also illegal. In addition, the failure of the Chinese resident shareholders to complete Circular 37 registration may subject each of the shareholders to fines less than RMB50,000. We cannot assure you that each of our Chinese resident shareholders will in the future complete the registration process as required by Circular 37. In addition, seven of our shareholders did not register according to the registration procedures stipulated in Circular 37 Registration of the SAFE when they conducted their other external investment activities unrelated to us. As a result, these shareholders may be subject to penalties themselves, and WFOE may be unable to open a new capital account with relevant banks within China according to their internal control policies and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate the non-compliance. However, WFOE has successfully opened a new capital account with Bank of Ningbo recently. Apart from a small amount of the IPO proceeds reserved for overseas use, we were able to transfer the rest of the IPO proceeds from overseas to WFOE for VIE's product development and operations through both WFOE's new capital account with Bank of Ningbo and WFOE's pre-existing capital account with Agricultural Bank of China where WFOE has reserved foreign exchange quota. So long as there are no changes to PRC laws and regulations, or internal control policies of Bank of Ningbo, we are not aware of any substantial obstacles for WFOE to receive fund transfers from overseas in the near future. However, should there be any changes to PRC laws and regulations or internal control policies of Bank of Ningbo in the future, WFOE then may be restricted from transferring funds from overseas to its capital account with Bank of Ningbo as a result.

28

Even after we obtain the Hong Kong tax resident certificate, we are required by applicable tax laws and regulations to file required forms and materials with relevant PRC tax authorities to prove that we can enjoy 5% lower PRC withholding tax rate. Xiao-i Technology intends to obtain the required materials and file with the relevant tax authorities when it plans to declare and pay dividends, but there is no assurance that the PRC tax authorities will approve the 5% withholding tax rate on dividends received from Xiao-i Technology.

***We face uncertainty with respect to indirect transfer of equity interests in PRC resident enterprises by their non-PRC holding companies. We face uncertainties regarding the reporting on and consequences of previous private equity financing transactions involving the transfer and exchange of shares in our company by non-resident investors.***

We face uncertainties regarding the reporting on and consequences of previous private equity financing transactions involving the transfer and exchange of shares in our company by non-resident investors.

In February 2015, the SAT issued the Bulletin on Issues of Enterprise Income Tax on Indirect Transfers of Assets by Non-PRC Resident Enterprises, or Bulletin 7. Pursuant to Bulletin 7, an "indirect transfer" of PRC assets, including a transfer of equity interests in an unlisted non-PRC holding company of a PRC resident enterprise, by non-PRC resident enterprises may be re-characterized and treated as a direct transfer of the underlying PRC assets, if such arrangement does not have a reasonable commercial purpose and was established for the purpose of avoiding payment of PRC enterprise income tax. As a result, gains derived from such indirect transfer may be subject to PRC enterprise income tax, and the transferee or other person who is obligated to pay for the transfer is obligated to withhold the applicable taxes, currently at a rate of 10% for the transfer of equity interests in a PRC resident enterprise. Bulletin 7 also introduced safe harbors for internal group restructurings and the purchase and sale of equity securities through a public securities market. On October 17, 2017, the SAT issued the Announcement of the State Administration of Taxation on Issues Concerning the Withholding of Nonresident Enterprise Income Tax at Source, or Bulletin 37, which came into effect on December 1, 2017. The Bulletin 37 further clarifies the practice and procedure of the withholding of nonresident enterprise income tax.

We face uncertainties on the reporting and consequences of future private equity financing transactions, share exchanges or other transactions involving the transfer of shares in our company by investors that are non-PRC resident enterprises. The PRC tax authorities may pursue such non-resident enterprises with respect to a filing or the transferees with respect to withholding obligation, and request our PRC subsidiary to assist in the filing. As a result, we and non-resident enterprises in such transactions may become at risk of being subject to filing obligations or being taxed under Bulletin 7 and Bulletin 37, and may be required to expend valuable resources to comply with them or to establish that we and our non-resident enterprises should not be taxed under these regulations, which may have a material adverse effect on our financial condition and results of operations.

***China's M&A Rules and certain other PRC regulations establish complex procedures for some acquisitions of Chinese companies by foreign investors, which could make it more difficult for us to pursue growth through acquisitions in China.***

The Regulations on Mergers and Acquisitions of Domestic Enterprises by Foreign Investors, or the M&A Rules, and other recently adopted regulations and rules concerning mergers and acquisitions established additional procedures and requirements that could make merger and acquisition activities by foreign investors more time consuming and complex. For example, the M&A Rules require that MOFCOM be notified in advance of any change-of-control transaction in which a foreign investor takes control of a PRC domestic enterprise, if (1) any important industry is concerned, (2) such transaction involves factors that impact or may impact national economic security, or (3) such transaction will lead to a change in control of a domestic enterprise which holds a famous trademark or PRC time-honored brand. Moreover, the Anti-Monopoly Law promulgated by the SCNPC in August 2007 and effective in August 2008 requires that transactions which are deemed concentrations and involve parties with specified turnover thresholds (i.e., during the previous fiscal year, (1) the total global turnover of all operators participating in the transaction exceeds RMB10 billion and at least two of these operators each had a turnover of more than RMB400 million within China, or (2) the total turnover within China of all the operators participating in the concentration exceeded RMB2 billion, and at least two of these operators each had a turnover of more than RMB400 million within China) must be cleared by MOFCOM before they can be completed. In addition, in February 2011, the General Office of the State Council promulgated a Notice on Establishing the Security Review System for Mergers and Acquisitions of Domestic Enterprises by Foreign Investors, or the Circular 6, which officially established a security review system for mergers and acquisitions of domestic enterprises by foreign investors. Further, in August 2011, MOFCOM promulgated the Regulations on Implementation of Security Review System for the Merger and Acquisition of Domestic Enterprises by Foreign Investors, or the MOFCOM Security Review Regulations, to implement the Circular 6. Under Circular 6, a security review is required for mergers and acquisitions by foreign investors having "national defense and security" concerns and mergers and acquisitions by which foreign investors may acquire the "*de facto* control" of domestic enterprises with "national security" concerns. Under the MOFCOM Security Review Regulations, MOFCOM will focus on the substance and actual impact of the transaction when deciding whether a specific merger or acquisition is subject to security review. If MOFCOM decides that a specific merger or acquisition is subject to security review, it will submit it to the Inter-Ministerial Panel, an authority established under the Circular 6 led by the National Development and Reform Commission, or NDRC, and MOFCOM under the leadership of the State Council, to carry out security review. The regulations prohibit foreign investors from bypassing the security review by structuring transactions through trusts, indirect investments, leases, loans, control through contractual arrangements or offshore transactions. There is no explicit provision or official interpretation stating that the merging or acquisition of a company engaged in the internet information services, online games, online audio-visual program services and related businesses requires security review, and there is no requirement that acquisitions completed prior to the promulgation of the Security Review Circular are subject to MOFCOM review.

In the future, we may grow our business by acquiring complementary businesses. Complying with the requirements of the above-mentioned regulations and other relevant rules to complete such transactions could be time consuming, and any required approval processes, including obtaining approval from the MOFCOM or its local counterparts may delay or inhibit our ability to complete such transactions. It is unclear whether our business would be deemed to be in an industry that raises "national defense and security" or "national security" concerns. However, MOFCOM or other government agencies may publish explanations in the future determining that our business is in an industry subject to the security review, in which case our future acquisitions in the PRC, including those by way of entering into contractual control arrangements with target entities, may be closely scrutinized or prohibited.

***PRC regulations relating to offshore investment activities by PRC residents may limit our PRC subsidiary's ability to increase its registered capital or distribute profits to us or otherwise expose us to liability and penalties under PRC law.***

In July 2014, the SAFE promulgated the Circular on Relevant Issues Relating to Domestic Resident's Investment and Financing and Roundtrip Investment through Special Purpose Vehicles, or SAFE Circular 37, which replaced the Relevant Issues Concerning Foreign Exchange Control on Domestic Residents' Corporate Financing and Roundtrip Investment through Offshore Special Purpose Vehicles, or Circular 75. Circular 37 requires PRC residents or entities to register with SAFE or its local branch in connection with their establishment or control of an offshore entity established for the purpose of overseas investment or financing. In addition, such PRC residents or entities must update their SAFE registrations when the offshore special purpose vehicle undergoes material events relating to any change of basic information (including change of such PRC citizens or residents, name and operation term), increases or decreases in investment amount, transfers or exchanges of shares, or mergers or divisions. According to the Notice on Further Simplifying and Improving Policies for the Foreign Exchange Administration of Direct Investment released on February 13, 2015 by the SAFE, as amended in 2019, local banks will examine and handle foreign exchange registration for overseas direct investment, including the initial foreign exchange registration and amendment registration, under SAFE Circular 37 from June 1, 2015.

If our shareholders who are PRC residents or entities do not complete their registration with the local SAFE branches, our PRC subsidiary may be prohibited from distributing its profits and proceeds from any reduction in capital, share transfer or liquidation to us, and we may be restricted in our ability to contribute additional capital to our PRC subsidiary. Moreover, failure to comply with the SAFE registration described above could result in liability under PRC laws for evasion of applicable foreign exchange restrictions. See "Item 3. Key Information-D. Risk Factors -Risks Related to Our Corporate Structure- Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents. As a result, these shareholders may be subject to penalties themselves, and WFOE may be unable to open a new capital account with relevant banks within China according to their internal control policies and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate the non-compliance," and "Item 3. Key Information-D. Risk Factors -Risks Related to Doing Business in China-PRC regulation of loans to, and direct investment in, PRC entities by offshore holding companies and governmental control of currency conversion may delay us from using our available funds to make loans to our PRC subsidiary and consolidated affiliated entities, or to make additional capital contributions to our PRC subsidiary, which could materially and adversely affect our liquidity and our ability to fund and expand the business of our PRC subsidiary and consolidated affiliated entities."

***Failure to comply with PRC regulations regarding the registration requirements for employee stock ownership plans or share option plans may subject the PRC plan participants or us to fines and other legal or administrative sanctions.***

Pursuant to SAFE Circular 37, PRC residents who participate in share incentive plans in overseas non-publicly-listed companies due to their position as director, senior management or employees of the PRC subsidiaries of the overseas companies may submit applications to SAFE or its local branches for the foreign exchange registration with respect to offshore special purpose companies. Our directors, executive officers and other employees who are PRC residents and who have been granted options may follow SAFE Circular 37 to apply for the foreign exchange registration before our company becomes an overseas listed company. In February 2012, SAFE promulgated the Notices on Issues Concerning the Foreign Exchange Administration for Domestic Individuals Participating in Stock Incentive Plans of Overseas Publicly-Listed Companies, or the Stock Option Rules. Under the Stock Option Rules and other relevant rules and regulations, PRC residents who participate in stock incentive plan in an overseas publicly-listed company are required to register with SAFE or its local branches and complete certain other procedures. Participants of a stock incentive plan who are PRC residents must retain a qualified PRC agent, which could be a PRC subsidiary of such overseas publicly listed company or another qualified institution selected by such PRC subsidiary, to conduct the SAFE registration and other procedures with respect to the stock incentive plan on behalf of its participants. Such participants must also retain an overseas entrusted institution to handle matters in connection with their exercise of stock options, the purchase and sale of corresponding stocks or interests and fund transfers. In addition, the PRC agent is required to amend the SAFE registration with respect to the stock incentive plan if there is any material change to the stock incentive plan, the PRC agent or the overseas entrusted institution or other material changes. The PRC operating entities and their PRC employees who have been granted stock options are subject to these regulations. The VIE has completed such SAFE registrations for its PRC stock option holder employees in March 2019. However, we cannot assure you that the VIE will be able to complete the relevant registration for new employees who participate in such stock incentive plan in the future in a timely manner or at all. Failure of the VIE's PRC stock option holders to complete their SAFE registrations may subject these PRC residents to fines and legal sanctions and may also limit our ability to contribute additional capital into our PRC subsidiary, limit our PRC subsidiary's ability to distribute dividends to us, or otherwise materially adversely affect our business.

**Impact of COVID-19 on Our Operations and Financial Performance**

Beginning in 2020, normal economic activity received a severe shock when many company offices, retail stores and production facilities across China were forced to temporarily close as a result of the COVID-19 outbreak. The population in most of the major cities was locked down to a greater or lesser extent at various times and opportunities for discretionary consumption were extremely limited. People are forced to stay at home, and travel and social activities are restricted.

We took a series of measures to protect our employees, closing our offices, facilitating remote working arrangements for our employees, and canceling business meetings and travels. The operations of some of our business partners and service providers were also constrained and impacted. This has led to delays in the purchase decisions and sales and implementation cycles of our products and solutions for existing or potential customers. Meanwhile it reduces our efficiency in product development, sales, marketing, and customer service work.

China began to modify its zero-COVID policy at the end of 2022, which seems to have prompted a considerable degree of uncertainties about the economic and market outlook. Thus, we have to be prepared for the possibility for a wide range of possible outcomes, some of which could be highly unfavorable to our business. There is still uncertainty as to the future impact of the virus. The extent to which the pandemic impacts our results of operations going forward will depend on future developments which are highly uncertain and unpredictable, including the frequency, duration and extent of outbreaks of COVID-19, the appearance of new variants with different characteristics, the success or failure of efforts to contain or treat cases, and future actions we or the authorities may take in response to these developments.

**Impact of Foreign Exchange Fluctuation**

As we derive our revenue in RMB, foreign exchange rate fluctuations may adversely affect our business and performance. The exchange rates between US$ and RMB are subject to continuous movements affected by international political and economic conditions and changes in the PRC government's economic and monetary policies. Any appreciation of RMB, which is our reporting currency, against US$ will decrease our profit margin. On the other hand, any depreciation of RMB against US$ will adversely affect our ability to pay for foreign currency obligations.

**RESULTS OF OPERATIONS**

The following table sets forth a summary of our consolidated results of operations for the periods indicated, both in absolute amount and as a percentage of our revenues for the periods presented. This information should be read together with our consolidated financial statements and related notes included elsewhere in this annual report. The operating results in any period are not necessarily indicative of the results that may be expected for any future period.

| | For the Years Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2020** | | **2021** | | **2022** | |
| | **USD** | **%** | **USD** | **%** | **USD** | **%** |
| **Net revenue** | **13,856,734** | **100.0%** | **32,524,013** | **100.0%** | **48,184,958** | **100.0%** |
| Cost of revenues | (7,228,046) | (52.2)% | (10,885,731) | (33.5)% | (17,379,144) | (36.1)% |
| **Gross profit** | **6,628,688** | **47.8%** | **21,638,282** | **66.5%** | **30,805,814** | **63.9%** |
| Selling expenses | (4,566,760) | (33.0)% | (4,620,113) | (14.2)% | (3,911,818) | (8.1)% |
| General and administrative expenses | (5,694,785) | (41.1)% | (6,657,251) | (20.5)% | (6,028,637) | (12.5)% |
| Research and development expenses | (4,236,723) | (30.6)% | (5,363,909) | (16.5)% | (24,001,138) | (49.8)% |
| Other income/(loss), net | 577,684 | 4.2% | (1,079,652) | (3.3)% | (2,208,880) | (4.6)% |
| **(Loss)/Profit before tax** | **(7,291,896)** | **(52.6)%** | **3,917,357** | **12.0%** | **(5,344,659)** | **(11.1)%** |
| Income tax benefits/(expenses) | 235,854 | 1.7% | (552,355) | (1.7)% | (660,655) | (1.4)% |
| **Net (loss)/income** | **(7,056,042)** | **(50.9)%** | **3,365,002** | **10.3%** | **(6,005,314)** | **(12.5)%** |

72

**KEY COMPONENTS OF RESULTS OF OPERATIONS**

*Net revenues*

We generate revenue primarily from the (i) sale of cloud platform products, (ii) technology development service, (iii) sale of software products, (iv) M&S service, and (v) sale of hardware products. For the years ended December 31, 2020, 2021 and 2022, our total revenue was US$13.86 million, US$32.52 million and US$48.18 million, respectively.

The following table sets forth the components of our net revenues by amounts and percentages of our total net revenues for the periods presented:

| | For the Years Ended December 31, | | | | | |
| | 2020 | | 2021 | | 2022 | |
| | USD | % | USD | % | USD | % |
|---|---|---|---|---|---|---|
| Sale of cloud platform products | - | - | 5,550,959 | 17.1% | 25,742,135 | 53.4% |
| Technology development service | 6,404,394 | 46.2% | 9,246,992 | 28.4% | 16,419,889 | 34.1% |
| Sale of software products | 5,098,730 | 36.8% | 14,878,256 | 45.8% | 3,547,113 | 7.4% |
| M&S service | 1,937,887 | 14.0% | 2,772,795 | 8.5% | 2,429,526 | 5.0% |
| Sale of hardware products | 415,723 | 3.0% | 75,011 | 0.2% | 46,295 | 0.1% |
| **Total** | **13,856,734** | **100.0%** | **32,524,013** | **100.0%** | **48,184,958** | **100.0%** |

*Cost of revenues*

Our cost of revenues primarily consists of the following components: (i) staff costs (salaries and employee benefits), (ii) cost of materials, which primarily includes software and hardware purchased, (iii) cloud hosting service fees, and (iv) overhead costs relating to consumables and office expenses used for production.

The following table sets forth the components of our cost of revenues by amounts and percentages of net revenues for the periods presented:

| | For the Years Ended December 31, | | | | | |
| | 2020 | | 2021 | | 2022 | |
| | USD | % | USD | % | USD | % |
|---|---|---|---|---|---|---|
| Cost of materials | 1,498,661 | 10.8% | 1,353,687 | 4.2% | 8,249,674 | 17.1% |
| Staff costs | 5,405,015 | 39.0% | 5,636,003 | 17.3% | 7,499,583 | 15.6% |
| Cloud hosting services fees | - | - | 3,671,322 | 11.3% | 1,313,492 | 2.7% |
| Others | 324,370 | 2.3% | 224,719 | 0.7% | 316,395 | 0.7% |
| **Total** | **7,228,046** | **52.1%** | **10,885,731** | **33.5%** | **17,379,144** | **36.1%** |

*M&S service*

We provide M&S services for software products contracts which consist of future software updates, upgrades, and enhancements as well as technical product support services, and the provision of updates and upgrades on a when-and-if-available basis. The revenue from sales of M&S service decreased by 12.4% from US$2.77 million for the year ended December 31, 2021 to US$2.43 million for the year ended December 31, 2022, primarily due to the decrease of sale of software products, and the accompanying M&S services also decreased.

*Sale of hardware products*

Our hardware products sold to customers comprising the hardware designed for specific needs. The revenue from sales of hardware products decreased by 38.3% from US$0.08 million for the year ended December 31, 2021 to US$0.05 million for the year ended December 31, 2022.

**Cost of revenues**

Our cost of revenues increased by 59.7% from US$10.89 million for the year ended December 31, 2021 to US$17.38 million for the year ended December 31, 2022, which was primarily attributed to increase cost of materials, and partially offset by the decreased cloud hosting services fees:

● The cost of materials increased by 509.4% from US$1.35 million for the year ended December 31, 2021 to the US$8.25 million for the year ended December 31,2022. The increase of cost of materials in 2022 was primarily for the completion of technology development for Intelligent Platform Technical Service Agreement and Intelligent Virtual Simulation Platform Technical Service Agreement, and software products upgrade demand from customers.

● Staff costs increased by 33.1% from US$5.64 million for the year ended December 31, 2021 to US$7.50 million for the year ended December 31, 2022, primarily due to the fact that we provided more labor investment to support increased sale of cloud platform products and the continuing services provided to maintain the operation of Drawing Platform.

● Cloud hosting services fees decreased by 64.2% from US$3.67 million for the year ended December 31, 2021 to the US$1.31 million for the year ended December 31,2022, primarily due to our improved utilization of the cloud hosting services to reduce idle cost.

**Gross Profit and Gross Profit Margin**

We have different types of products and services that have different profit margins. For the years ended December 31, 2021 and 2022, our gross profit was US$21.64 million and US$30.81 million, respectively, and our gross profit margins were 66.5% and 63.9%, respectively.

Gross profit for sales increased by 42.4%, but the gross margins decreased slightly, primarily impacted by the technology development services to develop Intelligent Platform related to education products, and Intelligent Virtual Simulation Platform, both with high cost of materials and lower margins.

**Selling expenses**

Our selling expenses decreased by 15.3% from US$4.62 million for the year ended December 31, 2021 to US$3.91 million for the year ended December 31, 2022, which was primarily attributable to (i) a decreased travel expenses and entertainment expenses of US$0.26 million due to the lock-down of Shanghai from March to May in 2022, and (ii) decreased staff salary of US$0.30 million in 2022.

*General and administrative expenses*

Our general and administrative expenses decreased by 9.4% from US$6.66 million for the year ended December 31, 2021 to US$6.03 million for the year ended December 31, 2022, which was primarily attributable to (i) a decrease in professional service expenses of US$0.62 million as we recorded Initial Public Offering related professional service fees into deferred offering costs, and (ii) decreased rental and utilities expenses of US$0.42 million, primarily due to one of Hong Kong offices termination of the lease, partially offset by (i) increased bad debt expenses related to receivables of US$0.52 million.

*Research and development expenses*

Our research and development expenses increased by US$18.64 million from US$5.36 million for the year ended December 31, 2021 to US$24.00 million for the year ended December 31, 2022, which was primarily attributable to the increase of professional service fee of US$18.8 million for industrial internet platform research and other cloud platform products.

*Other income/(loss), net*

Other income primarily consists of: (i) government grants, which primarily include government support for project development; (ii) interest expense of borrowings from banks and third parties; (iii) investment gain/(loss), which represent gain or losses from long-term equity investment; and (iv) non-operating expenses, which primarily includes the loss of disposal of non-current assets.

The other loss was US$2.21 million for the year ended December 31, 2022, compared with the other loss amounted to US$1.08 million for the year ended December 31, 2021. The fluctuation was mainly due to the decrease of the government grants and the increase of interest expenses. We recognized government subsidies for scientific research in the amount of US$0.85 million and US$0.22 million for the years ended December 31, 2021 and 2022, respectively. In addition, we recognized interest expenses of US$1.87 million and US$2.44 million for the years ended December 31, 2021 and 2022, respectively.

*Income tax benefits/(expenses)*

Income tax expenses were US$0.66 million in 2022, compared with income tax expenses of US$0.55 million in 2021. The fluctuation was primarily due to the increase valuation allowance of deferred tax assets we recognized in 2022, We will invest significantly in the research and development to improve our products and service, and as we are entitled to an additional deduction of 100% of research and development expenses from January 1, 2023, we expect it more likely than not that all of the deferred tax assets will not be realized as the VIE is not expect to generate enough taxable income to utilize all of the deferred tax assets in the future, and thus, we recognized an additional $1.72 million of valuation allowance of the deferred tax assets of the VIE.

*Net income*

As a result of the foregoing, we had net loss of US$6.01 million in 2022, compared with a net income of US$3.37 million in 2021.

**Comparison of Years Ended December 31, 2020 and 2021**

*Net revenues*

*Sale of software products*

Our software products sold to customers comprising customized software products for specific needs. The revenue from sales of software products increased by 191.8% from US$5.10 million for the year ended December 31, 2020 to US$14.88 million for the year ended December 31, 2021, primarily due to two major contracts signed in 2021, providing smart graphic review software products amounted to US$11.88 million and technical services amounted to US$1.51 million, respectively.

We entered into an Intelligent Drawing Review Platform License Agreement (the "License Agreement"). Pursuant to the terms of the License Agreement, we agreed to provide China Construction with the Drawing Platform. The Drawing Platform was delivered, installed and commissioned in accordance with the License Agreement in 2021. The revenue recognized for license of the Drawing Platform was US$11.88 million in 2021.

*Technology development service*

Our technology development service provided to customers comprises customized technology development services for specific needs. The revenue from technology development service increased by 44.4% from US$6.40 million for the year ended December 31, 2020 to US$9.25 million for the year ended December 31, 2021.

In connection with the License Agreement, we also entered into the Support Agreement with the customer, which was described under "Net revenues of Comparison of Years Ended December 31, 2021 and 2022" immediately above. Pursuant to the terms of the Support Agreement, we have agreed to provide technical support and co-operation of the Drawing Platform for a term of three years. During the term of the Support Agreement, the customer, with the consent of us, may license the use of the Drawing Platform to third parties. In such event, we shall be entitled to receive 30% of the license fee paid to the customer by any third party. The revenue recognized of technical services for the Drawing Platform was US$1.51 million in 2021.

*Sale of cloud platform products*

Our cloud platform products, which is a newly established revenue stream in 2021, consist of standardized software products uploaded to our cloud platform. The revenue from sales of cloud platform products increased from nil for the year ended December 31, 2020 to US$5.55 million for the year ended December 31, 2021.

*M&S service*

We provide M&S services for software products contracts which consist of future software updates, upgrades, and enhancements as well as technical product support services, and the provision of updates and upgrades on a when-and-if-available basis. The revenue from sales of M&S service increased by 43.1% from US$1.94 million for the year ended December 31, 2020 to US$2.78 million for the year ended December 31, 2021, primarily due to more residence service provided to customers in 2021.

**Cost of revenues**

Our cost of revenues increased by 50.6% from US$7.23 million for the year ended December 31, 2020 to US$10.89 million for the year ended December 31, 2021, which was primarily attributable to the increased cost of US$3.67 million in cloud hosting services fees for the new revenue stream. Staff costs increased by 4.3% from US$5.41 million for the year ended December 31, 2020 to US$5.64 million for the year ended December 31, 2021, primarily due to increased salaries of technical personnel. Cost of materials decreased by 9.7% from US$1.50 million for the year ended December 31, 2020 to US$1.35 million for the year ended December 31, 2021, primarily due to decreased demand of hardware products.

**Gross Profit and Gross Profit Margin**

Gross profit represents our revenue less cost of sales. Our gross profit margin represents our gross profit as a percentage of our revenue. We have different types of products and services that have different profit margins. For the years ended December 31, 2020 and 2021, our gross profit was US$6.63 million and US$21.64 million, respectively, and our gross profit margins were 47.8% and 66.5%, respectively.

Gross profit for sales increased by 226.4%, primarily due to the major contract of smart graphic review software products sales incurred less cost of revenues. For this major contract, our technology accumulation has reached a milestone and the software products required minimal cost to update or customize, resulting in high profit margin.

**Selling expenses**

Our selling expenses increased by 1.2% from US$4.57 million for the year ended December 31, 2020 to US$4.62 million for the year ended December 31, 2021, which remained relatively stable. We have accumulated customer resources for years and signed several major contracts in 2021.

78

*General and administrative expenses*

Our general and administrative expenses increased by 16.9% from US$5.69 million for the year ended December 31, 2020 to US$6.66 million for the year ended December 31, 2021, which was primarily attributable to (i) an increase in bad debt expenses related to receivables from third parties of US$1.38 million, which lent to former business partners of us prior to fiscal year of 2019, and (ii) increased professional services fees of US$0.53 million, partially offset by (i) decreased bad debt expenses related to customer receivables of US$0.49 million due to amount received from customers, (ii) decreased rental expenses of US$0.36 million, and (iii) decreased staff salaries and benefits of US$0.16 million in 2021.

*Research and development expenses*

Our research and development expenses increased by 26.6% from US$4.24 million for the year ended December 31, 2020 to US$5.36 million for the year ended December 31, 2021, which was primarily attributable to the increase of salaries for research staff of US$0.69 million and professional service fee of US$0.31 million.

*Other income/(loss), net*

Other income primarily consists of: (i) government grants, which primarily include government support for project development; (ii) interest expense of borrowings from banks and third parties; (iii) investment gain/(loss), which represent gain or losses from long-term equity investment; and (iv) non-operating expenses, which primarily includes the loss of disposal of non-current assets.

The other income was US$0.58 million for the year ended December 31, 2020, compared with the other loss was US$1.08 million for the year ended December 31, 2021. The fluctuation was mainly due to the decrease of the government grants and the increase of interest expenses. We recognized government subsidies for scientific research in the amount of US$1.70 million and US$0.85 million for the years ended December 31, 2020 and 2021, respectively. In addition, we recognized interest expenses of US$1.03 million and US$1.87 million for the years ended December 31, 2020 and 2021, respectively.

*Income tax benefits/(expenses)*

Income tax expense was US$0.55 million in 2021, compared with income tax benefit was US$0.24 million in 2020. The fluctuation was primarily due to the increase in income.

*Net income*

As a result of the foregoing, we earned net income of US$3.37 million in 2021, compared with a net loss of US$7.06 million in 2020.

**B. *Liquidity and Capital Resources.***

As of December 31, 2021 and 2022, we had US$1.31 million and US$1.03 million in cash and cash equivalents, respectively. Our cash and cash equivalents primarily consist of cash on hand. As of December 31, 2022, the VIE had total expected cash payment of US$4.34 million of convertible loans, including principal and interests. The VIE intends to settle the remaining balance of the convertible loans by cash through cash flow from operations, bank borrowings and other financing sources including financial support from related parties. From January to April, 2023, Fumei Shi, Sunny Concord International Ltd., Senbiao Hu, Guoqiang Chen and Jun Xu entered into a series of extension agreements with the VIE. In the latest extension agreement in April 2023, Guoqiang Chen, Sunny Concord International Ltd. and Jun Xu extended the maturity date of convertible loans to May 31, 2023 with annual interest rate of 12%, 15% and 15%, respectively. Pursuant to the extension agreements, the loans would be settled in cash without conversion options.

In March and April, 2023, the VIE has repaid principal and interest of the convertible loans to Senbiao Hu and Fumei Shi, in amount of US$0.46 million and US$1.77 million, respectively.

| Condensed Consolidating Schedule of Results of Operations | For the year ended December 31, 2020 | | | | | |
|---|---|---|---|---|---|---|
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net revenues | - | 13,856,734 | - | - | - | 13,856,734 |
| Cost of revenues | - | (7,228,046) | - | - | - | (7,228,046) |
| **Gross profit** | **-** | **6,628,688** | **-** | **-** | **-** | **6,628,688** |
| Operating expenses | - | (14,498,268) | - | - | - | (14,498,268) |
| Loss of VIE and VIE's subsidiaries absorbed by WFOE | - | - | (6,808,365) | - | 6,808,365 | - |
| Share of loss in subsidiaries | (6,808,365) | - | - | - | 6,808,365 | - |
| **Total operating expenses** | **(6,808,365)** | **(14,498,268)** | **(6,808,365)** | **-** | **13,616,730** | **(14,498,268)** |
| **Loss from operations** | **(6,808,365)** | **(7,869,580)** | **(6,808,365)** | **-** | **13,616,730** | **(7,869,580)** |
| Other income | - | 577,684 | - | - | - | 577,684 |
| Income tax benefits | - | 235,854 | - | - | - | 235,854 |
| **Net loss** | **(6,808,365)** | **(7,056,042)** | **(6,808,365)** | **-** | **13,616,730** | **(7,056,042)** |
| Net loss attributable to non-controlling interests | - | (247,677) | - | - | - | (247,677) |
| Net loss attributable to XIAO-I CORPORATION shareholders | (6,808,365) | (6,808,365) | - | - | 6,808,365 | (6,808,365) |

| Condensed Consolidating Schedule of Cash Flows | For the year ended December 31, 2020 | | | | | |
|---|---|---|---|---|---|---|
| | Parent | VIEs and their consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net cash used in operating activities | - | (3,463,094) | - | - | - | (3,463,094) |
| Net cash used in investing activities | - | (25,825) | - | - | - | (25,825) |
| Net cash provided by financing activities | - | 1,792,682 | - | - | - | 1,792,682 |
| Effect of exchange rate changes | - | (797,954) | - | - | - | (797,954) |
| Net change in cash, cash equivalents and restricted cash | - | (2,494,191) | - | - | - | (2,494,191) |
| Cash, cash equivalents and restricted cash, at beginning of year | 1,105 | 3,320,111 | - | 4 | - | 3,321,220 |
| Cash, cash equivalents and restricted cash, at end of year | 1,105 | 825,920 | - | 4 | - | 827,029 |

97

| Condensed Consolidating Schedule of Financial Position | As of December 31, 2021 | | | | | |
|---|---|---|---|---|---|---|
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| **Assets** | | | | | | |
| **Current assets:** | | | | | | |
| Cash and cash equivalents | 1,105 | 1,310,737 | - | 4 | - | 1,311,846 |
| Accounts receivable, net | - | 31,184,779 | - | - | - | 31,184,779 |
| Amounts due from related parties | - | 391,919 | - | - | - | 391,919 |
| Inventories | - | 768,762 | - | - | - | 768,762 |
| Contract costs | - | 1,669,519 | - | - | - | 1,669,519 |
| Deferred offering costs | - | - | - | - | - | - |
| Advance to suppliers | | 90,350 | | | | 90,350 |
| Prepaid expenses and other current assets, net | 4 | 388,844 | - | - | - | 388,848 |
| **Total current assets** | **1,109** | **35,804,910** | **-** | **4** | **-** | **35,806,023** |
| | | | | | | |
| **Non-current assets:** | | | | | | |
| Property and equipment, net | - | 207,989 | - | - | - | 207,989 |
| Intangible assets, net | - | 798,459 | - | - | - | 798,459 |
| Long-term investment | - | 335,448 | - | - | - | 335,448 |
| Right of use assets | - | 1,194,859 | - | - | - | 1,194,859 |
| Deferred tax assets, net | - | 4,906,287 | - | - | - | 4,906,287 |
| Prepaid expenses and other, non-current assets | - | 3,941,346 | - | - | - | 3,941,346 |
| **Total non-current assets** | **-** | **11,384,388** | **-** | **-** | **-** | **11,384,388** |
| | | | | | | |
| **TOTAL ASSETS** | **1,109** | **47,189,298** | **-** | **4** | **-** | **47,190,411** |
| | | | | | | |
| **Liabilities** | | | | | | |
| **Current liabilities:** | | | | | | |
| Short-term borrowings | - | 9,117,158 | - | - | - | 9,117,158 |
| Accounts payable | - | 5,581,879 | - | - | - | 5,581,879 |
| Amount due to related parties-current | - | 1,558,642 | - | - | - | 1,558,642 |
| Deferred revenue | - | 2,953,238 | - | - | - | 2,953,238 |
| Convertible loans | - | 5,717,737 | - | - | - | 5,717,737 |
| Accrued liabilities and other current liabilities | - | 10,316,428 | - | 4 | - | 10,316,432 |
| Lease liabilities, current | - | 800,658 | - | - | - | 800,658 |
| Income tax payable | - | 17,904 | - | - | - | 17,904 |
| Deficit of VIE and VIE's subsidiaries absorbed by WFOE | - | - | 190,267 | - | (190,267) | - |
| Investment deficit in subsidiaries | 190,267 | - | - | - | (190,267) | - |
| **Total current liabilities** | **190,267** | **36,063,644** | **190,267** | **4** | **(380,534)** | **36,063,648** |
| | | | | | | |
| **Non-current liabilities:** | | | | | | |
| Amount due to related parties-non current | - | 8,905,313 | - | - | - | 8,905,313 |
| Accrued liabilities, non-current | - | 5,157,971 | - | - | - | 5,157,971 |
| Lease liabilities, non-current | - | 446,140 | - | - | - | 446,140 |
| **Total non-current liabilities** | **-** | **14,509,424** | **-** | **-** | **-** | **14,509,424** |
| | | | | | | |
| **TOTAL LIABILITIES** | **190,267** | **50,573,068** | **190,267** | **4** | **(380,534)** | **50,573,072** |
| | | | | | | |
| **Shareholders' deficit** | | | | | | |
| Ordinary shares | 1,106 | - | - | - | - | 1,106 |
| Additional paid-in capital | 75,621,294 | 75,621,294 | - | - | (75,621,294) | 75,621,294 |
| Statutory reserve | 237,486 | 237,486 | - | - | (237,486) | 237,486 |
| Accumulated deficit | (72,584,621) | (72,584,621) | (190,267) | - | 72,774,888 | (72,584,621) |
| Accumulated other comprehensive loss | (3,464,423) | (3,464,426) | - | - | 3,464,426 | (3,464,423) |
| **XIAO-I CORPORATION shareholders' deficit** | **(189,158)** | **(190,267)** | **(190,267)** | **-** | **380,534** | **(189,158)** |
| Non-controlling interests | - | (3,193,503) | - | - | - | (3,193,503) |
| **Total shareholders' deficit** | **(189,158)** | **(3,383,770)** | **(190,267)** | **-** | **380,534** | **(3,382,661)** |
| **TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT** | **1,109** | **47,189,298** | **-** | **4** | **-** | **47,190,411** |

| Condensed Consolidating Schedule of Results of Operations | For the year ended December 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net revenues | - | 32,524,013 | - | - | - | 32,524,013 |
| Cost of revenues | - | (10,885,731) | - | - | - | (10,885,731) |
| **Gross profit** | **-** | **21,638,282** | **-** | **-** | **-** | **21,638,282** |
| Operating expenses | - | (16,641,273) | - | - | - | (16,641,273) |
| Income of VIE and VIE's subsidiaries absorbed by WFOE | - | - | 3,677,813 | - | (3,677,813) | - |
| Share of income in subsidiaries | 3,677,813 | - | - | - | (3,677,813) | - |
| **Total operating expenses** | **3,677,813** | **(16,641,273)** | **3,677,813** | **-** | **(7,355,626)** | **(16,641,273)** |
| **Income from operations** | **3,677,813** | **4,997,009** | **3,677,813** | **-** | **(7,355,626)** | **4,997,009** |
| Other loss | - | (1,079,652) | - | - | - | (1,079,652) |
| Income tax expenses | - | (552,355) | - | - | - | (552,355) |
| **Net income** | **3,677,813** | **3,365,002** | **3,677,813** | **-** | **(7,355,626)** | **3,365,002** |
| Net loss attributable to non-controlling interests | - | (312,811) | - | - | - | (312,811) |
| Net income attributable to XIAO-I CORPORATION shareholders | 3,677,813 | 3,677,813 | - | - | (3,677,813) | 3,677,813 |

| Condensed Consolidating Schedule of Cash Flows | For the year ended December 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIEs and their consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net cash used in operating activities | - | (11,887,122) | - | - | - | (11,887,122) |
| Net cash provided by investing activities | - | 77,259 | - | - | - | 77,259 |
| Net cash provided by financing activities | - | 12,192,952 | - | - | - | 12,192,952 |
| Effect of exchange rate changes | - | 101,728 | - | - | - | 101,728 |
| Net change in cash, cash equivalents and restricted cash | - | 484,817 | - | - | - | 484,817 |
| Cash, cash equivalents and restricted cash, at beginning of year | 1,105 | 825,920 | - | 4 | - | 827,029 |
| Cash, cash equivalents and restricted cash, at end of year | 1,105 | 1,310,737 | - | 4 | - | 1,311,846 |

99

| Condensed Consolidating Schedule of Financial Position | As of December 31, 2022 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Assets | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | 1,104 | 1,025,141 | - | - | - | 1,026,245 |
| Accounts receivable, net | - | 41,362,705 | - | - | - | 41,362,705 |
| Amounts due from related parties | - | 346,517 | - | - | - | 346,517 |
| Inventories | - | 768,216 | - | - | - | 768,216 |
| Contract costs | - | 2,012,309 | - | - | - | 2,012,309 |
| Deferred offering costs | - | 1,330,902 | - | - | - | 1,330,902 |
| Advance to suppliers | - | 1,115,672 | - | - | - | 1,115,672 |
| Prepaid expenses and other current assets, net | 2 | 460,850 | 1 | 1 | - | 460,854 |
| Total current assets | 1,106 | 48,422,312 | 1 | 1 | - | 48,423,420 |
| | - | - | | | | |
| Non-current assets: | | | | | | |
| Property and equipment, net | - | 219,470 | - | - | - | 219,470 |
| Intangible assets, net | - | 637,114 | - | - | - | 637,114 |
| Long-term investment | - | 204,899 | 2,647,593 | - | - | 2,852,492 |
| Right of use assets | - | 865,399 | - | - | - | 865,399 |
| Deferred tax assets, net | - | 3,888,574 | - | - | - | 3,888,574 |
| Prepaid expenses and other, non-current assets | - | 3,697,675 | - | - | - | 3,697,675 |
| Total non-current assets | - | 9,513,131 | 2,647,593 | - | - | 12,160,724 |
| | | - | | | | |
| TOTAL ASSETS | 1,106 | 57,935,443 | 2,647,594 | 1 | - | 60,584,144 |
| | | - | | | | |
| Liabilities | | | | | | |
| Current liabilities: | | | | | | |
| Short-term borrowings | - | 18,784,459 | - | - | - | 18,784,459 |
| Accounts payable | - | 9,180,532 | - | - | - | 9,180,532 |
| Amount due to related parties-current | - | 896,431 | - | - | - | 896,431 |
| Deferred revenue | - | 2,553,808 | - | - | - | 2,553,808 |
| Convertible loans | - | 3,754,269 | - | - | - | 3,754,269 |
| Accrued expenses and other current liabilities | - | 17,006,680 | 30 | 3 | - | 17,006,713 |
| Lease liabilities, current | - | 435,462 | - | - | - | 435,462 |
| Deficit of VIE and VIE's subsidiaries absorbed by WFOE | - | - | 5,887,042 | - | (5,887,042) | - |
| Investment deficit in subsidiaries | 5,887,042 | - | - | - | (5,887,042) | - |
| Total current liabilities | 5,887,042 | 52,611,641 | 5,887,072 | 3 | (11,774,084) | 52,611,674 |
| | | | | | | |
| Non-current liabilities: | | | | | | |
| Amount due to related parties-non current | - | 8,581,743 | - | - | - | 8,581,743 |
| Accrued liabilities, non-current | - | 5,391,664 | 2,682,248 | - | - | 8,073,912 |
| Lease liabilities, non-current | - | 300,974 | - | - | - | 300,974 |
| Total non-current liabilities | - | 14,274,381 | 2,682,248 | - | - | 16,956,629 |
| | | | | | | |
| TOTAL LIABILITIES | 5,887,042 | 66,886,022 | 8,569,320 | 3 | (11,774,084) | 69,568,303 |
| | | - | | | | |
| Shareholders' deficit | | | | | | |
| Ordinary shares | 1,106 | - | - | - | - | 1,106 |
| Additional paid-in capital | 75,621,294 | 75,621,294 | - | - | (75,621,294) | 75,621,294 |
| Statutory reserve | 237,486 | 237,486 | - | - | (237,486) | 237,486 |
| Accumulated deficit | (78,483,156) | (78,447,606) | (5,922,592) | (2) | 84,370,200 | (78,483,156) |
| Accumulated other comprehensive loss | (3,262,666) | (3,263,530) | 866 | - | 3,262,664 | (3,262,666) |
| XIAO-I CORPORATION shareholders' deficit | (5,885,936) | (5,852,356) | (5,921,726) | (2) | 11,774,084 | (5,885,936) |
| Non-controlling interests | | (3,098,223) | | | - | (3,098,223) |
| Total shareholders' deficit | (5,885,936) | (8,950,579) | (5,921,726) | (2) | 11,774,084 | (8,984,159) |
| TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT | 1,106 | 57,935,443 | 2,647,594 | 1 | - | 60,584,144 |

| Condensed Consolidating Schedule of Results of Operations | For the year ended December 31, 2022 | | | | | |
|---|---|---|---|---|---|---|
| | Parent | VIE and its consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net revenues | - | 48,184,958 | - | - | - | 48,184,958 |
| Cost of revenues | - | (17,379,144) | - | - | - | (17,379,144) |
| Gross profit | **-** | **30,805,814** | **-** | **-** | **-** | **30,805,814** |
| Operating expenses | - | (33,941,593) | - | - | - | (33,941,593) |
| Income of VIE and VIE's subsidiaries absorbed by WFOE | - | - | (5,898,535) | - | 5,898,535 | - |
| Share of income in subsidiaries | (5,898,535) | - | - | - | 5,898,535 | - |
| Total operating expenses | **(5,898,535)** | **(33,941,593)** | **(5,898,535)** | **-** | **11,797,070** | **(33,941,593)** |
| Loss from operations | **(5,898,535)** | **(3,135,779)** | **(5,898,535)** | **-** | **11,797,070** | **(3,135,779)** |
| Other loss | - | (2,173,328) | (35,550) | (2) | - | (2,208,880) |
| Income tax expenses | - | (660,655) | - | - | - | (660,655) |
| Net loss | **(5,898,535)** | **(5,969,762)** | **(5,934,085)** | **(2)** | **11,797,070** | **(6,005,314)** |
| Net loss attributable to non-controlling interests | - | (106,779) | - | - | - | (106,779) |
| Net loss attributable to XIAO-I CORPORATION shareholders | (5,898,535) | (5,898,535) | - | - | 5,898,535 | (5,898,535) |

| Condensed Consolidating Schedule of Cash Flows | For the year ended December 31, 2022 | | | | | |
|---|---|---|---|---|---|---|
| | Parent | VIEs and their consolidated subsidiaries | WFOE | Other Subsidiaries | Elimination Adjustments | Consolidated Total |
| | | | (in U.S. dollars) | | | |
| Net cash used in operating activities | (1) | (10,923,345) | - | - | - | (10,923,346) |
| Net cash used in investing activities | - | (107,122) | (2,749,294) | - | - | (2,856,416) |
| Net cash provided by financing activities | - | 10,757,306 | 2,749,294 | - | - | 13,506,600 |
| Effect of exchange rate changes | - | (12,435) | (4) | - | - | (12,439) |
| Net change in cash, cash equivalents and restricted cash | (1) | (285,596) | - | (4) | - | (285,601) |
| Cash, cash equivalents and restricted cash, at beginning of year | 1,105 | 1,310,737 | - | 4 | - | 1,311,846 |
| Cash, cash equivalents and restricted cash, at end of year | 1,104 | 1,025,141 | - | - | - | 1,026,245 |

As of the date of this annual report, cash was transferred among the Company, WFOE, other subsidiaries of the Company, the VIE and its consolidated subsidiaries, in the following manners: (i) the Company provided a total of US$10,000,550 in cash to its other subsidiaries while other subsidiaries transferred US$4,500 to the Company; (ii) Other subsidiaries of the Company provided a total of US$10,000,000 in cash to WFOE; (iii) WFOE provided a total of US$9,859,073 (RMB68,000,000) to VIE and its subsidiaries while VIE and its subsidiaries transferred US$36,247 (RMB250,000) to WFOE; (iv) VIE and its subsidiaries transferred US$8,000 to other subsidiaries of the Company. The aforementioned cash transfers were generally for working capital purpose among the Company, WFOE, VIE and its consolidated subsidiaries, and other subsidiaries. Xiao-I intends to keep any future earnings to finance the expansion of its business, and it does not anticipate that any cash dividends will be paid in the foreseeable future.

The Company, WFOE, the VIE and its consolidated subsidiaries maintain cash management policies that dictate the purpose, amount, appropriate internal control procedures on the handling, depositing, receiving, transferring, safeguarding, and documentation and recording of cash transfers. Subject to the amounts of cash transfer and the nature of the use of funds, requisite internal approval shall be obtained prior to each cash transfer. Specifically, all transactions require the approval of the financial manager. As for the large quantity transactions, the Chief Financial Officer and Chief Executive Officer are required to conduct regular review and approve.

Under Cayman Islands law, a company may be wound up by either an order of the courts of the Cayman Islands or by a special resolution of its members or, if the company is unable to pay its debts, by an ordinary resolution of its members. The court has authority to order winding up in a number of specified circumstances including where it is, in the opinion of the court, just and equitable to do so.

*Variation of Rights of Shares*. Under the Delaware General Corporation Law, a corporation may vary the rights of a class of shares with the approval of a majority of the outstanding shares of such class, unless the certificate of incorporation provides otherwise. Under our amended and restated memorandum and articles of association, if our share capital is divided into more than one class of shares, the rights attached to any such class may only be materially adversely varied with the sanction of a resolution passed by a majority of two-thirds of the votes cast at a separate meeting of the holders of the shares of that class.

Amendment of Governing Documents. Under the Delaware General Corporation Law, a corporation's governing documents may be amended with the approval of a majority of the outstanding shares entitled to vote, unless the certificate of incorporation provides otherwise. Under Cayman Islands law, our amended and restated memorandum and articles of association may only be amended with a special resolution of our shareholders.

*Rights of Non-resident or Foreign Shareholders*. There are no limitations imposed by our amended and restated memorandum and articles of association on the rights of non-resident or foreign shareholders to hold or exercise voting rights on our shares. In addition, there are no provisions in our amended and restated memorandum and articles of association governing the ownership threshold above which shareholder ownership must be disclosed.

*Anti-Money Laundering - Cayman Islands*. In order to comply with legislation or regulations aimed at the prevention of money laundering, the Company may be required to adopt and maintain anti-money laundering procedures, and may require subscribers to provide evidence to verify their identity. Where permitted, and subject to certain conditions, the Company may also delegate the maintenance of our anti-money laundering procedures (including the acquisition of due diligence information) to a suitable person.

The Company reserves the right to request such information as is necessary to verify the identity of a subscriber. In the event of delay or failure on the part of the subscriber in producing any information required for verification purposes, we may refuse to accept the application, in which case any funds received will be returned without interest to the account from which they were originally debited.

The Company also reserves the right to refuse to make any redemption payment to a shareholder if directors or officers suspect or are advised that the payment of redemption proceeds to such shareholder might result in a breach of applicable anti-money laundering or other laws or regulations by any person in any relevant jurisdiction, or if such refusal is considered necessary or appropriate to ensure compliance with any such laws or regulations in any applicable jurisdiction.

**C. *Material Contracts.***

Except as otherwise disclosed in this Annual Report (including the exhibits thereto), we are not currently, and have not been in the last two years, party to any material contract, other than contracts entered into in the ordinary course of business.

**D. *Exchange Controls.***

*Regulations on Foreign Currency Exchange*

Under the PRC Foreign Currency Administration Rules promulgated on January 29, 1996 and last amended on August 5, 2008 and various regulations issued by SAFE and other relevant PRC government authorities, payment of current account items in foreign currencies, such as trade and service payments, payment of interest and dividends can be made without prior approval from SAFE by following the appropriate procedural requirements. By contrast, the conversion of RMB into foreign currencies and remittance of the converted foreign currency outside the PRC for the purpose of capital account items, such as direct equity investments, loans and repatriation of investment, requires prior approval from SAFE or its local office.

On February 13, 2015, SAFE promulgated the Circular on Simplifying and Improving the Foreign Currency Management Policy on Direct Investment, effective from June 1, 2015, which cancels the requirement for obtaining approvals of foreign exchange registration of foreign direct investment and overseas direct investment from SAFE. The application for the registration of foreign exchange for the purpose of foreign direct investment and overseas direct investment may be filed with qualified banks, which, under the supervision of SAFE, may review the application and process the registration.

SAFE promulgated the Notice of the State Administration of Foreign Exchange on Reforming the Administration of Foreign Exchange Settlement of Capital of Foreign-invested Enterprises, or SAFE Circular 19, effective in June 2015. According to SAFE Circular 19, the flow and use of the RMB capital converted from foreign currency-denominated registered capital of a foreign-invested company is regulated such that RMB capital may not be used for the issuance of RMB entrusted loans, the repayment of inter-enterprise loans or the repayment of banks loans that have been transferred to a third party. Although SAFE Circular 19 allows RMB capital converted from foreign currency-denominated registered capital of a foreign-invested enterprise to be used for equity investments within the PRC, it also reiterates the principle that RMB converted from the foreign currency-denominated capital of a foreign-invested company may not be directly or indirectly used for purposes beyond its business scope. SAFE promulgated the Notice of the State Administration of Foreign Exchange on Reforming and Standardizing the Foreign Exchange Settlement Management Policy of Capital Account, or SAFE Circular 16, effective in June 2016, which reiterates some of the rules set forth in SAFE Circular 19, but changes the prohibition against using RMB capital converted from foreign currency-denominated registered capital of a foreign-invested company to issue RMB entrusted loans to a prohibition against using such capital to issue loans to non-associated enterprises. SAFE Circular 19 and SAFE Circular 16 may significantly limit our ability to transfer any foreign currency we hold, including the net proceeds from our initial public offering, to our PRC subsidiary, which may adversely affect our liquidity and our ability to fund and expand our business in the PRC. On October 23, 2019, SAFE issued Notice of the State Administration of Foreign Exchange on Further Promoting the Facilitation of Cross-border Trade and Investment, or the Circular 28. Circular 28 allows non-investment foreign-invested enterprises to use their capital funds to make equity investments in China, provided that such investments do not violate the Negative List and the target investment projects are genuine and in compliance with PRC laws. Since Circular 28 was issued only recently, its interpretation and implementation in practice are still subject to substantial uncertainties.

On January 26, 2017, SAFE promulgated the Circular on Further Improving Reform of Foreign Exchange Administration and Optimizing Genuineness and Compliance Verification, or SAFE Circular 3, which stipulates several capital control measures with respect to the outbound remittance of profits from domestic entities to offshore entities, including (i) banks must check whether the transaction is genuine by reviewing board resolutions regarding profit distribution, original copies of tax filing records and audited financial statements, and (ii) domestic entities must retain income to account for previous years' losses before remitting any profits. Moreover, pursuant to SAFE Circular 3, domestic entities must explain in detail the sources of capital and how the capital will be used, and provide board resolutions, contracts and other proof as a part of the registration procedure for outbound investment.

In light of the various requirements imposed by PRC regulations on loans to and direct investment in PRC entities by offshore holding companies, and the fact that the PRC government may at its discretion restrict access to foreign currencies for current account transactions in the future, we cannot assure you that we will be able to complete the necessary government registrations or obtain the necessary government approvals on a timely basis, if at all, with respect to future loans to PRC subsidiaries or future capital contributions by us to our PRC subsidiary. As a result, uncertainties exist as to our ability to provide prompt financial support to our subsidiaries when needed. If we fail to complete such registrations or obtain such approvals, our ability to use our available funds to capitalize or otherwise fund our PRC operations may be negatively affected, which could materially and adversely affect our liquidity and our ability to fund and expand our business of our PRC subsidiary and consolidated affiliated entities.

*Regulations on Foreign Exchange Registration of Overseas Investment by PRC Residents*

SAFE issued the Circular on Relevant Issues Relating to Domestic Resident's Investment and Financing and Roundtrip Investment through Special Purpose Vehicles, or SAFE Circular 37, which became effective in July 2014, to replace the Circular of the State Administration of Foreign Exchange on Issues Concerning the Regulation of Foreign Exchange in Equity Finance and Roundtrip Investments by Domestic Residents through Offshore Special Purpose Vehicles, to regulate foreign exchange matters in relation to the use of special purpose vehicles, or SPVs, by PRC residents or entities to seek offshore investment and financing or conduct round trip investment in China. SAFE Circular 37 defines a SPV as an offshore entity established or controlled, directly or indirectly, by PRC residents or entities for the purpose of seeking offshore financing or making offshore investment, using legitimate onshore or offshore assets or interests, while "round trip investment" is defined as direct investment in China by PRC residents or entities through SPVs, namely, establishing foreign-invested enterprises to obtain the ownership, control rights and management rights. SAFE Circular 37 stipulates that, prior to making contributions into an SPV, PRC residents or entities be required to complete foreign exchange registration with SAFE or its local branch. In addition, SAFE promulgated the Notice on Further Simplifying and Improving the Administration of the Foreign Exchange Concerning Direct Investment in February 2015 (which amended SAFE Circular 37), as amended in 2019, local banks will examine and handle foreign exchange registration for overseas direct investment, including the initial foreign exchange registration and amendment registration, under SAFE Circular 37 from June 1, 2015.

PRC residents or entities who had contributed legitimate onshore or offshore interests or assets to SPVs but had not obtained registration as required before the implementation of the SAFE Circular 37 must register their ownership interests or control in the SPVs with qualified banks. An amendment to the registration is required if there is a material change with respect to the SPV registered, such as any change of basic information (including change of the PRC residents, name and operation term), increases or decreases in investment amount, transfers or exchanges of shares, and mergers or divisions. Failure to comply with the registration procedures set forth in SAFE Circular 37 and the subsequent notice, or making misrepresentation on or failure to disclose controllers of the foreign-invested enterprise that is established through round-trip investment, may result in restrictions being imposed on the foreign exchange activities of the relevant foreign-invested enterprise, including payment of dividends and other distributions, such as proceeds from any reduction in capital, share transfer or liquidation, to its offshore parent or affiliate, and the capital inflow from the offshore parent, and may also subject relevant PRC residents or entities to penalties under PRC foreign exchange administration regulations.

If our shareholders who are PRC residents or entities do not complete their registration with the local SAFE branches, our PRC subsidiary may be prohibited from distributing its profits and proceeds from any reduction in capital, share transfer or liquidation to us, and we may be restricted in our ability to contribute additional capital to our PRC subsidiary. Moreover, failure to comply with the SAFE registration described above could result in liability under PRC laws for evasion of applicable foreign exchange restrictions.

Currently, most of our shareholders have completed Circular 37 Registration and are in compliance. Some of our beneficial owners, who are PRC residents, have not completed the Circular 37 Registration. All our significant shareholders, directors and officers have completed Circular 37 Registration. We have asked our shareholders who are Chinese residents to make the necessary applications and filings as required by Circular 37. We attempt to comply and attempt to ensure that our shareholders who are subject to these rules comply, with the relevant requirements. We cannot, however, provide any assurances that all of our and future shareholders who are Chinese residents will comply with our request to make or obtain any applicable registration or comply with other requirements required by Circular 37 or other related rules. In addition, seven of our shareholders did not register according to the registration procedures stipulated in Circular 37 Registration of the SAFE when they conducted their other external investment activities unrelated to us. As a result, these shareholders may be subject to penalties themselves, and WFOE may be unable to open a new capital account with relevant banks within China according to their internal control policies and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate some of our shareholders' non-compliance with Circular 37. However, WFOE has successfully opened a new capital account with Bank of Ningbo recently. Apart from a small amount of the IPO proceeds reserved for overseas use, we were able to transfer the rest of the IPO proceeds from overseas to WFOE for VIE's product development and operations through both WFOE's new capital account with Bank of Ningbo and WFOE's pre-existing capital account with Agricultural Bank of China where WFOE has reserved foreign exchange quota. So long as there are no changes to PRC laws and regulations, or internal control policies of Bank of Ningbo, we are not aware of any substantial obstacles for WFOE to receive fund transfers from overseas in the near future. However, should there be any changes to PRC laws and regulations or internal control policies of Bank of Ningbo in the future, WFOE then may be restricted from transferring funds from overseas to its capital account with Bank of Ningbo as a result. We are trying to assist these shareholders with remedying their non-compliance with Circular 37, but we are not sure when we will be able to accomplish it. See "Item 3. Key Information-D. Risk Factors -Risks Related to Our Corporate Structure- Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents. As a result, these shareholders may be subject to penalties themselves, and WFOE may be unable to open a new capital account with relevant banks within China according to their internal control policies and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate the non-compliance," and "Item 3. Key Information-D. Risk Factors -Risks Related to Doing Business in China-PRC regulation of loans to, and direct investment in, PRC entities by offshore holding companies and governmental control of currency conversion may delay us from using our available funds to make loans to our PRC subsidiary and consolidated affiliated entities, or to make additional capital contributions to our PRC subsidiary, which could materially and adversely affect our liquidity and our ability to fund and expand the business of our PRC subsidiary and consolidated affiliated entities."

*Regulations on Dividend Distribution*

Distribution of dividends of foreign investment enterprises are mainly governed by the Foreign Investment Enterprise Law, issued in 1986 and amended in 2000 and 2016 respectively, and the Implementation Rules under the Foreign Investment Enterprise Law, issued in 1990 and amended in 2001 and 2014 respectively. Thus, dividends and distributions from WFOE and the VIE are subject to regulations and restrictions on dividends and payment to parties outside of China. These regulations permit payment of dividends to Xiao-I by WFOE only out of net income, if any, determined in accordance with PRC accounting standards and regulations. A PRC company is not permitted to distribute any profits until any losses from prior fiscal years have been offset by general reserve fund and profits (if general reserve fund is not enough). Profits retained from prior fiscal years may be distributed together with distributable profits from the current fiscal year. In addition, a wholly foreign-owned enterprise is required to set aside at least 10% of its accumulated after-tax profits each year, if any, to fund a certain statutory reserve fund, until the aggregate amount of such fund reaches 50% of its registered capital. As of December 31, 2022, our PRC operating entities had restricted amount of US$237,486 (RMB1,569,546) the reserve fund. Moreover, registered share capital and capital reserve accounts are also restricted from withdrawal in the PRC, up to the amount of net assets held in each operating subsidiary. We have not previously declared or paid cash dividends and we have no plan to declare or pay any dividends in the near future.

**E. *Taxation.***

The following summary of material Cayman Islands, PRC and U.S. federal income tax consequences of an investment in ADSs or Ordinary Shares is based upon laws and relevant interpretations thereof in effect as of the date of this annual report, all of which are subject to change. This summary does not deal with all possible tax consequences relating to an investment in ADSs or Ordinary Shares, such as the tax consequences under state, local and other tax laws.

**Cayman Islands Taxation**

The Cayman Islands currently levies no taxes on individuals or corporations based upon profits, income, gains or appreciation and there is no taxation in the nature of inheritance tax or estate duty. There are no other taxes likely to be material to investors levied by the government of the Cayman Islands except for stamp duties which may be applicable on instruments executed in, or, after execution, brought within the jurisdiction of the Cayman Islands. The Cayman Islands is a party to a double tax treaty entered with the United Kingdom in 2010 but is otherwise is not party to any double tax treaties which are applicable to any payments made to or by our company. There are no exchange control regulations or currency restrictions in the Cayman Islands.

Payments of dividends and capital in respect of Ordinary Shares (including Ordinary Shares represented by the ADSs) will not be subject to taxation in the Cayman Islands and no withholding will be required under Cayman Islands laws on the payment of a dividend or capital to any holder of Ordinary Shares (including Ordinary Shares represented by the ADSs), nor will gains derived from the disposal of ADSs or Ordinary Shares be subject to Cayman Islands income or corporation tax.

No stamp duty is payable in the Cayman Islands in respect of the issue of our ADSs or Ordinary Shares or on an instrument of transfer in respect of our ADSs or Ordinary Shares except those which hold interests in land in the Cayman Islands.

**People's Republic of China Taxation**

Under the PRC EIT Law and its implementation rules, an enterprise established outside the PRC with a "*de facto* management body" within the PRC is considered a resident enterprise and will be subject to the enterprise income tax at the rate of 25% on its global income. The implementation rules define the term "*de facto* management body" as the body that exercises full and substantial control over and overall management of the business, production, personnel, accounts and properties of an enterprise. In April 2009, the SAT issued the Circular of the SAT on Issues Relating to Identification of PRC-Controlled Overseas Registered Enterprises as Resident Enterprises in Accordance with the De Facto Standards of Organizational Management (the "SAT Circular 82"), which provides certain specific criteria for determining whether the "*de facto* management body" of a PRC-controlled enterprise that is incorporated offshore is located in China. Although this circular only applies to offshore enterprises controlled by PRC enterprises or PRC enterprise groups, not those controlled by PRC individuals or foreigners, the criteria set forth in the circular may reflect the SAT's general position on how the "*de facto* management body" test should be applied in determining the tax resident status of all offshore enterprises. According to SAT Circular 82, an offshore incorporated enterprise controlled by a PRC enterprise or a PRC enterprise group will be regarded as a PRC tax resident by virtue of having its "*de facto* management body" in the PRC only if all of the following conditions are met: (i) the primary location of the day-to-day operational management is in the PRC; (ii) decisions relating to the enterprise's financial and human resource matters are made or are subject to approval by organizations or personnel in the PRC; (iii) the enterprise's primary assets, accounting books and records, company seals, and board and shareholder resolutions, are located or maintained in the PRC; and (iv) at least 50% of voting board members or senior executives habitually reside in the PRC.

Further to SAT Circular 82, the SAT issued Announcement of the State Administration of Taxation on Printing and Distributing the Administrative Measures for Income Tax on Chinese-controlled Resident Enterprises Incorporated Overseas (Trial Implementation) (the "SAT Bulletin 45"), which took effect in September 2011, to provide more guidance on the implementation of SAT Circular 82. SAT Bulletin 45 provides for procedures and administration details of determination on resident status and administration on post-determination matters. Our company is a company incorporated outside the PRC. As a holding company, its key assets are its ownership interests in its subsidiaries, and its key assets are located, and its records (including the resolutions of its board of directors and the resolutions of its shareholders) are maintained, outside the PRC. For the same reasons, we believe our other entities outside of China are not PRC resident enterprises either. As such, we do not believe that our company meets all of the conditions above or is a PRC resident enterprise for PRC tax purposes. However, the tax resident status of an enterprise is subject to determination by the PRC tax authorities and uncertainties remain with respect to the interpretation of the term "*de facto* management body." There can be no assurance that the PRC government will ultimately take a view that is consistent with us. If the PRC tax authorities determine that our Cayman Islands holding company is a PRC resident enterprise for PRC enterprise income tax purposes, a number of unfavorable PRC tax consequences could follow. For example, Xiao-I Corporation may be subject to enterprise income tax at a rate of 25% with respect to its worldwide taxable income. Also, a 10% withholding tax would be imposed on dividends we pay to our non-PRC enterprise shareholders (including our ADS holders) and with respect to gains derived by our non-PRC enterprise shareholders (including our ADS holders) from transferring our Ordinary Shares or ADSs and potentially a 20% of withholding tax would be imposed on dividends we pay to our non-PRC individual shareholders (including our ADS holders) and with respect to gains derived by our non-PRC individual shareholders (including our ADS holders) from transferring our Ordinary Shares or ADSs. See "Risk Factors - Risks Relating to Doing Business in China - Under the PRC Enterprise Income Tax Law, we may be classified as a PRC "resident enterprise," which could result in unfavorable tax consequences to us and our shareholders or ADS holders and have a material adverse effect on our results of operations and the value of your investment."

The SAT and the Ministry of Finance issued the Notice of Ministry of Finance and State Administration of Taxation on Several Issues relating to Treatment of Corporate Income Tax Pertaining to Restructured Business Operations of Enterprises (the "SAT Circular 59") in April 2009, which took effect on January 1, 2008. On October 17, 2017, the SAT issued the Announcement of the State Administration of Taxation on Issues Relating to Withholding at Source of Income Tax of Non-resident Enterprises, which took effect on December 1, 2017 and was amended on June 15, 2018 (the "SAT Circular 37"). By promulgating and implementing the SAT Circular 59 and the SAT Circular 37, the PRC tax authorities have enhanced their scrutiny over the direct or indirect transfer of equity interests in a PRC resident enterprise by a non-PRC resident enterprise.

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE (LOSS)/INCOME**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | For the years ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Sale of software products | $ 5,098,730 | $ 14,878,256 | $ 3,547,113 |
| Sale of hardware products | 415,723 | 75,011 | 46,295 |
| Technology development service | 6,404,394 | 9,246,992 | 16,419,889 |
| M&S service | 1,937,887 | 2,772,795 | 2,429,526 |
| Sale of cloud platform products | - | 5,550,959 | 25,742,135 |
| Net revenues (including sales to related parties of $2,449,560, $286,875 and nil for the years ended December 31, 2020, 2021 and 2022, respectively) | 13,856,734 | 32,524,013 | 48,184,958 |
| Cost of sale of software products | (2,148,758) | (771,293) | (888,220) |
| Cost of sale of hardware products | (276,261) | (29,970) | (25,141) |
| Cost of technology development service | (3,604,014) | (4,390,825) | (12,194,044) |
| Cost of M&S service | (1,199,013) | (1,862,483) | (1,255,973) |
| Cost of Sale of cloud platform products | - | (3,831,160) | (3,015,766) |
| Cost of revenues | (7,228,046) | (10,885,731) | (17,379,144) |
| **Gross profit** | **6,628,688** | **21,638,282** | **30,805,814** |
| | | | |
| Operating expenses: | | | |
| Selling expenses | (4,566,760) | (4,620,113) | (3,911,818) |
| General and administrative expenses | (5,694,785) | (6,657,251) | (6,028,637) |
| Research and development expenses | (4,236,723) | (5,363,909) | (24,001,138) |
| **Total operating expenses** | **(14,498,268)** | **(16,641,273)** | **(33,941,593)** |
| | | | |
| **(Loss)/Income from operations** | **(7,869,580)** | **4,997,009** | **(3,135,779)** |
| | | | |
| Other income/(loss): | | | |
| Investment losses | (207,497) | (156,630) | (143,181) |
| Interest expense | (1,026,636) | (1,866,831) | (2,440,815) |
| Foreign currency exchange gain/(loss) | 41,592 | 11,252 | (68,902) |
| Other income, net | 1,770,225 | 932,557 | 444,018 |
| **Total other income/(loss)** | **577,684** | **(1,079,652)** | **(2,208,880)** |
| | | | |
| (Loss)/Income before income tax expense | (7,291,896) | 3,917,357 | (5,344,659) |
| Income tax benefit/(expense) | 235,854 | (552,355) | (660,655) |
| **Net (loss)/income** | **$ (7,056,042)** | **$ 3,365,002** | **$ (6,005,314)** |
| Net loss attributable to non-controlling interests | (247,677) | (312,811) | (106,779) |
| Net (loss)/income attributable to XIAO-I CORPORATION shareholders | (6,808,365) | 3,677,813 | (5,898,535) |
| **Other comprehensive (loss)/income** | | | |
| Foreign currency translation change, net of nil income taxes | (357,695) | (117,291) | 403,816 |
| Total other comprehensive (loss)/income | (357,695) | (117,291) | 403,816 |
| **Total comprehensive (loss)/income** | **$ (7,413,737)** | **$ 3,247,711** | **$ (5,601,498)** |
| Total comprehensive (loss)/income attributable to non-controlling interests | (386,914) | (370,503) | 95,280 |
| Total comprehensive (loss)/income attributable to XIAO-I CORPORATION shareholders | (7,026,823) | 3,618,214 | (5,696,778) |
| **(Loss)/Earnings per ordinary share attributable to XIAO-I CORPORATION shareholders** | | | |
| Basic | (0.31) | 0.17 | (0.27) |
| Diluted | (0.31) | 0.16 | (0.27) |
| **Weighted average number of ordinary shares outstanding** | | | |
| Basic | 22,115,592 | 22,115,592 | 22,115,592 |
| Diluted | 22,115,592 | 22,362,552 | 22,115,592 |

The accompanying notes are an integral part of these consolidated financial statements

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF CHANGES IN DEFICIT**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | Ordinary shares* | | Additional paid-in capital | Statutory reserve | Accumulated deficit | Accumulated other comprehensive loss | Total shareholder's equity/(deficit) | Non-controlling interests | Total equity/ (deficit) |
|---|---|---|---|---|---|---|---|---|---|
| | Share | Amount | | | | | | | |
| **Balance as of December 31, 2019** | 22,115,592 | $ 1,106 | $75,621,294 | $ 237,486 | $ (69,454,069) | $ (3,186,366) | $ 3,219,451 | $ (2,436,086) | $ 783,365 |
| Net loss | - | - | - | - | (6,808,365) | - | (6,808,365) | (247,677) | (7,056,042) |
| Foreign currency translation adjustment | - | - | - | - | - | (218,458) | (218,458) | (139,237) | (357,695) |
| **Balance as of December 31, 2020** | 22,115,592 | 1,106 | 75,621,294 | 237,486 | (76,262,434) | (3,404,824) | (3,807,372) | (2,823,000) | (6,630,372) |
| Net income/(loss) | - | - | - | - | 3,677,813 | - | 3,677,813 | (312,811) | 3,365,002 |
| Foreign currency translation adjustment | - | - | - | - | - | (59,599) | (59,599) | (57,692) | (117,291) |
| **Balance as of December 31, 2021** | 22,115,592 | 1,106 | 75,621,294 | 237,486 | (72,584,621) | (3,464,423) | (189,158) | (3,193,503) | (3,382,661) |
| Net loss | - | - | - | - | (5,898,535) | - | (5,898,535) | (106,779) | (6,005,314) |
| Foreign currency translation adjustment | - | - | - | - | - | 201,757 | 201,757 | 202,059 | 403,816 |
| **Balance as of December 31, 2022** | 22,115,592 | 1,106 | 75,621,294 | 237,486 | (78,483,156) | (3,262,666) | (5,885,936) | (3,098,223) | (8,984,159) |

The accompanying notes are an integral part of these consolidated financial statements.

F-5

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

**(f).  *Accounts receivable, net***

Accounts receivable, net are stated at the original amount less an allowance for doubtful accounts. Accounts receivable are recognized in the period when the Group has provided services to its customers and when its right to consideration is unconditional. The Group reviews the accounts receivable on a periodic basis and makes specific allowances when there is doubt as to the collectability of individual balances. The Group considers many factors in assessing the collectability of its receivables, such as the age of the amounts due, the customer's payment history, credit-worthiness and other specific circumstances related to the accounts. An allowance for doubtful accounts is recorded in the period in which a loss is determined to be probable. Accounts receivable balances are written off after all collection efforts have been exhausted.

**(g).  *Contract costs***

Contract costs represented the costs directly related to a contract with a customer including labor costs and direct materials used in fulfilling the contract and other allocations of costs that relate directly to the contract or to contract activities. The contract costs are determined principally by the specific identification method, and recognize as cost of revenues on a systematic basis that is consistent with the transfer to the customer of the related services.

**(h).  *Inventories***

Inventories, primarily consisting of robot, displayer, server and software, are stated at the lower of cost or net realizable value, with net realized value represented by estimated selling prices in the ordinary course of business, less reasonably predictable costs of disposal and transportation. Cost of inventory is determined using the specific identification method. Adjustments are recorded to write down the cost of inventory to the estimated net realizable value due to slow-moving merchandise and damaged products, which is dependent upon factors such as historical and forecasted consumer demand. There was nil, nil and $154,664 of inventory write-down for the year ended December 31, 2020, 2021 and 2022.

**(i).  *Property and equipment, net***

Property and equipment are stated at cost less accumulated depreciation and impairment, if any, and depreciated on a straight-line basis over the estimated useful lives of the assets. Cost represents the purchase price of the asset and other costs incurred to bring the asset into its intended use. Estimated useful lives are as follows:

| Category | Estimated useful lives |
|---|---|
| Electronic equipment | 5 years |
| Office equipment | 5 years |
| Leasehold improvement | Shorter of the lease term or the estimated useful life of the assets |

Repair and maintenance costs are charged to expenses as incurred, whereas the cost of renewals and betterment that extends the useful lives of property and equipment are capitalized as additions to the related assets. Retirements, sales and disposals of assets are recorded by removing the costs, accumulated depreciation and impairment with any resulting gain or loss recognized in the consolidated statements of (loss)/income.

F-14

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

**(j).    *Intangible assets, net***

Intangible assets are carried at cost less accumulated amortization and any recorded impairment. Intangible assets are amortized using the straight-line approach over the estimated economic useful lives of the assets as follows:

| Category | Estimated useful lives |
|---|---|
| Software | 5 years |

**(k).    *Impairment of long-lived assets***

The Group reviews its long-lived assets for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may no longer be recoverable. When these events occur, the Group measures impairment by comparing the carrying value of the long-lived assets to the estimated undiscounted future cash flows expected to result from the use of the assets and their eventual disposition. If the sum of the expected undiscounted cash flow is less than the carrying amount of the assets, the Group would recognize an impairment loss, which is the excess of carrying amount over the fair value of the assets, using the expected future discounted cash flows. There was no impairment of long-lived assets for the years ended December 31, 2020, 2021 and 2022.

**(l).    *Long-term investments***

For an investee over which the Group holds less than 20% voting interest and has no ability to exercise significant influence, the investments are accounted for under the cost method.

For an investee over which the Group has the ability to exercise significant influence, but does not own a majority equity interest or otherwise control, the Group accounted for those using the equity method. Significant influence is generally considered to exist when the Group has an ownership interest in the voting stock of the investee between 20% and 50%. Other factors, such as representation on the investee's board of directors, voting rights and the impact of commercial arrangements, are also considered in determining whether the equity method of accounting is appropriate. Under the equity method of accounting, the Group's share of the investee's results of operations is reported as share of losses of equity method investments in the consolidated statements of comprehensive (loss)/income.

The process of assessing and determining whether impairment on an investment is other than temporary requires a significant amount of judgment. To determine whether an impairment is other than temporary, management considers whether it has the ability and intent to hold the investment until recovery and whether evidence indicating the carrying value of the investment is recoverable outweighs evidence to the contrary. Evidence considered in this assessment includes the reasons for the impairment, the severity and duration of the decline in value, any change in value subsequent to the period end, and forecasted performance of the investee. As of December 31, 2020, 2021 and 2022, management believes no impairment charge is necessary.

**(m).    *Fair value measurement***

Accounting guidance defines fair value as the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. When determining the fair value measurements for assets and liabilities required or permitted to be recorded at fair value, the Group considers the principal or most advantageous market in which it would transact and it considers assumptions that market participants would use when pricing the asset or liability.

F-15

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

*(m) Fair value measurement (cont.)*

Accounting guidance establishes a fair value hierarchy that requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. A financial instrument's categorization within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement. The three levels of inputs are:

(a)   Level 1 - Observable inputs that reflect quoted prices (unadjusted) for identical assets or liabilities in active markets.

(b)   Level 2 - Include other inputs that are directly or indirectly observable in the marketplace.

(c)   Level 3 - Unobservable inputs which are supported by little or no market activity.

Accounting guidance also describes three main approaches to measuring the fair value of assets and liabilities: (1) market approach; (2) income approach and (3) cost approach. The market approach uses prices and other relevant information generated from market transactions involving identical or comparable assets or liabilities. The income approach uses valuation techniques to convert future amounts to a single present value amount. The measurement is based on the value indicated by current market expectations about those future amounts. The cost approach is based on the amount that would currently be required to replace an asset.

Financial assets and liabilities of the Group primarily consist of cash and cash equivalents, accounts receivable, amounts due from related parties, other receivables included in prepayments and other current assets, equity investment, short-term borrowings, accounts payable, amounts due to related parties, other payables included in accrued expenses and other current liabilities. The Group's non-financial assets, such as property and equipment as well as intangible assets, would be measured at fair value only if they were determined to be impaired.

*(n). Commitments and contingencies*

In the normal course of business, the Group is subject to commitments and contingencies, including operating lease commitments, legal proceedings and claims arising out of its business that relate to a wide range of matters, such as government investigations and tax matters. The Group recognizes a liability for such contingency if it determines it is probable that a loss has occurred and a reasonable estimate of the loss can be made. The Group may consider many factors in making these assessments on liability for contingencies, including historical and the specific facts and circumstances of each matter.

*(o). Revenue recognition*

The Group's revenues are mainly generated from (1) sale of software products; (2) sale of hardware products; (3) technology development services; (4) maintenance and support service, and (5) sale of cloud platform products, etc.

The Group recognizes revenue pursuant to ASC 606, *Revenue from Contracts with Customers* ("ASC 606"). In accordance with ASC 606, revenues from contracts with customers are recognized when control of the promised goods or services is transferred to the Group's customers, in an amount that reflects the consideration the Group expects to be entitled to in exchange for those goods or services, reduced by Value Added Tax ("VAT"). To achieve the core principle of this standard, we applied the following five steps:

1.   Identification of the contract, or contracts, with the customer;

2.   Identification of the performance obligations in the contract;

3.   Determination of the transaction price;

4.   Allocation of the transaction price to the performance obligations in the contract; and

5.   Recognition of the revenue when, or as, a performance obligation is satisfied.

F-16

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

**(o)   *Revenue recognition*** (cont.)

The Group enters into two major kinds of revenue arrangements with customers. The first kind of contract can include various combinations of software products, hardware products and maintenance and support service which are generally distinct and accounted for as separate performance obligations. The other kind of contract is sale of cloud platform products, which include software products and cloud platform service as two separate performance obligations. As a result, the Group's contracts may contain multiple performance obligations. The Group determines whether arrangements are distinct based on whether the customer can benefit from the product or service on its own or together with other resources that are readily available and whether our commitment to transfer the product or service to the customer is separately identifiable from other obligations in the contract.

*Sale of software products*

The Group's software products sold to customers comprising customized software products for specific needs. The software products sold by the Group are intended to provide the customer with full control of software, which means that revenues from the sale of such products are recognized at the point-in-time at which the control over the products is transferred to the customer upon the acceptance. Typically, the software delivery period is less than six months from the date of signing the contract. Payments are made by the customers in multiple instalments according to the payment schedule determined in the contract.

*Sale of hardware products*

Hardware products sold to customers comprising the hardware designed for specific needs. Revenue is recognized at the point-in-time when the customer is able to use and benefit from the hardware products, which is generally upon delivery to the customer.

*Technology development services*

The technology development service provided to customers comprises customized technology development services for specific needs. Revenue is recognized at the point-in-time when the service is completed and the customer can benefit from it upon acceptance. Payments are made by the customers in multiple installments according to the payment schedule determined in the contract.

*Maintenance and support service*

Maintenance and support ("M&S") service is provided for software products contracts and consists of unspecified future software updates, upgrades, and enhancements as well as technical product support services, and the provision of unspecified updates and upgrades on a when-and-if-available basis. Maintenance and support services are renewable, generally on an annual basis, at the option of the customer. Maintenance represents stand-ready obligations for which revenue is recognized ratably over the term of the arrangement.

*Sale of cloud platform products*

Cloud platform products sold to customers comprising software products uploaded in the cloud platform. The Group does not provide any cancellation and refund provisions to customers. Pursuant to contract terms, customers can benefit from the software products and cloud platform from each on its own, meanwhile the Group fulfils its promise by transferring software products and cloud platform services independently. Therefore, the software products and the cloud platform services are distinct performance obligations. The transaction prices for two performance obligations were determined separately in the contract, which also reflects their stand-alone selling price ("SSP") respectively. Since customers continuously consume the benefits from both software products and cloud platform, the Group recognizes revenue from sale of cloud platform products over time when the Group provides the customer a right to access the Group's intellectual property throughout the service period. The timing and pattern of transfer the right to access software products and cloud platform is the same. The service period is usually 1 year and customer made quarterly payment after usage.

F-17

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

**(o)   *Revenue recognition*** (cont.)

*Contracts with multiple performance obligations*

Most contracts with customers contain multiple performance obligations that are distinct and are accounted for separately. The transaction price is allocated to the separate performance obligations on a relative SSP basis. The Group determines SSP for all performance obligations using observable inputs, such as standalone sales and historical contract pricing. SSP is consistent with the Group's overall pricing objectives, taking into consideration the type of software products, maintenance and support services, and professional services purchased by the customer. SSP also reflects the amount the Group would charge for that performance obligation if it were sold separately in a standalone sale, and the price the Group would sell to similar customers in similar circumstances.

The following table disaggregates the Group's revenue for the year ended December 31, 2020, 2021 and 2022:

|  | | For the years ended December 31, | | | | |
|---|---|---|---|---|---|---|
|  | | **2020** | | **2021** | | **2022** |
| By revenue type | | | | | | |
| Sale of software products | $ | 5,098,730 | $ | 14,878,256 | $ | 3,547,113 |
| Sale of hardware products | | 415,723 | | 75,011 | | 46,295 |
| Technology development service | | 6,404,394 | | 9,246,992 | | 16,419,889 |
| M&S service | | 1,937,887 | | 2,772,795 | | 2,429,526 |
| Sale of cloud platform products | | - | | 5,550,959 | | 25,742,135 |
| Total | $ | 13,856,734 | $ | 32,524,013 | $ | 48,184,958 |

*Remaining performance obligations*

Remaining performance obligations represent the transaction price of orders meeting the definition of a contract in the new revenue standard for which work has not been performed or has been partially performed and excludes unexercised contract options. The Company has elected to apply the practical expedient, which allows companies to exclude remaining performance obligations with an original expected duration of one year or less. The aggregate amount of the transaction price allocated to remaining performance obligations for such contracts with a duration of more than one year was approximately $4,176,929 at December 31, 2022. The Company expects to recognize revenue on approximately $4,129,513 and $47,416 of the remaining performance obligations over the next 12 and 24 months, respectively.

*Contract balances*

When the Group begins to deliver the products or services pursuant to the performance obligations in the contract, the Group presents the contract in the consolidated balance sheet as a contract asset or a contract liability, depending on the relationship between the Group's performance and the customer's payment. The contract assets consist of accounts receivable and contract costs. Accounts receivable represent revenue recognized for the amounts invoiced and/or prior to invoicing when the Group has satisfied its performance obligation and has unconditional right to the payment. Contract costs are deferred for the contract preparation and will be recognized as cost of revenues when goods or services are transferred to customers. During the years ended December 31, 2020, 2021 and 2022, the Group recognized $7,228,046, $10,885,731 and $17,379,144 of contract costs as cost of revenues.

The contract liabilities consist of deferred revenue, which represent the billings or cash received for services in advance of revenue recognition and is recognized as revenue when all of the Group's revenue recognition criteria are met. The Group's deferred revenue amounted to $2,953,238 and $2,553,808 as of December 31, 2021 and 2022, respectively. During the years ended December 31, 2020, 2021 and 2022, the Group recognized $1,201,576, $900,686 and $1,545,866 revenue that was included in deferred revenue balance at January 1, 2020, 2021 and 2022, respectively.

F-18

**XIAO-I CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (cont.)

**(p).    *Cost of revenues***

Cost of revenues consists primarily of (i) purchased software, (ii) payroll, (iii) cloud hosting service fees, and (iv) depreciation and other costs related to the business operation.

**(q).    *Research and development expenses***

Research and development costs are expensed as incurred in accordance with ASC 730. Software development costs required to be capitalized under ASC 985-20. The Company determined that technology feasibility for the software product is not reached. There is no software development costs capitalized for the years ended December 31, 2020, 2021 and 2022. Research and development expenses consist primarily of (i) Software development costs, (ii) payroll and related expenses for research and development professionals, and (iii) depreciation and rental related to technology and development functions. Research and development expenses are expensed as incurred.

**(r).    *Selling and marketing expenses***

Selling and marketing expenses mainly consist of (i) staff cost, rental and depreciation related to selling and marketing functions, and (ii) advertising costs and market promotion expenses. Advertising costs, which consist primarily of online advertisements, are expensed as incurred.

**(s).    *General and administrative expenses***

General and administrative expenses mainly consist of (i) staff cost, rental and depreciation related to general and administrative personnel, (ii) professional service fees, and (iii) other corporate expenses.

**(t).    *Government grants***

Government grant is recognized when there is reasonable assurance that the Group will comply with the conditions attached to it and the grant will be received. Government grant for the purpose of giving immediate financial support to the Group with no future related costs or obligation is recognized in the Group's consolidated statements of comprehensive (loss)/income when the grant becomes receivable. The Group recognized government grants $1,699,231, $853,011 and $216,893 in other income, net for the years ended December 31, 2020, 2021 and 2022, respectively.

**(u).    *Employee benefits***

The Group's subsidiaries and VIE and the VIE's subsidiary in PRC participate in a government mandated, multiemployer, defined contribution plan, pursuant to which certain retirement, medical, housing and other welfare benefits are provided to employees. PRC labor laws require the entities incorporated in the PRC to pay to the local labor bureau a monthly contribution calculated at a stated contribution rate on the monthly basic compensation of qualified employees. The Group has no further commitments beyond its monthly contribution.

**(v).    *Leases***

On January 1, 2020, the Group adopted Accounting Standards Update ("ASU") 2016-02, Lease (FASB ASC Topic 842). The adoption of Topic 842 resulted in the presentation of operating lease right-of-use ("ROU") assets and operating lease liabilities on the consolidated balance sheet. The Group has elected the package of practical expedients, which allows the Group not to reassess (1) whether any expired or existing contracts as of the adoption date are or contain a lease, (2) lease classification for any expired or existing leases as of the adoption date and (3) initial direct costs for any expired or existing leases as of the adoption date. Lastly, the Group elected the short-term lease exemption for all contracts with lease terms of 12 months or less.

At inception of a contract, the Group assesses whether a contract is, or contains, a lease. A contract is or contains a lease if it conveys the right to control the use of an identified asset for a period of time in exchange of a consideration. To assess whether a contract is or contains a lease, the Group assess whether the contract involves the use of an identified asset, whether it has the right to obtain substantially all the economic benefits from the use of the asset and whether it has the right to control the use of the asset.

F-19

**Exhibit 12.1**

**CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER**
**PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Hui Yuan, certify that:

1. I have reviewed this annual report on Form 20-F/A of Xiao-I Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report;

4. The company's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the company and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) [Reserved];

   (c) Evaluated the effectiveness of the company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the company's internal control over financial reporting; and

5. The company's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the company's auditors and the audit committee of the company's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the company's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the company's internal control over financial reporting.

Date: August 10, 2023

By:  /s/ Hui Yuan
       Name:  Hui Yuan
       Title:    Chairman and Chief Executive Officer

**Exhibit 12.2**

**CERTIFICATION OF PRINCIPAL FINANCIAL OFFICER**
**PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Wei Weng, certify that:

1.  I have reviewed this annual report on Form 20-F/A of Xiao-I Corporation;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report;

4.  The company's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the company and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  [Reserved];

    (c)  Evaluated the effectiveness of the company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the company's internal control over financial reporting; and

5.  The company's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the company's auditors and the audit committee of the company's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the company's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the company's internal control over financial reporting.

Date: August 10, 2023

By:  /s/ Wei Weng
     Name:  Wei Weng
     Title:   Chief Financial Officer

**Exhibit 13.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the annual report of Xiao-I Corporation (the "Company") on Form 20-F/A for the year ended December 31, 2022, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Hui Yuan, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1. The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: August 10, 2023

By:  /s/ Hui Yuan

Name:  Hui Yuan
Title:    Chairman and Chief Executive Officer

**Exhibit 13.2**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the annual report of Xiao-I Corporation (the "Company") on Form 20-F/A for the year ended December 31, 2022, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Wei Weng, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: August 10, 2023

By:  /s/ Wei Weng
        Name:  Wei Weng
        Title:    Chief Financial Officer