

**Brenda Szydlo**
Partner

June 30, 2025

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *Shiyao v. Xiao-I Corporation, et al.*, **No. 1:24-cv-07837-GHW**

Dear Judge Woods:

      We represent Lead Plaintiff Qiao Shiyao ("Plaintiff") in this above-referenced securities class action for violations of Sections 11 and 15 of the Securities Act of 1933; and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Pursuant to Rule 3.D. of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiff respectfully attaches hereto as Exhibit A a redline comparison showing changes between the Second Amended Class Action Complaint, filed June 30, 2025 (ECF No. 77), and the Amended Class Action Complaint, filed March 5, 2025 (ECF No. 37), in this action.

                                   Respectfully submitted,

                                   */s/ Brenda Szydlo*
                                   Brenda Szydlo

cc:  All Counsel of Record (via ECF)