USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                         :
QIAO SHIYAO,                                  :
                                                                         :
                                 Plaintiff,      :            1:24-cv-7837-GHW
                                                                          :
                       -v-                           :                 <u>ORDER</u>
                                                                          :
XIAO-I CORPORATION, *et al.*,           :
                                                                          :
                                  Defendants.   :
                                                                          :
------------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       On June 30, 2025, Plaintiff filed a Second Amended Complaint and a letter pursuant to the Court's Individual Rule 3(D). Dkt. Nos. 77, 78. The Court accepts the Second Amended Complaint as the operative complaint. Defendants' pending motion to dismiss the Amended Complaint is therefore moot. Dkt. No. 67. Any letter pursuant to Individual Rule 2(E)(i) requesting a pre-motion conference for a motion to dismiss the Second Amended Complaint must be filed no later than 14 days from the date of this order. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 67.

       SO ORDERED.

Dated: June 30, 2025
        New York, New York

                                                           _____
                                                                     GREGORY H. WOODS
                                                              United States District Judge