

**Brenda Szydlo**
Partner

July 7, 2025

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *Shiyao v. Xiao-I Corporation, et al.*, **No. 1:24-cv-07837-GHW**

Dear Judge Woods:

We represent Lead Plaintiff Qiao Shiyao ("Plaintiff") in the above-referenced securities class action. On June 30, 2025, Plaintiff filed a Second Amended Class Action Complaint alleging violations of Sections 11 and 15 of the Securities Act of 1933; and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. ECF No. 77. Pursuant to this Court's June 30, 2025 Order (ECF No. 79), by July 14, 2025, Defendants Xiao-I Corporation, Hui Yuan, Wei Weng, Wenjing Chen, Xiaomei Wu, Jun Xu, Zhong Lin, and David Sherman (collectively, the "Xiao-I Defendants") and SBI China Capital Financial Services Limited, Prime Number Capital LLC, Guotai Junan Securities (Hong Kong) Limited, and AC Sunshine Securities LLC (collectively, the "Underwriter Defendants"), must file their pre-motion conference letter(s). For the Court's convenience, Plaintiff seeks permission to submit a single letter of up to six pages in response to the anticipated submission(s) by the Xiao-I Defendants and the Underwriter Defendants.

If Defendants file their letter(s) on July 14, 2025 in accordance with this Court's Order, Plaintiff's pre-motion conference letter would be due on *Saturday*, July 19, 2025 pursuant to Rule 2(E)(i) of Your Honor's Individual Rules of Practice in Civil Cases. Plaintiff respectfully requests that the Court move Plaintiff's submission date to Monday, July 21, 2025.

Plaintiff has conferred with Defendants, and they take no position with respect to Plaintiff's requests.

Respectfully submitted,

*/s/ Brenda Szydlo*
Brenda Szydlo

cc:  All Counsel of Record (via ECF)