```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                           :
QIAO SHIYAO,                               :

                            Plaintiff,     :           1:24-cv-7837-GHW

                 -v-                         :           <u>ORDER</u>

XIAO-I CORPORATION, *et al.*,     :

                          Defendants.   :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On July 14, 2025, Defendants filed letters requesting leave to file proposed motions to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Dkt. Nos. 81, 82. Defendants' applications are granted. Defendants' proposed motions to dismiss are due no later than September 2, 2025. Plaintiff's opposition papers are due no later than October 7, 2025. Any reply is due no later than October 28, 2025.

        SO ORDERED.

Dated: July 15, 2025
         New York, New York

                                                                 GREGORY H. WOODS
                                                             United States District Judge