# EXHIBIT A

1

**SECURITIES ACT CLAIMS**

| SAC¶ | Document | Documents Contained an Untrue Statement of a Material Fact or Omitted to State a Material Fact Required to be Stated Therein or Necessary to Make the Statements Therein Not Misleading |
|---|---|---|
| ¶101 | Registration Statement - Consolidated Statements of Operations and Comprehensive Income for the years ended December 31, 2020 and December 31, 2021 | (table below) |

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE (LOSS)/INCOME**
(In U.S. dollars, except for share and per share data, or otherwise noted)

| | For the years ended December 31, | |
|---|---|---|
| | 2020 | 2021 |
| | Restated (Note 18) | Restated (Note 18) |
| Net revenues | $ 13,856,734 | $ 32,524,013 |
| Cost of revenues | (7,228,046) | (10,885,731) |
| **Gross profit** | **6,628,688** | **21,638,282** |
| | | |
| Operating expenses: | | |
| Selling expenses | (4,566,760) | (4,620,113) |
| General and administrative expenses | (5,694,785) | (6,657,251) |
| Research and development expenses | (4,236,723) | (5,363,909) |
| **Total operating expenses** | **(14,498,268)** | **(16,641,273)** |
| | | |
| **(Loss)/income from operations** | **(7,869,580)** | **4,997,009** |

2

| ¶102 | Registration Statement - Condensed Consolidated Statements of Operations and Comprehensive Income for the six months ended June 30, 2021 and June 30, 2022 |

**XIAO-I CORPORATION**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE (LOSS)/INCOME**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | For the six months ended June 30, | |
| --- | --- | --- |
| | **2021** | **2022** |
| | **(Unaudited)** | **(Unaudited)** |
| Net revenues | $ 8,874,070 | $ 12,859,481 |
| Cost of revenues | (3,598,319) | (3,720,705) |
| **Gross profit** | 5,275,751 | 9,138,776 |
| | | |
| Operating expenses: | | |
| Selling expenses | (2,205,736) | (2,094,124) |
| General and administrative expenses | (3,598,496) | (1,725,928) |
| Research and development expenses | (2,692,321) | (3,669,196) |
| **Total operating expenses** | (8,496,553) | (7,489,248) |
| **(Loss)/income from operations** | (3,220,802) | 1,649,528 |

| ¶104 | Registration Statement | ***Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents, and as a result, the shareholders may be subject to penalties if we are not able to remediate the non-compliance.***<br><br>*** <br><br>Currently, most of our shareholders have completed Circular 37 Registration and are in compliance. Some of our beneficial owners, who are PRC residents, have not completed the Circular 37 Registration.... ***The Chinese resident shareholders' failure to comply with Circular 37 registration may result in restrictions being imposed on part of foreign exchange activities of the offshore special purpose vehicles, including restrictions on its ability to receive registered capital as well as additional capital from Chinese resident shareholders who fail to complete Circular 37 registration***; and repatriation of profits and dividends derived from special purpose vehicles to China, by the Chinese resident shareholders who fail to complete Circular 37 registration, are also illegal. In addition, the failure of the Chinese resident shareholders to complete Circular 37 registration may subject each of the shareholders to fines less than RMB50,000. We cannot assure you that each of our Chinese resident shareholders will in the future complete the registration process as required by Circular 37.<br><br>(Emphasis added except as to first paragraph.) |
|---|---|---|
| ¶105 | Registration Statement | ***PRC regulations relating to offshore investment activities by PRC residents may limit our PRC subsidiary's ability to increase its registered capital or distribute profits to us or otherwise expose us to liability and penalties under PRC law.***<br><br>***<br><br>If our shareholders who are PRC residents or entities do not complete their registration with the local SAFE branches, our PRC subsidiary may be prohibited from distributing its profits and proceeds from any reduction in capital, share transfer or liquidation to us, ***and we may be restricted in our ability to contribute additional capital to our PRC subsidiary***. Moreover, failure to comply with the SAFE registration described above could result in liability under PRC laws for evasion of applicable foreign exchange restrictions.<br><br>(Emphasis added except as to first paragraph.) |

4

**SECURITIES EXCHANGE ACT CLAIMS**

| SAC¶ | Document | Documents Contained False and/or Misleading Statements |
|---|---|---|
| ¶152 | Registration Statement - Consolidated Statements of Operations and Comprehensive Income for the years ended December 31, 2020, and December 31, 2021 | (see financial statement below) |

**XIAO-I CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE (LOSS)/INCOME**
(In U.S. dollars, except for share and per share data, or otherwise noted)

| | For the years ended December 31, | |
|---|---|---|
| | **2020** | **2021** |
| | **Restated (Note 18)** | **Restated (Note 18)** |
| Net revenues | $ 13,856,734 | $ 32,524,013 |
| Cost of revenues | (7,228,046) | (10,885,731) |
| **Gross profit** | **6,628,688** | **21,638,282** |
| | | |
| Operating expenses: | | |
| Selling expenses | (4,566,760) | (4,620,113) |
| General and administrative expenses | (5,694,785) | (6,657,251) |
| Research and development expenses | (4,236,723) | (5,363,909) |
| **Total operating expenses** | **(14,498,268)** | **(16,641,273)** |
| | | |
| **(Loss)/income from operations** | **(7,869,580)** | **4,997,009** |

5

| ¶153 | Registration Statement - Condensed Consolidated Statements of Operations and Comprehensive Income for the six months ended June 30, 2021 and June 30, 2022 | |
|---|---|---|

**XIAO-I CORPORATION**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND**
**COMPREHENSIVE (LOSS)/INCOME**
**(In U.S. dollars, except for share and per share data, or otherwise noted)**

| | For the six months ended June 30, | |
|---|---|---|
| | **2021** | **2022** |
| | (Unaudited) | (Unaudited) |
| Net revenues | $  8,874,070 | $  12,859,481 |
| Cost of revenues | (3,598,319) | (3,720,705) |
| **Gross profit** | **5,275,751** | **9,138,776** |
| | | |
| Operating expenses: | | |
| Selling expenses | (2,205,736) | (2,094,124) |
| General and administrative expenses | (3,598,496) | (1,725,928) |
| Research and development expenses | (2,692,321) | (3,669,196) |
| **Total operating expenses** | **(8,496,553)** | **(7,489,248)** |
| **(Loss)/income from operations** | **(3,220,802)** | **1,649,528** |

6

| ¶155 | Registration Statement | *Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents, and as a result, the shareholders may be subject to penalties if we are not able to remediate the non-compliance.*<br><br>***<br><br>Currently, most of our shareholders have completed Circular 37 Registration and are in compliance. Some of our beneficial owners, who are PRC residents, have not completed the Circular 37 Registration.... *The Chinese resident shareholders' failure to comply with Circular 37 registration may result in restrictions being imposed on part of foreign exchange activities of the offshore special purpose vehicles, including restrictions on its ability to receive registered capital as well as additional capital from Chinese resident shareholders who fail to complete Circular 37 registration*; and repatriation of profits and dividends derived from special purpose vehicles to China, by the Chinese resident shareholders who fail to complete Circular 37 registration, are also illegal. In addition, the failure of the Chinese resident shareholders to complete Circular 37 registration may subject each of the shareholders to fines less than RMB50,000. We cannot assure you that each of our Chinese resident shareholders will in the future complete the registration process as required by Circular 37.<br><br>(Emphasis added except as to first paragraph.) |
|---|---|---|
| ¶156 | Registration Statement | *PRC regulations relating to offshore investment activities by PRC residents may limit our PRC subsidiary's ability to increase its registered capital or distribute profits to us or otherwise expose us to liability and penalties under PRC law.*<br>***<br>If our shareholders who are PRC residents or entities do not complete their registration with the local SAFE branches, our PRC subsidiary may be prohibited from distributing its profits and proceeds from any reduction in capital, share transfer or liquidation to us, *and we may be restricted in our ability to contribute additional capital to our PRC subsidiary.* Moreover, failure to comply with the SAFE registration described above could result in liability under PRC laws for evasion of applicable foreign exchange restrictions.<br><br>(Emphasis added except as to first paragraph.) |

| ¶158 | 2022 20-F | | | For the years ended December 31, | |
| --- | --- | --- | --- | --- | --- |
| | | | | 2020 | 2021 | 2022 |
| | | Sale of software products | | $5,098,730 | $14,878,256 | $3,547,113 |
| | | Sale of hardware products | | 415,723 | 75,011 | 46,295 |
| | | Technology development service | | 6,404,394 | 9,246,992 | 16,419,889 |
| | | M&S service | | 1,937,887 | 2,772,795 | 2,429,526 |
| | | Sale of cloud platform products | | - | 5,550,959 | 25,742,135 |
| | | Net revenues (including sales to related parties of $2,449,560, $286,875 and nil for the years ended December 31, 2020, 2021 and 2022, respectively) | | 13,856,734 | 32,524,013 | 48,184,958 |
| | | Cost of revenues | | (7,228,046) | (10,885,731) | (17,379,144) |
| | | **Gross profit** | | **6,628,688** | **21,638,282** | **30,805,814** |

| ¶160 | 2022 20-F | *Some of our shareholders are not in compliance with the PRC's regulations relating to offshore investment activities by PRC residents, and as a result, currently WFOE is unable to open a new capital account with banks within China, and may be restricted from remitting funds or handling other foreign exchange businesses within China unless and until we remediate the non-compliance.*<br><br>Currently, most of our shareholders have completed Circular 37 Registration and are in compliance. Some of our beneficial owners, who are PRC residents, have not completed the Circular 37 Registration…. *The Chinese resident shareholders' failure to comply with Circular 37 registration may result in restrictions being imposed on part of foreign exchange activities of the offshore special purpose vehicles, including restrictions on its ability to receive registered capital as well as additional capital from Chinese resident shareholders who fail to complete Circular 37 registration….* In addition, the failure of the Chinese resident shareholders to complete Circular 37 registration may subject each of the shareholders to fines less than RMB50,000…. As a result, WFOE is unable to open a new capital account with banks within China, and may be restricted from remitting funds or handling other foreign exchange businesses within China. *Currently, we are unable to use most of the IPO proceeds (for product development and company operations because we are unable to transfer the funds from Xiao-I Corporation to WFOE and then to the VIE due to WFOE's inability to open a new capital account as discussed above.*<br><br>(Emphasis added except as to first paragraph.) |
| --- | --- | --- |

| ¶161 | 2022 20-F | In March, 2023, we completed our initial public offering and was listed on the Nasdaq Global Market under the symbol "AIXI". 5,700,000 American depositary shares (each, an "ADS", collectively, "ADSs"), each represents one-third of an ordinary shares, were issued at a price of $6.8 per share for net proceeds of approximately $35.44 million, after deducting underwriting discounts, commissions and other offering expenses of $3.32 million. ***We intend to use the net proceeds from the offering for research and development, investment in technology infrastructure, marketing and branding, and other capital expenditure, and other general corporate purpose.***<br><br>(Emphasis added). |
|---|---|---|
| ¶163 | 2022 20-F | ***"Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report[.]"***<br><br>***"Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report[.]"***<br><br>(Emphasis added). |