# MEMORANDUM ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

QIAO SHIYAO, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

          v.

XIAO-I CORPORATION, HUI YUAN, WEI WENG, WENJING CHEN, XIAOMEI WU, JUN XU, ZHONG LIN, H. DAVID SHERMAN, GREGORY K. LEE, GKL CORPORATE/SEARCH, INC., AC SUNSHINE SECURITIES LLC, SBI CHINA CAPITAL FINANCIAL SERVICES LIMITED, PRIME NUMBER CAPITAL LLC and GUOTAI JUNAN SECURITIES (HONG KONG) LIMITED,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/16/2026_

Case No. 24-cv-7837 (GHW)

**MOTION TO WITHDRAW CHRISTIAN J. CLARK AS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant Local Civil Rule 1.4 of the Southern District of New York, Christian J. Clark respectfully moves this Court for an order granting leave to withdraw Christian J. Clark's appearance as counsel of record for Defendants AC Sunshine Securities LLC, SBI China Capital Financial Services Limited, Prime Number Capital LLC and Guotai Junan Securities (Hong Kong) Limited ("Underwriter Defendants") in the above-referenced action.

As of June 17, 2026, I will no longer be associated with the firm of Faegre Drinker Biddle & Reath LLP. In accordance with Local Civil Rule 1.4(b), a declaration in support of this motion is not required because another attorney at Faegre Drinker Biddle & Reath LLP has entered a notice of appearance on behalf of the Underwriter Defendants and will continue to represent the Underwriter Defendants in this matter. This withdrawal will not affect any deadlines or cause any delay in this case.

Accordingly, Christian J. Clark requests that his withdrawal as counsel be granted and that

he be removed from this action's electronic case filing (ECF) service list.


Dated: New York, New York
   June 15, 2026

Respectfully submitted,


     /s/ Christian J. Clark
     Christian J. Clark
     **FAEGRE DRINKER BIDDLE & REATH LLP**
     1177 Avenue of the Americas, 43rd Floor
     New York, NY 10036
     (212) 248-3140
     christian.clark@faegredrinker.com

     *Attorneys for Defendants AC Sunshine Securities*
     *LLC, SBI China Capital Financial Services Limited,*
     *Prime Number Capital LLC and Guotai Junan*
     *Securities (Hong Kong) Limited*


Application granted.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 93 and to terminate Attorney Christian J. Clark from the list of active counsel in this case.

SO ORDERED.
Dated:  June 16, 2026
New York, New York

        GREGORY H. WOODS
        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2026, a true and correct copy of the foregoing

Motion was served via this Court's ECF system on all counsel of record.

 /s/ Christian J. Clark

Christian J. Clark
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
(212) 248-3140
christian.clark@faegredrinker.com

*Attorneys for Defendants AC Sunshine Securities
LLC, SBI China Capital Financial Services Limited,
Prime Number Capital LLC and Guotai Junan
Securities (Hong Kong) Limited*

iii